# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A. vs. Ahmed Abdullahi Ghedi　　　Docket No. 0864 0:22CR00223-013 (NEB-TNL)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Corey S. Grandner, U.S. PROBATION OFFICER OF THE COURT, presenting an official report regarding **Ahmed Abdullahi Ghedi** who was placed under pretrial supervision by the Honorable David T. Schultz, sitting in the Court at Minneapolis on the 20th day of September, 2022, under the following special conditions:

- Pretrial Services Supervision
- Surrender Passport (Satisfied on 10/26/2023)
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim / Witness / Codefendants
- Mental Health Evaluation / Treatment (Satisfied on 12/05/2022)
- Weapons Restriction
- Report Contact with Law Enforcement
- Other Financial Obligations
- Employment Requirements / Restrictions
- Residential Requirements / Restrictions
- No Unapproved Credit Card Charges / Lines of Credit
- Financial Disclosures
- No Access to Federal Child Nutrition Program Funds

Ghedi is pending disposition for the following offenses: Conspiracy to Commit Wire Fraud (Count 1), in violation of 18 U.S.C. §§ 371, 1343; Wire Fraud (Counts 2, 5, and 12), in violation of 18 U.S.C. § 1343; Federal Programs Bribery (Count 23), in violation of 18 U.S.C. § 666(a)(1)(B), (a)(2); Conspiracy to Commit Money Laundering (Count 41), in violation of 18 U.S.C. § 1956(a)(1)(B)(i); and Money Laundering (Counts 43, 46, 53, and 56), in violation of 18 U.S.C. § 1957.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

As outlined in Ghedi's motion (CM/ECF Doc. 143), he intends to relocate to the Northern District of Texas. To facilitate the relocation, the modification below is recommended.

Additionally, to appropriately monitor Ghedi's compliance, drug testing conditions are recommended given his history of substance-related arrests and convictions.

PRAYING THAT THE COURT WILL ORDER Ghedi's travel restriction condition travel be modified as follows:

- Abide by the following travel restrictions on personal association, residence, or travel: travel is restricted to the Northern District of Texas and the District of Minnesota (for court purposes only) unless approved by the supervising officer.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the U.S. Probation and Pretrial Services Office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

- Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

ORDER OF THE COURT

Considered and ordered this 22nd day of March, 2023, and ordered filed and made a part of the records in the above case.

_____
Tony N. Leung
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Corey S. Grandner
Corey S. Grandner
U.S. Probation Officer
612-664-5415

Executed on      March 22, 2023

Place            Minneapolis

Approved:

s/ Maribel Andrade-Vera
_____
Maribel Andrade-Vera
Supervising U.S. Probation Officer