UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 22-223(11) (NEB/TNL) |
| | ) | |
| v.      Plaintiff, | ) | |
| | ) | **MOTION TO REQUEST** |
| ASAD MOHAMED ABSHIR, | ) | **TRAVEL AUTHORIZATION** |
| | ) | |
| Defendant. | ) | |

Defendant, Asad Abshir, through his attorney, Douglas Olson, hereby seeks permission to travel to Turkey in September to visit his wife and children (they all reside there). He will leave on or about September 20, 2023, and stay for about a month. He will be flying to Ankara, Turkey (the capitol) and staying and visiting with his wife and children. The specifics of his travel plans/itinerary will be provided to pretrial services once the plans have been finalized. His travel out of the country will also require the temporary return of his passport, which is in the possession of pretrial services, which, if permitted to travel to and from Turkey, he will promptly surrender upon his return. It should be noted that Mr. Abshir has been on release since last fall without incident or any problems. The government and pretrial services have been notified and neither objects to this travel request.

2

Dated:   July 26, 2023                                  Respectfully submitted,

*s/ Douglas Olson*

DOUGLAS OLSON
Attorney ID No. 169067
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415