UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> ASAD MOHAMED ABSHIR, ) <br> ) <br> Defendant. ) | Criminal No. 22-223(11) (NEB/TNL) <br><br> **NOTICE OF WITHDRAWAL OF CO-COUNSEL** |

Please remove - AFD Aaron Morrison – from this case:

<u>Criminal No.</u>

22-223(11) (NEB/TNL)

<u>Defendant name</u>

ASAD MOHAMED ABSHIR

<u>Remove AFD</u>

AARON MORRISON

Dated:   July 31, 2023

Respectfully submitted,

*s/Aaron Morrison*

_____
AARON MORRISON
Attorney ID No. 0341241
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415