UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ASAD MOHAMED ABSHIR,<br><br>　　　　　　　　　Defendant. | Criminal No. 22-223(11) NEB/TNL<br><br>**MOTION FOR REASSIGNMENT FROM FPD STATUS TO CJA STATUS** |

Comes now, Katherian D. Roe, Federal Defender for the District of Minnesota and hereby moves the Court for an Order appointing Douglas Olson as CJA counsel in the above case.

The Court previously appointed the Office of the Federal Defender to represent Mr. Abshir. The case was assigned within the office to Assistant Federal Defender Douglas Olson. On July 31, 2023, Mr. Olson is retiring from the Office of the Federal Defender and will begin his work as a solo practitioner and joining the CJA Panel. In the interests of justice, I request that the Court appoint Mr. Olson to continue the representation of Mr. Abshir in this case.

Dated: July 31, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*s/Katherian D. Roe*

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KATHERIAN D. ROE
　　　　　　　　　　　　　　　　　　　Attorney ID No. 214668
　　　　　　　　　　　　　　　　　　　Federal Defender
　　　　　　　　　　　　　　　　　　　107 U.S. Courthouse
　　　　　　　　　　　　　　　　　　　300 South Fourth Street
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55415