UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 22-cr-223 (11) (NEB/TNL) |
| v. | |
| Asad Mohamed Abshir (11), | **ORDER FOR TRAVEL AUTHORIZATION** |
| Defendant. | |

This matter is before the Court on Defendant Asad Mohamed Abshir's Motion to Request Travel Authorization (ECF No. 161). The Government and Pretrial Services do not object to the request.

Based upon the all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Request Travel Authorization (ECF No. 161) is **GRANTED** to the extent set forth herein.

1. The defendant may travel to Turkey to visit his family in September leaving on or about September 20th and returning about a month later, but in no event returning to Minnesota later than October 8, 2023. Specifics of roundtrip travel and an itinerary must be provided to and subject to approval by pretrial services four days prior to departure from Minnesota. Pretrial services also is directed to return temporarily Mr. Abshir's passport two days in advance of travel, and he is ordered to surrender forthwith his passport to pretrial services after his travels are completed within two days.

2. All previously ordered conditions shall remain in effect, except as expressly modified herein.

Dated: July 31, 2023                     *s/Tony N. Leung*
                                         TONY N. LEUNG
                                         United States Magistrate Judge