UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 22-CR-233 (12) (NEB/TNL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | WAIVER OF PRETRIAL MOTIONS |
| | ) | |
| | ) | |
| Hamdi Hussein Omar, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Hamdi Hussein Omar ("Ms. Omar" hereinafter), by and through her attorneys, respectfully informs this Court that she does not intend to file pre-trial motions. Ms. Omar has been advised of her right to file pre-trial motions and waives this right. Should discovery provided after the date of this filing require motions, Mr. Omar will seek leave of the Court to do so.

Respectfully submitted,

Dated: This 15th day of December, 2023

*/s/ Robert M. Paule*
Robert M. Paule (#203877)
Robert M. Paule, P.A.
920 Second Avenue South
Suite 975
Minneapolis, MN 55402
T: (612) 332-1733
F: (612) 332-9951

1