UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br><br>AHMED SHARIF OMAR-HASHIM,<br>    Also known as "Salah Donyale,"<br>    Defendant. | Criminal No. 22-223(5) (NEB/TNL)<br><br>MOTION TO REQUEST<br>TRAVEL AUTHORIZATION |

      Defendant, Ahmed Sharif Omar-Hashim, through his attorney, Kristin Hendrick, hereby seeks permission to travel to Kenya in January to visit his 7-year-old daughter who resides there and who he has not seen since December 2021. Mr. Omar-Hashim seeks to leave during the first week of January 2024 and requests to stay for a period of approximately six weeks, returning by no later than February 28, 2024. He will be flying to Nairobi, Kenya and will be staying with relatives there, as well as traveling on to India with his daughter for medical appointments. Mr. Omar-Hashim has provided the name and address of his family members to pre-trial services and will provide additional specifics of his itinerary and travel plans once the plans have been finalized. His travel out of country will require the temporary return of his passport, which is in possession of pre-trial services. If permitted to travel out of the country, Mr. Omar-Hashim will promptly re-surrender his passport within 24 hours of his return to the United States. It should be noted that Mr. Omar-Hashim has been on pre-trial release for over a year without incident. Additionally, he has now entered a guilty plea in his case and is awaiting sentencing. Mr. Omar-Hashim's pre-sentence interview is scheduled and will be completed prior to his travel. Counsel has spoken with Corey Grandner with pretrial services and he does not object to this travel request. Counsel has also discussed this request with Mr. Joseph Thompson, the AUSA of record, but has not yet received his position on the matter.

| | |
|---|---|
| Dated: December 22, 2023 | Respectfully submitted,<br><br>/s/ Kristin Hendrick<br>Kristin Hendrick (#0395049)<br>Trautmann Martin Law PLLC<br>619 S 10th Street, Suite 201<br>Minneapolis, MN 55404<br>khendrick@trautlaw.com |