# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
CRIMINAL HEARING

|  |  |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Ahmed Mohamed Artan (8),<br><br>Defendant. | **COURT MINUTES**<br>BEFORE:  Tony N. Leung<br>U.S. Magistrate Judge<br><br>Case No:          22-cr-223(8) (NEB/TNL)<br>Date:              March 18, 2024<br>Court Reporter:  Renee Rogge<br>Courthouse:       Minneapolis<br>Courtroom:        13W<br>Time Commenced:   3:42 p.m.<br>Time Concluded:   5:25 p.m.<br>Total Time in Court: 1 Hour & 43 Minutes<br>Sealed Hearing Time: 3:46-5:19 p.m.<br>Sealed Time:      1 Hour & 33 Minutes |

**APPEARANCES:**

Plaintiff: Joseph H. Thompson, United States Attorney's Office
Defendant Ahmed Mohamed Artan:  Katryna Lyn Spearman, Lowther Walker LLC     *(By Zoom)*
☐ FPD   ☐ CJA   ☒ Retained   ☐ Appointed
Ryan D. Peterson, Peterson Legal, PLLC
☐ FPD   ☐ CJA   ☒ Retained   ☐ Appointed
Other: Katherian D. Roe, Office of the Federal Defender

**REMARKS:**

A hearing was held on Attorneys Katryna L. Spearman and Ryan D. Peterson's Motion to Withdraw as Attorney of Record, ECF No. 273.

In light of the nature of the motion, the Court conducted an ex parte examination of Ahmed Mohamed Artan and his counsel.

Given certain developments during the hearing, the Court requested Chief Federal Defender Katherian Roe to attend.

The hearing was continued to **March 27, 2024 at 4:00 PM** in Courtroom 13W (MPLS) before Magistrate Judge Tony N. Leung.  Ahmed Mohamed Artan, Attorney Ryan Peterson, and counsel for the Government shall appear *in person*.  Attorney Katryna Lyn Spearman will be permitted to attend remotely.  Instructions for Attorney Spearman's remote appearance will be e-mailed to counsel.  Should Ahmed Mohamed Artan retain new counsel prior to the hearing, such counsel shall appear *in person* at the hearing.

*s/Emily*
Law Clerk to Magistrate Judge Leung