UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223 (NEB/TNL)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

AIMEE MARIE BOCK, *et al.*,

      Defendants.

**MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM**

    The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Joseph H. Thompson, Harry M. Jacobs, Chelsea A. Walcker, and Matthew S. Ebert, Assistant United States Attorney, respectfully moves the Court for a brief extension of time to file its memorandum and supplemental briefing to defendants' pre-trial motions. A response is currently due on June 14, 2024. The government seeks a 14-day extension.

    Counsel for the government recently finished a six-week trial in a related case. At the end of the trial, one of the jurors reported that an individual had attempted to bribe her by dropping off a bag containing $120,000 in cash at her residence. Due to the unprecedented and extraordinary nature of the allegations, the government has been working tirelessly to investigate the claims and bring forth charges. For this reason, the government respectfully requests an additional two weeks to file its supplemental briefing to defendants' pre-trial motions.

Accordingly, the United States respectfully requests an extension of time until June 28, 2024, to file its response.

Dated: June 13, 2024

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*s/ Harry M. Jacobs*
BY:   JOSEPH H. THOMPSON
HARRY M. JACOBS
CHELSEA A. WALCKER
MATTHEW S. EBERT
Assistant U.S. Attorneys