AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

**RECEIVED**
OCT 09 2024
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Aimee Marie Bock | ) | |
| c/o | ) | Case No. 22-cr-00223-NEB-DTS-1 |
| Kenneth U Udoibok | ) | |
| The Flour Exchange, Suite 5010 | ) | |
| 310 4th Avenue South, Minneapolis, MN 55415 | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☑ Pretrial Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation Petition
☐ Violation Notice ☐ Order of Court

| Place: Diana E. Murphy United States Courthouse 300 South Fourth Street, Minneapolis, MN 55415 | Courtroom No.: Courtroom 9E (Mpls.) Before: Mag. Judge David T. Schultz |
|---|---|
| | Date and Time: Wed., 10/16/2024 at 1:30 P.M. |

This offense is briefly described as follows:

Violation of Pretrial Release

Date:  10/02/2024

*M. Fogarty*
*Issuing officer's signature*

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date:  10/03/2024

*Kiah A. Smith*
*Server's signature*

Kiah A. Smith, Senior USPO
*Printed name and title*

**SCANNED**
U.S. DISTRICT COURT DULUTH

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 22-cr-00223-NEB-DTS-1

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: __Aimee Marie Bock__

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* __10/03/2024__.

[X] I personally served the summons on this defendant __Aimee Marie Bock__ at *(place)* __Minneapolis Probation Office__ on *(date)* __10/03/2024__; or

[ ] On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

[ ] I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

[ ] The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: __10/03/2024__

*Kiah A. Smith*
*Server's signature*

Kiah A. Smith Senior U.S. Probation Officer
*Printed name and title*

Remarks: