UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223 (NEB/TNL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT PROPOSED** |
| | ) | **VERDICT FORMS** |
| 1. AIMEE MARIE BOCK, | ) | |
| 3. SALIM AHMED SAID, | ) | |
| 4. ABDULKADIR NUR SALAH, and | ) | |
| 6. ABDI NUR SALAH, | ) | |
| | ) | |
| Defendants. | ) | |

The United States, of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Joseph H. Thompson, Matthew S. Ebert, Harry M. Jacobs, and Daniel W. Bobier, Assistant United States Attorneys, and the defendants, Aimee Marie Bock, Salim Ahmed Said, Abdulkadir Nur Salah, and Abdi Nur Salah, by and through their undersigned counsel, respectfully request that the Court use the attached verdict forms in this case.

Dated: January 10, 2025                Respectfully submitted,

                                            ANDREW M. LUGER
                                            United States Attorney

BY:    _/s/ Joseph H. Thompson_
        JOSEPH H. THOMPSON
        MATTHEW S. EBERT
        HARRY M. JACOBS
        DANIEL W. BOBIER
        Assistant United States Attorneys


        _/s/ Kenneth U. Udoibok_
        KENNETH U. UDOIBOK
        Counsel for Aimee Marie Bock


        _/s/ Michael J. Colich_
        MICHAEL J. COLICH
        ADRIAN SCOTT LaFAVOR-MONTEZ
        Counsel for Salim Ahmed Said


        _/s/ Surya Saxena_
        SURYA SAXENA
        NICHOLAS SCHEINER
        Counsel for Abdulkadir Nur Salah


        _/s/ Brian N. Toder_
        BRIAN N. TODER
        Counsel for Abdi Nur Salah

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223(1) (NEB)

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. AIMEE MARIE BOCK,

       Defendant.

**VERDICT FORM**

## <u>COUNT 1</u>
**(Conspiracy to Commit Wire Fraud)**

With respect to Count 1 (Conspiracy to Commit Wire Fraud), we, the jury, find defendant AIMEE MARIE BOCK:

**GUILTY**    ☐        **NOT GUILTY**    ☐

## <u>COUNT 2</u>
**(Wire Fraud)**

With respect to Count 2 (Wire Fraud), we, the jury, find defendant AIMEE MARIE BOCK:

**GUILTY**    ☐        **NOT GUILTY**    ☐

## COUNT 4
**(Wire Fraud)**

With respect to Count 4 (Wire Fraud), we, the jury, find defendant
AIMEE MARIE BOCK:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 5
**(Wire Fraud)**

With respect to Count 5 (Wire Fraud), we, the jury, find defendant
AIMEE MARIE BOCK:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 12
**(Wire Fraud)**

With respect to Count 12 (Wire Fraud), we, the jury, find defendant
AIMEE MARIE BOCK:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 15
**(Conspiracy to Commit Federal Programs Bribery)**

With respect to Count 15 (Conspiracy to Federal Programs Bribery), we, the
jury, find defendant AIMEE MARIE BOCK:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 40
### (Federal Programs Bribery)

With respect to Count 40 (Federal Programs Bribery), we, the jury, find defendant AIMEE MARIE BOCK:

**GUILTY**    ☐          **NOT GUILTY**    ☐

Dated: _____          _____
                                        Jury Foreperson

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223(3) (NEB)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                      **VERDICT FORM**

3. SALIM AHMED SAID,

        Defendant.

## COUNT 1
### (Conspiracy to Commit Wire Fraud)

With respect to Count 1 (Conspiracy to Commit Wire Fraud), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY** ☐         **NOT GUILTY** ☐

## COUNT 2
### (Wire Fraud)

With respect to Count 2 (Wire Fraud), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY** ☐         **NOT GUILTY** ☐

## COUNT 5
**(Wire Fraud)**

With respect to Count 5 (Wire Fraud), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 8
**(Wire Fraud)**

With respect to Count 8 (Wire Fraud), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 12
**(Wire Fraud)**

With respect to Count 12 (Wire Fraud), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 15
**(Conspiracy to Commit Federal Programs Bribery)**

With respect to Count 15 (Conspiracy to Federal Programs Bribery), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY** ☐          **NOT GUILTY** ☐

6

## COUNT 16
### (Federal Programs Bribery)

With respect to Count 16 (Federal Programs Bribery), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY**  ☐          **NOT GUILTY**  ☐

## COUNT 17
### (Federal Programs Bribery)

With respect to Count 17 (Federal Programs Bribery), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY**  ☐          **NOT GUILTY**  ☐

## COUNT 18
### (Federal Programs Bribery)

With respect to Count 18 (Federal Programs Bribery), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY**  ☐          **NOT GUILTY**  ☐

## COUNT 19
### (Federal Programs Bribery)

With respect to Count 19 (Federal Programs Bribery), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY**  ☐          **NOT GUILTY**  ☐

## COUNT 32
**(Federal Programs Bribery)**

With respect to Count 32 (Federal Programs Bribery), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 34
**(Federal Programs Bribery)**

With respect to Count 34 (Federal Programs Bribery), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 36
**(Federal Programs Bribery)**

With respect to Count 36 (Federal Programs Bribery), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 37
**(Federal Programs Bribery)**

With respect to Count 37 (Federal Programs Bribery), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 38
## (Federal Programs Bribery)

With respect to Count 38 (Federal Programs Bribery), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY**     ☐          **NOT GUILTY**     ☐

## COUNT 41
## (Conspiracy to Commit Concealment Money Laundering)

With respect to Count 41 (Conspiracy to Commit Concealment Money Laundering), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY**     ☐          **NOT GUILTY**     ☐

## COUNT 42
## (Engaging in Monetary Transactions in Property Derived from Unlawful Activity)

With respect to Count 42 (Engaging in Monetary Transactions in Property Derived from Unlawful Activity), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY**     ☐          **NOT GUILTY**     ☐

## COUNT 44
## (Engaging in Monetary Transactions in Property Derived from Unlawful Activity)

With respect to Count 44 (Engaging in Monetary Transactions in Property Derived from Unlawful Activity), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY**     ☐          **NOT GUILTY**     ☐

## COUNT 51
**(Engaging in Monetary Transactions in Property Derived from Unlawful Activity)**

With respect to Count 51 (Engaging in Monetary Transactions in Property Derived from Unlawful Activity), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY**  ☐          **NOT GUILTY**  ☐

## COUNT 52
**(Engaging in Monetary Transactions in Property Derived from Unlawful Activity)**

With respect to Count 52 (Engaging in Monetary Transactions in Property Derived from Unlawful Activity), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY**  ☐          **NOT GUILTY**  ☐

## COUNT 57
**(Engaging in Monetary Transactions in Property Derived from Unlawful Activity)**

With respect to Count 57 (Engaging in Monetary Transactions in Property Derived from Unlawful Activity), we, the jury, find defendant SALIM AHMED SAID:

**GUILTY**  ☐          **NOT GUILTY**  ☐

Dated: _____          _____
                                                              Jury Foreperson

10

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223(4) (NEB)

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                    **VERDICT FORM**

4. ABDULKADIR NUR SALAH,

       Defendant.


## COUNT 1
### (Conspiracy to Commit Wire Fraud)

With respect to Count 1 (Conspiracy to Commit Wire Fraud), we, the jury, find

defendant ABDULKADIR NUR SALAH:


    **GUILTY**    ☐        **NOT GUILTY**    ☐


## COUNT 5
### (Wire Fraud)

With respect to Count 5 (Wire Fraud), we, the jury, find defendant

ABDULKADIR NUR SALAH:


    **GUILTY**    ☐        **NOT GUILTY**    ☐

## COUNT 8
**(Wire Fraud)**

With respect to Count 8 (Wire Fraud), we, the jury, find defendant
ABDULKADIR NUR SALAH:

**GUILTY** ☐          **NOT GUILTY** ☐


## COUNT 13
**(Wire Fraud)**

With respect to Count 13 (Wire Fraud), we, the jury, find defendant
ABDULKADIR NUR SALAH:

**GUILTY** ☐          **NOT GUILTY** ☐


## COUNT 14
**(Wire Fraud)**

With respect to Count 14 (Wire Fraud), we, the jury, find defendant
ABDULKADIR NUR SALAH:

**GUILTY** ☐          **NOT GUILTY** ☐


## COUNT 15
**(Conspiracy to Commit Federal Programs Bribery)**

With respect to Count 15 (Conspiracy to Federal Programs Bribery), we, the
jury, find defendant ABDULKADIR NUR SALAH:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 20
**(Federal Programs Bribery)**

With respect to Count 20 (Federal Programs Bribery), we, the jury, find defendant ABDULKADIR NUR SALAH:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 22
**(Federal Programs Bribery)**

With respect to Count 22 (Federal Programs Bribery), we, the jury, find defendant ABDULKADIR NUR SALAH:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 24
**(Federal Programs Bribery)**

With respect to Count 24 (Federal Programs Bribery), we, the jury, find defendant ABDULKADIR NUR SALAH:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 40
**(Federal Programs Bribery)**

With respect to Count 40 (Federal Programs Bribery), we, the jury, find defendant ABDULKADIR NUR SALAH:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 41
### (Conspiracy to Commit Concealment Money Laundering)

With respect to Count 41 (Conspiracy to Commit Concealment Money Laundering), we, the jury, find defendant ABDULKADIR NUR SALAH:

**GUILTY**      ☐            **NOT GUILTY**      ☐

## COUNT 52
### (Engaging in Monetary Transactions in Property Derived from Unlawful Activity)

With respect to Count 52 (Engaging in Monetary Transactions in Property Derived from Unlawful Activity), we, the jury, find defendant ABDULKADIR NUR SALAH:

**GUILTY**      ☐            **NOT GUILTY**      ☐

## COUNT 57
### (Engaging in Monetary Transactions in Property Derived from Unlawful Activity)

With respect to Count 57 (Engaging in Monetary Transactions in Property Derived from Unlawful Activity), we, the jury, find defendant ABDULKADIR NUR SALAH:

**GUILTY**      ☐            **NOT GUILTY**      ☐

## <u>COUNT 58</u>
### (Engaging in Monetary Transactions in Property Derived from Unlawful Activity)

With respect to Count 58 (Engaging in Monetary Transactions in Property Derived from Unlawful Activity), we, the jury, find defendant ABDULKADIR NUR SALAH:

**GUILTY** ☐          **NOT GUILTY** ☐

Dated: _____          _____

Jury Foreperson

15

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223(6) (NEB)

UNITED STATES OF AMERICA,

       Plaintiff,

v.

6. ABDI NUR SALAH,

       Defendant.

**VERDICT FORM**

## **COUNT 1**
### **(Conspiracy to Commit Wire Fraud)**

With respect to Count 1 (Conspiracy to Commit Wire Fraud), we, the jury, find defendant ABDI NUR SALAH:

**GUILTY** ☐      **NOT GUILTY** ☐

## **COUNT 3**
### **(Wire Fraud)**

With respect to Count 3 (Wire Fraud), we, the jury, find defendant ABDI NUR SALAH:

**GUILTY** ☐      **NOT GUILTY** ☐

16

## COUNT 4
**(Wire Fraud)**

With respect to Count 4 (Wire Fraud), we, the jury, find defendant ABDI NUR SALAH:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 6
**(Wire Fraud)**

With respect to Count 6 (Wire Fraud), we, the jury, find defendant ABDI NUR SALAH:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 41
**(Conspiracy to Commit Concealment Money Laundering)**

With respect to Count 41 (Conspiracy to Commit Concealment Money Laundering), we, the jury, find defendant ABDI NUR SALAH:

**GUILTY** ☐          **NOT GUILTY** ☐

## COUNT 58
**(Engaging in Monetary Transactions in Property Derived from Unlawful Activity)**

With respect to Count 58 (Engaging in Monetary Transactions in Property Derived from Unlawful Activity), we, the jury, find defendant ABDI NUR SALAH:

**GUILTY** ☐          **NOT GUILTY** ☐

17

## **COUNT 59**
### **(Engaging in Monetary Transactions in Property Derived from Unlawful Activity)**

With respect to Count 59 (Engaging in Monetary Transactions in Property Derived from Unlawful Activity), we, the jury, find defendant ABDI NUR SALAH:

**GUILTY** ☐          **NOT GUILTY** ☐

Dated: _____          _____
                                         Jury Foreperson

18