UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO: 22-CR-223 (NEB/DTS)

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Aimee Marie Bock (1),<br><br>   Defendant. | **DEFENDANT AIMEE BOCK'S<br>MOTION IN LIMINE NO. 8** |

## INTRODUCTION

Defendant Aimee Marie Bock (hereinafter "Defendant"), through her counsel, Kenneth Udoibok, respectfully moves this Court to preclude the Government from introducing certain evidence and making certain arguments. Bock reserves the right to file additional motions in limini once she has reviewed the Government's recently produced witnesses and exhibits list.

## MOTION IN LIMINE NO. 8
### (trips and expenses)

The Government should be preluded from introducing any evidence about any trips, expenses, or spending of others. For example, the Government has told the media and may offer testimony that certain individuals made extravagant purchases, including a July 2021 trip to Las Vegas. As the Government knows, Bock did not make any extravagant purchases, and she was not on the July 2021 trip to Vegas. The indictment does not accuse Bock of receiving any gifts, making any purchases, or otherwise

1

spending money in a suspicious manner. Any such allegation now would be a fatal variance from the indictment and would violate Bock's right to a fair trial.

          Respectfully Submitted

          **KENNETH UBONG UDOIBOK, P.A.**

January 13, 2025      /s/Kenneth U. Udoibok
          Kenneth U. Udoibok (#0262523)
          Flour Exchange Building, Suite 5010 310 Fourth Avenue South
          Minneapolis, MN 55415
          Phone: (612) 808-6031
          k@kenulaw.com

          **ATTORNEY FOR DEFENDANT AIMEE MARIE BOCK**