UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223 (NEB/DTS)

UNITED STATES OF AMERICA

v.                                                     GOVERNMENT'S WITNESS LIST

1.  AIMEE MARIE BOCK,
3.  SALIM AHMED SAID,
4.  ABDULKADIR NUR SALAH,
6.  ABDI NUR SALAH

| PRESIDING JUDGE | GOVERNMENT'S COUNSEL | DEFENDANTS' COUNSEL |
|---|---|---|
| The Honorable Nancy E. Brasel | Joseph H. Thompson, AUSA<br>Matthew S. Ebert, AUSA<br>Harry M. Jacobs, AUSA<br>Daniel W. Bobier, AUSA | Kenneth U. Udoibok, Esq.<br>Michael J. Colich, Esq.<br>Surya Saxena, Esq.<br>Brian N. Toder, Esq. |

| TRIAL DATE | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| February 3, 2025 | Renee Rogge | Kristine Wegner |

| PLF. NO. | DEF. NO. | DATE CALLED | DATE EXCUSED | NAME/TITLE OF WITNESSES |
|---|---|---|---|---|
| | | | | *Law Enforcement Witnesses* |
| | | | | Doug Dvorak, Special Agent, Digital Forensic Examiner, Federal Bureau of Investigation<br><br>*Search of Defendant Aimee Bock's residence and Forensic examination of numerous digital devices seized related to various court authorized search warrants related to the Federal Child Nutrition Program investigation* |

| PLF. NO. | DEF. NO. | DATE CALLED | DATE EXCUSED | NAME/TITLE OF WITNESSES |
|---|---|---|---|---|
| | | | | Robert Blackmore, former Special Agent, Federal Bureau of Investigation<br><br>*Search of Defendant Aimee Bock's residence* |
| | | | | Chad Fleming, Special Agent, Federal Bureau of Investigation<br><br>*Search of Defendant Aimee Bock's residence* |
| | | | | Travis Yarbrough, former Special Agent, Federal Bureau of Investigation<br><br>*Search of Defendant Aimee Bock's residence* |
| | | | | Niem Nguyen, Special Agent, Federal Bureau of Investigation<br><br>*Search of Defendant Aimee Bock's residence* |
| | | | | Paul Antonio, Intelligence Analyst, Federal Bureau of Investigation<br><br>*Search of Defendant Aimee Bock's residence* |
| | | | | Navada Wear, Intelligence Analyst, Federal Bureau of Investigation<br><br>*Search of Defendant Aimee Bock's residence* |
| | | | | Jacob Brzegowy, Computer Scientist, Federal Bureau of Investigation<br><br>*Search of Defendant Aimee Bock's residence* |
| | | | | Tonya Pinkerton, Forensic Accountant Federal Bureau of Investigation<br><br>*Search of Defendant Aimee Bock's residence* |
| | | | | Shauna Turner, Special Agent, Criminal Investigations, Internal Revenue Service<br><br>*Search of Defendant Aimee Bock's residence* |

| | | | | Andy Kearney, Postal Inspector |
|---|---|---|---|---|
| | | | | United States Postal Inspection Service |
| | | | | *Search of Defendant Aimee Bock's residence* |
| | | | | Shannon Korpela, Special Agent, Criminal Investigations, Internal Revenue Service |
| | | | | *Search of Defendant Aimee Bock's residence and search of Defendant Abdi Nur Salah's residence* |

| PLF. NO. | DEF. NO. | DATE CALLED | DATE EXCUSED | NAME/TITLE OF WITNESSES |
|---|---|---|---|---|
| | | | | **Law Enforcement Witnesses – Search of Feeding Our Future** |
| | | | | Uri Rosenwald, Special Agent, Federal Bureau of Investigation<br><br>*Search of Feeding our Future office location and Defendant Abdi Nur Salah's residence* |
| | | | | Vicki Klemz, Digital Forensic Examiner, Federal Bureau of Investigation<br><br>*Forensic examination of numerous digital devices seized related to various court authorized search warrants related to the Federal Child Nutrition Program investigation* |
| | | | | Jared Kary, Special Agent, Federal Bureau of Investigation<br><br>*Federal investigation into the defendants' involvement in the Federal Child Nutrition Program, summary witness, and Search of Defendant Abdi Nur Salah's residence and search of Feeding our Future office location* |
| | | | | Travis Wilmer, Special Agent, Federal Bureau of Investigation<br><br>*Federal investigation into the defendants' involvement in the Federal Child Nutrition Program, summary witness, and Search of Defendant Abdi Nur Salah's residence and search of Feeding Our Future office location* |
| | | | | Katie Arden, Special Agent, Federal Bureau of Investigation<br><br>*Search of Feeding our Future office location.* |
| | | | | Brian Mathay, Special Agent, Federal Bureau of Investigation<br><br>*Search of Feeding our Future office location* |
| | | | | Daniel Genck, Special Agent, Federal Bureau of Investigation<br><br>*Search of Feeding our Future office location* |

| | | | | |
|---|---|---|---|---|
| | | | | Marcus Giebel, Special Agent, Federal Bureau of Investigation<br><br>*Search of Feeding our Future office location* |
| | | | | Timothy Krieger, Special Agent, Federal Bureau of Investigation<br><br><br>*Search of Feeding our Future office location* |
| | | | | Andrew Bilbry, Special Agent, Federal Bureau of Investigation<br><br><br>*Search of Feeding our Future office location* |
| | | | | Michael Cannizzaro, Special Agent, Federal Bureau of Investigation<br><br>*Search of Feeding our Future office location* |
| | | | | Matt Parker, (former) Special Agent, Federal Bureau of Investigation<br><br>*Search of Feeding our Future office location* |
| | | | | Nicholas Marshall, Special Agent, Federal Bureau of Investigation<br><br>*Search of Feeding our Future office location* |
| | | | | Kirkland Byrd, Photographer, Federal Bureau of Investigation<br><br>*Search of Feeding our Future office location* |
| | | | | Rusty Kiser, Special Agent, Criminal Investigations, Internal Revenue Service<br><br>*Search of Feeding our Future office location* |
| | | | | Aaron Daniels, Special Agent, Criminal Investigations, Internal Revenue Service<br><br>*Search of Feeding our Future office location* |
| | | | | John Polzin, Special Agent, Criminal Investigations, Internal Revenue Service<br><br>*Search of Feeding our Future office location* |

| | | | | Adam Mulari, Special Agent, Criminal Investigations, Internal Revenue Service<br><br>*Search of Feeding our Future office location* |
|---|---|---|---|---|
| | | | | Paul Nelson, Special Agent, Criminal Investigations, Internal Revenue Service<br><br>*Search of Feeding our Future office location, Search of 4606 Polk Street Northeast, Columbia Heights, Minnesota on January 20, 2022* |
| | | | | Tim Nichols, (former) Special Agent, Criminal Investigations, Internal Revenue Service<br><br>*Search of Feeding our Future office location* |
| | | | | Thomas Irvin, Postal Inspector<br><br>*Search of Feeding our Future office location* |
| | | | | Matt Hoffman, Postal Inspector<br><br>*Search of Feeding our Future office location* |
| | | | | Julie Barrows, Postal Inspector<br><br>*Search of Feeding our Future office location* |
| | | | | Daniel Porter, Postal Inspector<br><br>*Search of Feeding our Future office location* |
| | | | | Jeremy Denhof, Special Agent, Federal Bureau of Investigation<br><br>*Search of Feeding our Future office location* |
| | | | | Roald Novales, Special Agent, Federal Bureau of Investigation<br><br>*Search of Feeding our Future office location* |

| PLF. NO. | DEF. NO. | DATE CALLED | DATE EXCUSED | NAME/TITLE OF WITNESSES |
|---|---|---|---|---|
| | | | | **Other Law Enforcement Witnesses** |
| | | | | Matthew Snell, (former) Special Agent, Federal Bureau of Investigation<br><br>*Federal investigation involving the defendants' involvement in the Federal Child Nutrition Program and search of Defendant Abdi Nur Salah's residence.* |
| | | | | Joshua Parks, Special Agent, Criminal Investigations, Internal Revenue Service<br><br>*Federal investigation involving the defendants' involvement in the Federal Child Nutrition Program.* |
| | | | | Brian Pitzen, Special Agent, Criminal Investigations, Internal Revenue Service<br><br>*Federal investigation involving the defendants' involvement in the Federal Child Nutrition Program.* |
| | | | | Lacramioara Blackwell, Forensic Accountant, Federal Bureau of Investigation<br>*Financial analysis concerning Federal Child Nutrition Program and Search of Defendant Mohamud's residence* |
| | | | | Pauline Roase, Forensic Accountant, Federal Bureau of Investigation<br>*Financial analysis concerning Federal Child Nutrition Program and Search of Defendant Mohamud's residence* |
| | | | | Sonya Jansma, Forensic Accountant, Federal Bureau of Investigation<br><br>*Financial analysis concerning Federal Child Nutrition Program and Search of Defendant Mohamud's residence* |
| | | | | Mark Danielson, Forensic Accountant, Federal Bureau of Investigation<br><br>*Testimony regarding money laundering.* |
| | | | | **Law Enforcement Witnesses – Search of 2854 Columbus Avenue South Feeding Our Future "Site"** |

| | | | | David Goodoien, Special Agent, Federal Bureau of Investigation<br><br>*Search of 2854 Columbus Avenue South, Minneapolis on January 20, 2022* |
| | | | | Jessica Stults, Special Agent, Federal Bureau of Investigation<br><br>*Search of 2854 Columbus Avenue South, Minneapolis on January 20, 2022* |
| | | | | Brittney Berning, Special Agent, Federal Bureau of Investigation<br><br>*Search of 2854 Columbus Avenue South, Minneapolis on January 20, 2022* |
| | | | | Christopher Langert, Special Agent, Federal Bureau of Investigation<br><br>*Search of 2854 Columbus Avenue South, Minneapolis on January 20, 2022* |
| | | | | Daniel Skipper, Special Agent, Federal Bureau of Investigation<br><br>*Search of 2854 Columbus Avenue South, Minneapolis on January 20, 2022* |
| | | | | Kevin Gorham, Postal Inspection, United States Postal Inspection Service<br><br>*Search of 2854 Columbus Avenue South, Minneapolis on January 20, 2022* |
| | | | | Mark Danielson, Supervisor Forensic Accountant, Federal Bureau of Investigation<br><br>*Search of 2854 Columbus Avenue South, Minneapolis on January 20, 2022, and search of Defendant Abdi Nur Salah's residence* |
| **Law Enforcement Witnesses – Search of Safari Restaurant located at 3010 4th Avenue South, Minneapolis, Minnesota** | | | | |
| | | | | John Wong, Special Agent, Federal Bureau of Investigation<br><br>*Search of 3010 4th Avenue South, Minneapolis, Minnesota on January 20, 2022* |

| | | | | |
|---|---|---|---|---|
| | | | | Edmond Grant, Special Agent, Federal Bureau of Investigation<br><br>*Search of 3010 4th Avenue South, Minneapolis, Minnesota on January 20, 2022* |
| | | | | Joel Smith, Special Agent, Federal Bureau of Investigation<br><br>*Search of 3010 4th Avenue South, Minneapolis, Minnesota on January 20, 2022* |
| | | | | John Thomas, Special Agent, Federal Bureau of Investigation<br><br>*Search of 3010 4th Avenue South, Minneapolis, Minnesota on January 20, 2022* |
| | | | | Kevin Strobrush, Federal Bureau of Investigation employee<br><br>*Search of 3010 4th Avenue South, Minneapolis, Minnesota on January 20, 2022* |
| | | | | Gloria Walbrick, Federal Bureau of Investigation employee<br><br>*Search of 3010 4th Avenue South, Minneapolis, Minnesota on January 20, 2022* |
| | | | | Jill Dent, Federal Bureau of Investigation employee<br><br>*Search of 3010 4th Avenue South, Minneapolis, Minnesota on January 20, 2022* |
| | | | | Jennifer Fetrow, MN Bureau of Criminal Apprehension<br><br>*Search of 3010 4th Avenue South, Minneapolis, Minnesota on January 20, 2022* |
| | | | | Aaron Swant, Special Agent, IRS-CI<br><br>*Search of 3010 4th Avenue South, Minneapolis, Minnesota on January 20, 2022* |

| | | | | Fred Sederholm, Special Agent, IRS-CI<br><br>*Search of 3010 4th Avenue South, Minneapolis, Minnesota on January 20, 2022* |
| | | | | Paul Shade, Postal Inspector, Postal Inspection Service<br><br>*Search of 3010 4th Avenue South, Minneapolis, Minnesota on January 20, 2022* |
| | | | | Adam Henney, Postal Inspector, Postal Inspection Service<br><br>*Search of 3010 4th Avenue South, Minneapolis, Minnesota on January 20, 2022* |
| ***Law Enforcement Witnesses – Search of Salim Said residence located at 5150 Alvarado North, Plymouth, Minnesota*** | | | | |
| | | | | Joel Stults, Special Agent, Federal Bureau of Investigation<br><br>*Search of 5150 Alvarado Lane North, Plymouth, Minnesota on January 20, 2022, and search of Defendant Abdi Nur Salah's residence* |
| | | | | Michael Iverson, Special Agent, Federal Bureau of Investigation<br><br>*Search of 5150 Alvarado Lane North, Plymouth, Minnesota on January 20, 2022* |
| | | | | Scott Zimmerman, Special Agent, Federal Bureau of Investigation<br><br>*Search of 5150 Alvarado Lane North, Plymouth, Minnesota on January 20, 2022* |
| | | | | Charles Koepke, Special Agent, Federal Bureau of Investigation<br><br>*Search of 5150 Alvarado Lane North, Plymouth, Minnesota on January 20, 2022* |
| | | | | Valerie Eastwood, Special Agent, Federal Bureau of Investigation<br><br>*Search of 5150 Alvarado Lane North, Plymouth, Minnesota on January 20, 2022* |

| | | | |
|---|---|---|---|
| | | | Jesse Leming, Special Agent, IRS-CI<br><br>*Search of 5150 Alvarado Lane North, Plymouth, Minnesota on January 20, 2022* |
| | | | Teresa Kubalanza, Special Agent, IRS-CI<br><br>*Search of 5150 Alvarado Lane North, Plymouth, Minnesota on January 20, 2022* |
| | | | John Livingston, Postal Inspector, United States Postal Inspection Service<br><br>*Search of 5150 Alvarado Lane North, Plymouth, Minnesota on January 20, 2022* |
| | | | Brian Sundberg, Postal Inspector, United States Postal Inspection Service<br><br>*Search of 5150 Alvarado Lane North, Plymouth, Minnesota on January 20, 2022, and search of Defendant Abdi Nur Salah's residence* |
| | | | Erin Greiner, Federal Bureau of Investigation, FBI Employee<br><br>*Search of 5150 Alvarado Lane North, Plymouth, Minnesota on January 20, 2022* |
| | | | Victoria Howell, Federal Bureau of Investigation, FBI Employee<br><br>*Search of 5150 Alvarado Lane North, Plymouth, Minnesota on January 20, 2022* |
| | | | Margaret Buckley, Federal Bureau of Investigation, FBI Employee<br><br>*Search of 5150 Alvarado Lane North, Plymouth, Minnesota on January 20, 2022* |
| | | | |
| *Law Enforcement Witnesses – Search of Abdulkadir Nur Salah residence located at 4606 Polk Street Northeast, Columbia Heights, Minnesota* | | | |

| | | | | |
|---|---|---|---|---|
| | | | | Jacob Shaver, Special Agent, Federal Bureau of Investigation<br><br>*Search of 4606 Polk Street Northeast, Columbia Heights, Minnesota on January 20, 2022* |
| | | | | Andrew Marshall, Special Agent, Federal Bureau of Investigation<br><br>*Search of 4606 Polk Street Northeast, Columbia Heights, Minnesota on January 20, 2022* |
| | | | | Kevin Blanchard, Special Agent, Federal Bureau of Investigation<br><br>*Search of 4606 Polk Street Northeast, Columbia Heights, Minnesota on January 20, 2022* |
| | | | | Kelly Schreder, Special Agent, Federal Bureau of Investigation<br><br>*Search of 4606 Polk Street Northeast, Columbia Heights, Minnesota on January 20, 2022* |
| | | | | Brian Behm, Special Agent, Federal Bureau of Investigation<br><br>*Search of 4606 Polk Street Northeast, Columbia Heights, Minnesota on January 20, 2022* |
| | | | | Karl Braun, Federal Bureau of Investigation<br><br>*Search of 4606 Polk Street Northeast, Columbia Heights, Minnesota on January 20, 2022* |
| | | | | Marcus Lane, Special Agent, IRS-CI<br><br>*Search of 4606 Polk Street Northeast, Columbia Heights, Minnesota on January 20, 2022* |
| | | | | Tim Nichols, former Special Agent, IRS-CI<br><br>*Search of 4606 Polk Street Northeast, Columbia Heights, Minnesota on January 20, 2022, and imaging of various digital devices* |

| | | | | Julie Barrows, Postal Inspector, USPIS<br><br>*Search of 4606 Polk Street Northeast, Columbia Heights, Minnesota on January 20, 2022* |
|---|---|---|---|---|
| | | | | Dan Michener, Special Agent MN Bureau of Criminal Apprehension<br><br>*Search of 4606 Polk Street Northeast, Columbia Heights, Minnesota on January 20, 2022* |
| **Law Enforcement Witnesses – Search of Abdi Nur Salah residence located at 636 Hall Ave, St. Paul, Minnesota** | | | | |
| | | | | Kurt Beulke, Special Agent, Federal Bureau of Investigation<br><br>*Search of 636 Hall Ave, St. Paul, Minnesota on January 21, 2022* |
| | | | | John Western, Postal Inspector, USPIS<br><br>*Search of 636 Hall Ave, St. Paul, Minnesota on January 21, 2022* |
| | | | | Elizabeth Livingston, Federal Bureau of Investigation<br><br>*Search of 636 Hall Ave, St. Paul, Minnesota on January 21, 2022* |
| | | | | Kia Vue, Federal Bureau of Investigation<br><br>*Search of 636 Hall Ave, St. Paul, Minnesota on January 21, 2022* |
| | | | | Hannah Prigge, Federal Bureau of Investigation<br><br>*Search of 636 Hall Ave, St. Paul, Minnesota on January 21, 2022* |
| | | | | Haley Aldrich, Federal Bureau of Investigation<br><br>*Search of 636 Hall Ave, St. Paul, Minnesota on January 21, 2022* |

| | | | | Taylor Gilbertson, Federal Bureau of Investigation *Search of 636 Hall Ave, St. Paul, Minnesota on January 21, 2022* |
|---|---|---|---|---|
| **Law Enforcement Witnesses – Search of building purchased with Federal Child Nutrition Funds – 2722 Park Avenue South, Minneapolis, Minnesota** | | | | |
| | | | | Jessica Klepadia, Special Agent, Federal Bureau of Investigation *Search of 2722 Park Avenue South, Minneapolis Minnesota on January 20, 2022* |
| | | | | Daniel Conger, Special Agent, Federal Bureau of Investigation *Search of 2722 Park Avenue South, Minneapolis Minnesota on January 20, 2022* |
| | | | | Kevin Kohler, Special Agent, Federal Bureau of Investigation *Search of 2722 Park Avenue South, Minneapolis Minnesota on January 20, 2022* |
| | | | | Scott Stefanowicz, Special Agent, Federal Bureau of Investigation *Search of 2722 Park Avenue South, Minneapolis Minnesota on January 20, 2022* |
| | | | | Scott McKee, Federal Bureau of Investigation *Search of 2722 Park Avenue South, Minneapolis Minnesota on January 20, 2022* |
| | | | | Katharine Bell, Federal Bureau of Investigation *Search of 2722 Park Avenue South, Minneapolis Minnesota on January 20, 2022* |
| | | | | Sarah Kyle, Federal Bureau of Investigation *Search of 2722 Park Avenue South, Minneapolis Minnesota on January 20, 2022* |

| | | | | Milas Howe, Federal Bureau of Investigation<br><br>*Search of 2722 Park Avenue South, Minneapolis Minnesota on January 20, 2022* |
| --- | --- | --- | --- | --- |
| | | | | Dean DiPieto, Federal Bureau of Investigation<br><br>*Search of 2722 Park Avenue South, Minneapolis Minnesota on January 20, 2022* |

| PLF. NO. | DEF. NO. | DATE CALLED | DATE EXCUSED | NAME/TITLE OF WITNESSES |
|---|---|---|---|---|
| | | | | ***Employee Witnesses*** |
| | | | | Farhiyo Moalim, (former) employee of Total Financial Services<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |
| | | | | Said Salah, Manager, Total Financial Solutions<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |
| | | | | Hadith Ahmed, (former) employee of Feeding Our Future<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |
| | | | | Genesis Esmerai Alonso, (former) employee of Feeding Our Future<br><br>*Observations of entities and individuals  involved in the Federal Child Nutrition Program.* |
| | | | | Norma Cabadas, (former) employee of Feeding Our Future<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |

| PLF. NO. | DEF. NO. | DATE CALLED | DATE EXCUSED | NAME/TITLE OF WITNESSES |
|---|---|---|---|---|
| | | | | Cole Flynn, (former) Food Program Manager, Feeding Our Future<br><br>*Observations of Feeding Our Future and site sponsorship and monitoring.* |
| | | | | Henry Komolo, (former) Site Support Staff, Feeding Our Future<br><br>*Observations of Feeding Our Future and site sponsorship and monitoring.* |
| | | | | Norma Lopez, (former) Claims/Front Desk, Feeding Our Future<br><br>*Observations of Feeding Our Future and vendor claims.* |
| | | | | Abshir Omar Mohamed (former) Site Support Staff, Feeding Our Future<br><br>*Observations of Feeding Our Future and site sponsorship and monitoring.* |
| | | | | Ikram Osman (former) Site Support Staff, Feeding Our Future<br>*Observations of Feeding Our Future and site sponsorship and monitoring* |
| | | | | Qeys Nor Mohamed (former) Site Support Staff, Feeding Our Future<br><br>*Observations of Feeding Our Future and site sponsorship and monitoring* |
| | | | | Worku Regassa Denta (former) Site Support Staff, Feeding Our Future<br>*Observations of Feeding Our Future and site sponsorship and monitoring* |
| | | | | Abdulquani Hussein Awale (former) Site Support Staff, Feeding Our Future<br>*Observations of Feeding Our Future and site sponsorship and monitoring* |

| | | | | |
|---|---|---|---|---|
| | | | | Benjamin Stayberg, Feeding Our Future Board of Directors<br><br>*Observations of Feeding Our Future* |
| | | | | Jamie Phelps, Feeding Our Future Board of Directors<br><br>*Observations of Feeding Our Future* |
| | | | | Ali Egal, Feeding Our Future Board of Directors<br><br>*Observations of Feeding Our Future* |
| | | | | John Senkler, Feeding Our Future Board of Directors<br><br>*Observations of Feeding Our Future* |

| PLF. NO. | DEF. NO. | DATE CALLED | DATE EXCUSED | NAME/TITLE OF WITNESSES |
|---|---|---|---|---|
| | | | | Christine Twait, Board Member, Partners in Nutrition<br><br>*Observations concerning Federal Child Nutrition Program* |
| | | | | |
|  | | | | |

| PLF. NO. | DEF. NO. | DATE CALLED | DATE EXCUSED | NAME/TITLE OF WITNESSES |
|---|---|---|---|---|
| | | | | *School District Witnesses* |
| | | | | Stacy Koppen, Director of Nutrition Services, St. Paul Public Schools<br>*Observations concerning St. Paul Public Schools nutrition program, including St. Paul Central Kitchen.* |
| | | | | Dr. Theresa F. Battle, Burnsville-Eagan-Savage Public Schools District 191<br><br>*Observations regarding Burnsville School District.* |
| | | | | Julie Kronabetter, Director of Nutritional Services, Burnsville-Eagan-Savage Public Schools District 191<br><br>*Observations regarding Burnsville School District.* |
| | | | | Tyler Dehne, Director of Finance, Burnsville-Eagan-Savage Public Schools District 191<br><br>*Observations regarding Burnsville School District.* |
| | | | | Annette Derouin, (former) Food Service Director, Willmar Public Schools<br><br>*Observations regarding Willmar School District.* |
| | | | | Jessie Olson, Student Information Coordinator, Willmar Public Schools<br><br>*Observations concerning Willmar School District.* |
| | | | | David Cooney, Controller, St. Cloud School District<br><br>*Observations concerning St. Cloud School District.* |

| | | | | Sherri Knutson, Student Nutrition Services Coordinator, Rochester Public Schools<br><br>*Observations concerning Rochester Public Schools.* |
|---|---|---|---|---|
| | | | | Darcy Stuber, Director of Food Services, Mankato Area Public Schools<br><br>*Observations concerning Mankato Area Public Schools.* |
| | | | | John Lustig, Director of Administrative Services, Mankato Area Public Schools<br><br>*Observations concerning Mankato Area Public Schools.* |

| | | | | Site Witnesses |
|---|---|---|---|---|
| | | | | Sara Bennett, business address 436 Litchfield Ave SW, Willmar, MN<br><br>*Observations concerning Willmar.* |
| | | | | Becky Christianson, business address 436 Litchfield Ave SW, Willmar, MN<br><br>*Observations concerning Willmar.* |
| | | | | Amal Muse, CSO, Willmar Police Department<br><br>*Observations concerning Willmar.* |
| | | | | Abdirazak Siyad, Owner of Faafan Restaurant<br><br>*Observations concerning food site operated at Faafan Restaurant.* |
| | | | | Ayan Abukar, Action for East African People<br><br>*Observations concerning Action for East African People food sites.* |
| | | | | Haji Salad, Haji's Kitchen<br><br>*Observations concerning Feeding Our Future and Safari Restaurant.* |
| | | | | Jack Spear, owner of property located at 1415 1st Ave, Mankato, Minnesota<br><br>*Observations concerning Horseed Management and Mankato, Minnesota.* |
| | | | | Dave Dorland<br><br>*Observations concerning Mankato and Horseed* |
| | | | | Becky Tapper<br><br>*Observations concerning Mankato and Horseed* |
| | | | | Beth Stiff<br><br>*Observations concerning food site operated at Faafan Restaurant.* |

| | | | | |
|---|---|---|---|---|
| | | | | Manda Dingmann,<br><br>*Observations concerning Waite Park site* |
| | | | | Amber Laudenbach,<br><br>*Observations concerning Waite Park site* |
| | | | | Dr. Shawn Preisler<br><br>*Observations concerning Waite Park site* |
| | | | | Jeff Mathiasen<br><br>*Observations concerning St. Cloud site* |
| | | | | Dan Tweedy<br><br>*Observations concerning St. Cloud site* |
| | | | | Cabdicasiis Mahamed<br><br>*Observations concerning Southcross site* |
| | | | | Hussein Qanyare<br><br>*Observations concerning Southcross site* |
| | | | | Timothy Malone<br><br>*Observations concerning Gaur Limited site in Rochester* |
| | | | | Jennifer Drobinski, Sherman Associates<br><br>*Observations concerning multiple food distribution locations* |
| | | | | Melissa Reichstadt, Sherman Associates<br><br>*Observations concerning multiple food distribution locations* |

| PLF. NO. | DEF. NO. | DATE CALLED | DATE EXCUSED | NAME/TITLE OF WITNESSES |
|---|---|---|---|---|
| | | | | ***Other Witnesses*** |
| | | | | Bekam Merdassa, Executive Director, Youth Inventors Lab and Employee, Mind Foundry<br><br>*Observations regarding Mind Foundry and Youth Inventors Lab operations.* |

22 of 28

| | | | | Hanna Marekegn, Owner, Brava Café<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |
| | | | | Abdulkadir Awale, Co-Owner, Karmel Coffee and Sambusa King<br><br>*Observations of Federal Child Nutrition Program site operations.* |
| | | | | Qamar Hassan, Co-Owner, S&S Catering<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |
| | | | | Sahra Nur, Co-Owner, S&S Catering<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |
| | | | | Mekfira Hussein, Owner, Shamsia Hopes<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |
| | | | | Abduljabar Hussein, Owner, Oromia Feeds LLC<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |
| | | | | Sharmarke Issa, Owner, SM Adult Day Care and Wacan Restaurant<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |
| | | | | Craig Anderson, Hybrid Banker, Inc.<br><br>*Observations of ANS Projects, LLC, Five A's Projects, LLC, and S&A Projects, LLC* |
| | | | | Ayanle Hussein, The Produce<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |

| | | | | Abdul Ali, S&S Catering and Youth Inventors Lab<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |
| | | | | Yusuf Bashir Ali, S&S Catering and Youth Inventors Lab<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |
| | | | | Hoda Abdi<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |
| | | | | Khadra Abdi<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |
| | | | | Curtis Chapman, AFC Foods<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |
| | | | | Mohamed Hussein, Somali American Faribault Education<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |
| | | | | Lul Ali, Somali American Faribault Education<br><br>*Observations of entities and individuals involved in the Federal Child Nutrition Program.* |
| | | | | Bill Champa, City of Minneapolis<br><br>Testimony regarding the City of Minneapolis's Outside Employment Policy and other Ethics Regulations, testimony regarding Abdi Nur Salah |
| | | | | Mayor Jacob Frey, City of Minneapolis<br><br>Testimony regarding the City of Minneapolis's Outside Employment Policy and other Ethics Regulations, testimony regarding Abdi Nur Salah's work at the City of Minneapolis |

| | | | | Minnesota Department of Education Witnesses |
|---|---|---|---|---|
| | | | | Jenny Butcher, Employee, Minnesota Department of Education<br><br>*Observations concerning MDE management, participation in the Federal Child Nutrition Program, meal counts, invoices, and site reviews.* |
| | | | | Monica Herrera, Director of Nutrition, Health and Youth Development Division, Minnesota Department of Education<br><br>*Observations regarding Federal Child Nutrition Program, sponsors, and referral to investigators.* |
| | | | | Emily Honer, Director, Nutrition Program Services, Minnesota Department of Education<br><br>*Observations regarding Federal Child Nutrition Program, sponsors, and referral to investigators.* |
| | | | | Camille Jones, Coordinator, At-Risk and Summer Food Service Program, Minnesota Department of Education<br><br>*Observations regarding Federal Child Nutrition Program, sponsors, and referral to investigators.* |
| | | | | Kendra Pace, Application and Claims Specialist, Minnesota Department of Education<br><br>*Observations regarding Federal Child Nutrition Program.* |
| | | | | Katrina Jones, Risk Manager<br>Minnesota Department of Education<br>*Observations regarding Federal Child Nutrition Program.* |
| | | | | Daron Korte, Assistant Commissioner, Minnesota Department of Education<br><br>*Observations regarding Federal Child Nutrition Program.* |
| | | | | Jeannette Johnson-Reed, Minnesota Department of Education<br><br>*Observations regarding Federal Child Nutrition Program.* |

| PLF. NO. | DEF. NO. | DATE CALLED | DATE EXCUSED | NAME/TITLE OF WITNESSES |
|---|---|---|---|---|
| | | | | *Custodians of Records* |
| | | | | Custodian of Records, Google LLC. |
| | | | | Custodian of Records, Fedwire  - *Related Wire Transfers* |
| | | | | Custodian of Records, Bank of America |
| | | | | Custodian of Records, Bell Bank |
| | | | | Custodian of Records, The Huntington National Bank |
| | | | | Custodian of Records, Internal Revenue Service |
| | | | | Custodian of Records, BMO Harris |
| | | | | Custodian of Records, Feldman Imports |
| | | | | Custodian of Records, JPMorgan Chase Bank, N.A. |
| | | | | Custodian of Records, Minnesota Secretary of State |
| | | | | Custodian of Records, Minnesota Department of Public Safety, Driver and Vehicle Services |
| | | | | Custodian of Records, City of Minneapolis |

| PLF. NO. | DEF. NO. | DATE CALLED | DATE EXCUSED | NAME/TITLE OF WITNESSES |
|---|---|---|---|---|
| | | | | Custodian of Records, BBVA Compass Bank |
| | | | | Custodian of Records, HiWay Federal Credit Union |
| | | | | Custodian of Records, Bremer Bank |
| | | | | Custodian of Records, Wells Fargo Bank NA |
| | | | | Custodian of Records, TruStone Financial |
| | | | | Custodian of Records, Sunrise Banks, N.A. |
| | | | | Custodian of Records, Tesla Motors |
| | | | | Custodian of Records, Trademark Title Services Inc. |
| | | | | Custodian of Records, U.S. Bank |
| | | | | Custodian of Records, Albert Lea Area Public School District |
| | | | | Custodian of Records, Bloomington Public School District |
| | | | | Custodian of Records, Burnsville Public School District |
| | | | | Custodian of Records, Eden Prairie Public School District |
| | | | | Custodian of Records, Faribault Public School District |
| | | | | Custodian of Records, Hopkins Public School District |
| | | | | Custodian of Records, Mankato Public School District |
| | | | | Custodian of Records, Marshall Public School District |
| | | | | Custodian of Records, Medford Public School District |
| | | | | Custodian of Records, Minneapolis Public School District |
| | | | | Custodian of Records, Owatonna Public School District |
| | | | | Custodian of Records, Pelican Rapids Public School District |
| | | | | Custodian of Records, Prior Lake-Savage Public School District |
| | | | | Custodian of Records, Rochester Public School District |
| | | | | Custodian of Records, Shakopee Public School District |
| | | | | Custodian of Records, Shakopee Public School District |
| | | | | Custodian of Records, St. Cloud Public School District |
| | | | | Custodian of Records, St. Paul Public School District |

| | | | | Custodian of Records, St. Peter Public School District |
|---|---|---|---|---|
| | | | | Custodian of Records, Willmar Public School District |
| | | | | Custodian of Records, Ramsey County Courthouse |
| | | | | Custodian of Records, Restaurant Depot |
| | | | | ***Any witnesses listed on any of the defendant's witness lists.*** |
| | | | | ***The United States reserves the right to identify or call additional witnesses for its case-in-chief or in rebuttal if necessitated by trial testimony or evidence.*** |