**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

Case No. 22-CR-223(3)(NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>V.  )<br>  )<br>3. SALIM AHMED SAID,  )<br>  )<br>  Defendant.  ) | **MOTION TO JOIN IN MOTION *IN LIMINE* NO. 1 TO PRECLUDE RULE 403(b) ARGUMENTS REGARDING UNSUPPORTED GANG AFFILIATION** |

**MOTION**

Defendant Salim Said moves this Court to join in the January 10, 2025 Motion *in Limine* No. 1 to Preclude Rule 403(b) Arguments Regarding Unsupported Gang Affiliation (Doc. 423).

Dated: January 14, 2025

Respectfully submitted,

**COLICH & ASSOCIATES**

*/s/ Michael J. Colich*
Michael J. Colich
Attorney ID 17899
Attorney for Defendant Salim Ahmed Said
420 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
Phone: (612) 333-7007
mcolich@colichlaw.com

1