AO 187 (Rev. Locally 03/18) Exhibit List

UNITED STATES DISTRICT COURT

DISTRICT OF                MINNESOTA

| United States of America<br>V.<br>Abdi Nur Salah | **DEFENDANT ABDI NUR SALAH'S (6) EXHIBIT LIST**<br><br>Case Number:  22-cr-223 (NEB/DJS) |

| PRESIDING JUDGE<br>Hon. Nancy E. Brasel | PLAINTIFF'S ATTORNEY<br>Joseph H. Thompson | DEFENDANT'S ATTORNEY<br>Brian N. Toder |
|---|---|---|
| TRIAL DATE (S)<br>February 3, 2025 to February 28, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | D6-1 | | | | Agreement Between Tunyar Trading LLC and The Consultant dated 2/3/2021 |
| | | | | | |

Defendant Abdi Nur Salah reserves his rights to supplement this list based on the Government's evidence in its case in chief.

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of     1      Pages
_____