UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
22-CR-223 (NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                             )<br>             Plaintiff,                          )<br>                                                             )<br>v.                                                        )<br>                                                             )<br>Abdinasir Mahamed Abshir (10),   )<br>Asad Mohamed Abshir (11),          )<br>                                                             )<br>             Defendant.                      ) | **JOINT MOTION TO CONTINUE TRIAL DATE** |

**PLEASE TAKE NOTICE** that counsel for the above-entitled Defendants hereby move the Court to continue the Trial date currently set for the above-entitled Defendants on April 14, 2025. Grounds for said motion are as follows:

1. The above-entitled Defendants are currently set for trial on April 14, 2025, which is the second grouping of Feeding the Future case;

2. Prior to any trial date settings and in an attempt to avoid attorney scheduling conflicts, Attorney Peter Wold contacted all attorneys in the Feeding the Future case to determine their availability for trial and times in which they would be out of town or otherwise unavailable and forwarded the same to the Court;

3. Douglas Olson, counsel for Mr. Asad Mohamed Abshir (11), indicated he would be out of the country for three weeks beginning on or around May 1

on vacation to London, Paris and a Sein River Cruise with another couple, all of which had been previously planned far in advance;

4. Craig Cascarano, counsel for Abdinasir Mahamed Abshir (10), indicated he would be out of town on vacation from April 19 - May 11, 2025, which was planned one year in advance, all expenses of which have been prepaid and are nonrefundable;

5. The Court scheduled both Mr. Cascarano and Mr. Olson in the second group of Feeding the Future case, the trial of which is to begin April 14, 2025 which of course will interfere with both Mr. Olson's and Mr. Cascarano's previously scheduled vacations;

6. Both Mr. Olson and Mr. Cascarano, if the Court deems appropriate, are available for trial on the third group trial date setting in June;

7. The above-entitled Defendants are alleged to be involved in the same course of conduct regarding Stigma-Free Mankato Food Service. Mr. Olson and Mr. Cascarano presume the Government prefers to have both of the above-entitled Defendants on the same trial date, hence this joint motion.

**WHEREFORE**, counsel for the above-named Defendants hereby move the Court to continue the above-entitled Defendant's trial dates.

                                                                     Respectfully submitted,

Dated:  January 23, 2025        */s/Craig E. Cascarano*
                                                                     Craig E. Cascarano
                                                                     Attorney No. 15544
                                                                     150 S. Fifth Street, Suite 2860
                                                                     Minneapolis, MN 55402
                                                                     (612) 333-6603
                                                                     craig@craigcascaranolaw.com

                                                                     Attorney for Abdinasir Abshir (10)


                                                                   */s/Douglas Olson*
                                                                     Douglas Olson
                                                                     Attorney No. 169067
                                                                     331 Second Avenue South, Suite 705
                                                                     Minneapolis, MN 55401
                                                                     (612) 868-5884
                                                                     dougolsonlaw@gmail.com

                                                                     Attorney for Asad Abshir (11)