# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AIMEE MARIE BOCK (1),<br>SALIM AHMED SAID (3),<br><br>    Defendants. | **COURT MINUTES**<br>Case Number: 22-cr-223 (NEB/DTS)<br><br>Date: February 3, 2025<br>Courthouse: Minneapolis<br>Courtroom: 13W<br>Court Reporter: Renee Rogge<br>Time Commenced: 8:40 a.m. – 8:50 a.m.<br>    9:20 a.m. – 10:15 a.m.<br>    10:30 a.m. – 1:00 p.m.<br>    2:00 p.m. – 4:15 p.m..<br>Time Concluded: 4:15 p.m.<br>Time in Court: 5 hours and 50 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

**APPEARANCES:**
  Plaintiff:    Joseph Thompson, Harry Jacobs, Matthew Ebert, and Daniel Bobier, Assistant U.S. Attorneys

  Defendants:    Kenneth Udoibok (1) for Aimee Marie Bock, CJA Appointed Attorney
                  Michael Colich and Adrian LaFavor-Montez for Salim Ahmed Said (3), Retained Attorneys

**PROCEEDINGS:**
☒ Jury Trial - Begun (Trial Day 1)
☒ Pretrial Conference.
☒ Voir Dire Held and Complete.
☒ Jury Trial continued to February 10, 2025 at 9:00 a.m.

Date: February 3, 2025                                                                  s/KW
                                                              Signature of Courtroom Deputy to Judge Nancy E. Brasel