# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: 22-cr-223 (NEB/DTS) |
| v. | |
| AIMEE MARIE BOCK (1), | |
| SALIM AHMED SAID (3), | |
| Defendants. | |

| | |
|---|---|
| Date: | February 10, 2025 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 9:00 a.m. – 10:20 p.m. |
| | 10:40 p.m. – 12:00 p.m. |
| | 1:00 p.m. – 2:40 p.m. |
| | 3:00 p.m. – 4:40 p.m. |
| Time Concluded: | 4:40 p.m. |
| Time in Court: | 6 hours |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

**APPEARANCES:**
- Plaintiff: Joseph Thompson, Harry Jacobs, Matthew Ebert, and Daniel Bobier, Assistant U.S. Attorneys
- Defendants: Kenneth Udibock for Aimee Marie Bock (1) CJA Appointed Attorney
  Salim Ahmed Said (3), Michael Colich and Adrian LaFavor-Montez, Retained Attorneys

**PROCEEDINGS:**
- ☒ Jury Trial - Continued (Trial Day 2)
- ☒ Preliminary Jury Instructions.
- ☒ Opening statements.
- ☒ Government Witnesses: Matthew Hoffman and Emily Honer.
- ☒ Trial continued to February 11, 2025 at 9:00 a.m.

Date: February 10, 2025

s/KW
Signature of Courtroom Deputy to Judge Nancy E. Brasel