# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

                        *Plaintiff,*

v.                                             Case No. 0:22–cr–00223–NEB–DTS(Dft 10)

Abdinasir Mahamed Abshir,

                        *Defendant.*

**ARREST WARRANT**

To:   Any authorized law enforcement officer

    ***YOU ARE COMMANDED*** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Abdinasir Mahamed Abshir ,

who is accused of an offense or violation based on the following document filed with the court:   ( ) Order of Court   ( ) Indictment   ( ) Superseding Indictment   ( ) Information   ( ) Superseding Information   ( ) Complaint   ( ) Probation Violation Petition   ( ) Supervised Release Violation Petition   ( X ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Pretrial Release

Date:    February 19, 2025

                                                          Kate M. Fogarty, Clerk of Court

City and state:   Minneapolis, MN

                                                          *Printed name and title*

***Return***

    This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .

Date: _____

                                                          *Arresting officer's signature*

                                                          *Printed name and title*

*This second page contains personal identifiers provided for law−enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.*

*(Not for Public Disclosure)*

Name of defendant/offender:   Abdinasir Mahamed Abshir

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may stll have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scar, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____