**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REVOCATION

United States of America,

Plaintiff,

v.

Abdinasir Mahamed Abshir (10),

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

**COURT MINUTES - CRIMINAL**
BEFORE: ELIZABETH COWAN WRIGHT
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 22-cr-223 (NEB/DTS) |
| Date: | February 24, 2025 |
| Courthouse: | St. Paul |
| Courtroom: | 3C |
| Time Commenced: | 1:55 p.m. |
| Time Concluded: | 2:00 p.m. |
| Time in Court: | 5 minutes |

APPEARANCES:

Plaintiff: Jordan Sing, Assistant U.S. Attorney
Defendant: Craig Cascarano
      X Retained

Date Charges Filed: February 19, 2025

Offense: attempt to tamper with and intimidate a government witness.

    X Advised of Rights

on    Violation of  X Pre-trial Release

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Friday, February 28, 2025 at 10:30 a.m. before U.S. Magistrate Tony N. Leung in Courtroom 9W (MPLS) for:
  X Detention hrg      X Bond Revocation

Additional Information:
Government moves to unseal the [515] Motion for Revoke Pretrial Release.      X Granted.

_____s/nah_____
Signature of Courtroom Deputy