UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

### ORDER

---

United States of America,

                      Plaintiff,

v.

Abdikadir Ainanshe Mohamud,
                      Defendant,

Docket No. 0864 0:22CR00223-009(NEB)

---

Due to the fact that the above-named defendant has pled guilty, [as well as the nature and circumstances of the offense.]

IT IS HEREBY ORDERED that the following be added to the defendant's conditions of release:

Refrain from possessing a firearm, destructive device, or other dangerous weapons.

Dated: 2/27/25

Nancy E. Brasel
U.S. District Judge