# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

Case No. 22-CR-223(3)(NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>         Plaintiff,           )<br>                              )<br>   V.                         )<br>                              )<br>3. SALIM AHMED SAID,          )<br>                              )<br>         Defendant.           ) | **DEFENDANT SALIM AHMED SAID'S EXHIBIT LIST AS OF 3/12/2025** |

| PRESIDINT JUDGE<br>Hon. Nancy E. Brasel | PLAINTIFF'S COUNSEL<br>Joseph H. Thompson | DEFENDANT'S COUNSEL<br>Michael J. Colich<br>Adrian S. LaFavor-Montez | |
|---|---|---|---|
| TRIAL DATE<br>February 3, 2025 | COURT REPORTER<br>Renee Rogge | COURTROOM DEPUTY<br>Kristine Wegner | |
| EX. # | OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
| D3-0001 | | | September 7, 2020 Promissory Note re Olive Management and Cosmopolitan Business Solutions |
| D3-0002 | | | September 19, 2020 Promissory Note re ASA Limited and Cosmopolitan Business Solutions |
| D3-0003 | | | October 1, 2020 Promissory Note re Tunyar Trading and Salim Limited |
| D3-0004 | | | Photo of food in aluminum pans – 4/18/2020 |
| D3-0005 | | | Video of food spread out across table with caption "Ramadan Mubarak" – 4/25/2020 |
| D3-0006 | | | Video of food and labeled to-go containers spread out across table – 4/25/2020 |
| D3-0007 | | | Video of to-go containers on table – 4/25/2020 |
| D3-0008 | | | Photo of food inside to-go containers – 4/25/2020 |
| D3-0009 | | | Video of aluminum pans in crates – 4/28/2020 |
| D3-0010 | | | Photo of aluminum pans in crates – 4/28/2020 |
| D3-0011 | | | Photo of printed out labels which include Safari Restaurant's logo – 4/29/2020 |
| D3-0012 | | | Video of several boxes of food product – 5/2/2020 |

| | | | |
|---|---|---|---|
| D3-0013 | | | Photo of aluminum pans bearing Safari Restaurant logo – 5/2/2020 |
| D3-0014 | | | Video of aluminum pans bearing Safari Restaurant logo – 5/2/2020 |
| D3-0015 | | | Video of aluminum pans bearing Safari Restaurant logo spread out across tables – 5/2/2020 |
| D3-0016 | | | Video of aluminum pans bearing Safari Restaurant logo spread out across tables and person wearing apron dishing out food – 5/2/2020 |
| D3-0017 | | | Video of Ilhan Omar being filmed by news cameras at Safari Restaurant – 5/2/2020 |
| D3-0018 | | | Video of food in aluminum pan – 5/2/2020 |
| D3-0019 | | | Video of man wearing apron and mask at Safari Restaurant and aluminum pans on table – 5/3/2020 |
| D3-0020 | | | Video of aluminum pans bearing Safari Restaurant logo spread out across tables – 5/3/2020 |
| D3-0021 | | | Video of aluminum pans bearing Safari Restaurant logo and man wearing apron and mask – 5/3/2020 |
| D3-0022 | | | Video of food in to-go containers and man wearing apron and mask – 5/6/2020 |
| D3-0023 | | | Photo of food in to-go containers – 5/6/2020 |
| D3-0024 | | | Photo of food in to-go containers – 5/6/2020 |
| D3-0025 | | | Photo of to-go containers bearing labels which include Safari Restaurant's logo – 5/8/2020 |
| D3-0026 | | | Photos of to-go containers bearing labels which include Safari Restaurant's logo – 5/8/2020 |
| D3-0027 | | | Photo of to-go containers spread out across tables with bananas for each container – 5/8/2020 |
| D3-0028 | | | Photo of to-go containers with bananas – 5/8/2020 |
| D3-0029 | | | Video of stacked aluminum pans – 5/13/2020 |
| D3-0030 | | | Photo of Salim Said at Safari Restaurant wearing a mask bearing Safari Restaurant's logo – 6/29/2020 |
| D3-0031 | | | Photo of Salim Said at Safari location – 6/30/2020 |
| D3-0032 | | | Photo of Salim Said with five crew members wearing Safari Restaurant uniforms – 7/6/2020 |
| D3-0033 | | | Photo of eight men wearing Safari Restaurant uniforms at Safari location – 7/6/2020 |
| D3-0034 | | | Photo of nine men wearing Safari Restaurant uniforms at Safari location – 7/6/2020 |

| | | | |
|---|---|---|---|
| D3-0035 | | | Video of crew members wearing Safari uniforms gathered outside Safari location – 7/28/2020 |
| D3-0036 | | | Video of aluminum pans stacked on tables and crew members wearing aprons – 10/12/2020 |
| D3-0037 | | | Photo of aluminum pans stacked on tables with caption "Lunch is ready" – 10/12/2020 |
| D3-0038 | | | Video of food in aluminum pan – 10/12/2020 |
| D3-0039 | | | Photo of stacked aluminum pans – 10/25/2020 |
| D3-0040 | | | Photo of aluminum pans stacked on tables and crew members – 10/25/2020 |
| D3-0041 | | | Photo of aluminum pans stacked on tables and crew members – 10/25/2020 |
| D3-0042 | | | YouTube video of Ilhan Omar serving meals at Safari Restaurant – posted on 5/3/2020 |
| D3-0043 | | | Email chain re cereal, juice, and milk – 8/7/2020 |
| D3-0044 | | | Email re Sysco delivery emails – various dates |
| D3-0045 | | | Email from Sysco to Abdulkadir Salah re January Invoices – 2/9/2021 |
| D3-0046 | | | Email from Sysco to Abdulkadir Salah re February Invoices – 3/2/2021 |
| D3-0047 | | | Email from Sysco to Abdulkadir Salah re Additional February Invoices – 3/2/2021 |
| D3-0048 | | | Email from Sysco to Abdulkadir Salah re March Invoices – 4/9/2021 |
| D3-0049 | | | Email from Sysco to Abdulkadir Salah re April Invoices – 5/3/2021 |
| D3-0050 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 2/19/2021 |
| D3-0051 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 2/24/2021 |
| D3-0052 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 3/3/2021 |
| D3-0053 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 3/9/2021 |
| D3-0054 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 3/17/2021 |
| D3-0055 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 3/23/2021 |

| | | | |
|---|---|---|---|
| D3-0056 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 3/29/2021 |
| D3-0057 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 4/5/2021 |
| D3-0058 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 4/12/2021 |
| D3-0059 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 4/20/2021 |
| D3-0060 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 4/23/2021 |
| D3-0061 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 4/30/2021 |
| D3-0062 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 10/20/2021 |
| D3-0063 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 10/28/2021 |
| D3-0064 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 11/4/2021 |
| D3-0065 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 11/11/2021 |
| D3-0066 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 11/17/2021 |
| D3-0067 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 11/22/2021 |
| D3-0068 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 11/30/2021 |
| D3-0069 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 12/8/2021 |
| D3-0070 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 12/16/2021 |
| D3-0071 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 12/20/2021 |
| D3-0072 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 12/27/2021 |
| D3-0073 | | | Email from Trio Supply to Abdulkadir Salah re Invoices Overnight – 1/5/2022 |
| D3-0074 | | | Multiple emails from Capital Imports to Abdulkadir Salah attaching invoices dated January 2020 through November 2020 – 11/24/2020 |

| | | | |
|---|---|---|---|
| D3-0075 | | | Multiple emails from Capital Imports to Abdulkadir Salah attaching invoices dated October 2020 through November 2020 – 12/3/2020 |
| D3-0076 | | | Multiple emails from Capital Imports to Abdulkadir Salah attaching invoices dated November 2020 – 12/24/2020 |
| D3-0077 | | | Multiple emails from Capital Imports to Abdulkadir Salah attaching invoices dated December 2020 – 12/25/2020 |
| D3-0078 | | | Multiple emails from Capital Imports to Abdulkadir Salah attaching invoices dated December 2020 and January 2021 – 1/4/2021 |
| D3-0079 | | | Email from Capital Imports to Abdulkadir Salah with invoice – 1/6/2021 |
| D3-0080 | | | Multiple emails from Capital Imports to Abdulkadir Salah attaching invoices dated February 2021 – 3/1/2021 |
| D3-0081 | | | Email from Capital Imports to Abdulkadir Salah – 4/14/2021 |
| D3-0082 | | | Email from Capital Imports to Abdulkadir Salah – 5/7/2021 |
| D3-0083 | | | Email from Capital Imports to Abdulkadir Salah attaching invoice dated November 2021 – 11/16/21 |
| D3-0084 | | | Minnesota: COVID-19 Waivers & Flexibilities |
| D3-0085 | | | MDE Summary of Food and Nutrition Service COVID-19 Waivers |
| D3-0086 | | | Waiver of Area Eligibility in the CACFP At-Risk Afterschool Component |
| D3-0087 | | | Nationwide Waiver of the Activity Requirement in Afterschool Care Child Nutrition Programs |
| D3-0088 | | | For-Profit Locations as Meal Sites in the Summer Food Service Program |
| D3-0089 | | | MDE – Food Service Financial Report |
| D3-0090 | | | MDE – Food Service Financial Report – Minneapolis Special School District #1 Report |
| D3-0091 | | | MDE – Food Service Financial Report Statewide |
| D3-0092 | | | USDA Child Nutrition Response #59 – Waiver to Allow SFSP through 2021 |

| | | | |
|---|---|---|---|
| D3-0093 | | | Questions and Answers related to the Child Nutrition Program Monitoring and Reporting Nationwide Waivers |
| D3-0094 | | | Summer Food Service Program 2020 Reimbursement Rates |
| D3-0095 | | | Pre-2023 FNS-418 Form Reporting Meals for SFSP to USDA |
| D3-0096 | | | 2024-2025 CACFP Reimbursement Rates – MDE |
| D3-0097 | | | 2020-2021 CACFP Reimbursement Rates – MDE |
| D3-0098 | | | FNS-44 Form Reporting Meals CAFCP to USDA |
| D3-0099 | | | Allowable Expenses and Supporting Documentation for the Child and Adult Care Food Program (CACFP) |
| D3-0100 | | | Allowable Summer Food Service Program (SFSP) Expenses and Required Documentation |
| D3-0101 | | | 7 CFR 225.5 Payments to State Agencies and Use of Program Funds – SFSP |
| D3-0102 | | | 7 CFR 225.8 Records and Reports – SFSP |
| D3-0103 | | | 7 CFR 226.9 Assignment of Rates of Reimbursement – CACFP |
| D3-0104 | | | 7 CFR 226.7 State Agency Responsibilities for Financial Management |
| D3-0105 | | | Safari Restaurant (3010 4th Ave. S Minneapolis) search warrant photographs – 1/26/2022 |
| D3-0106 | | | Grand Jury documents produced by Costco – records for Cosmopolitan Business Solutions d/b/a Safari Restaurant |
| D3-0107 | | | Grand Jury documents produced by Sysco – records for Cosmopolitan Business Solutions d/b/a Safari Restaurant |
| D3-0108 | | | Safari surveillance – 12/10/2021 10:46 AM |
| D3-0109 | | | Safari surveillance – 12/10/2021 11:17 AM |
| D3-0110 | | | Safari surveillance – 12/11/2021 11:54 AM |
| D3-0111 | | | Safari surveillance – 12/12/2021 11:49 AM |
| D3-0112 | | | Safari surveillance – 12/12/2021 1:16 PM |
| D3-0113 | | | Safari surveillance – 12/13/2021 10:18 AM |
| D3-0114 | | | Safari surveillance – 12/13/2021 10:37 AM |
| D3-0115 | | | Safari surveillance – 12/13/2021 3:39 PM |
| D3-0116 | | | Safari surveillance – 12/14/2021 11:33 AM |

| | | | |
|---|---|---|---|
| D3-0117 | | | Safari surveillance – 12/14/2021 11:40 AM |
| D3-0118 | | | Safari surveillance – 12/14/2021 12:46 PM |
| D3-0119 | | | Safari surveillance – 12/15/2021 11:18 AM |
| D3-0120 | | | Safari surveillance – 12/15/2021 5:13 PM |
| D3-0121 | | | Safari surveillance – 12/15/2021 7:36 AM |
| D3-0122 | | | Safari surveillance – 12/16/2021 11:02 AM |
| D3-0123 | | | Safari surveillance – 12/16/2021 11:11 AM |
| D3-0124 | | | Safari surveillance – 12/16/2021 12:26 PM |
| D3-0125 | | | Safari surveillance – 12/18/2021 10:26 AM |
| D3-0126 | | | Safari surveillance – 12/18/2021 11:08 AM |
| D3-0127 | | | Safari surveillance – 12/19/2021 11:34 AM |
| D3-0128 | | | Safari surveillance – 12/19/2021 11:41 AM |
| D3-0129 | | | Safari surveillance – 12/20/2021 10:13 AM |
| D3-0130 | | | Safari surveillance – 12/20/2021 11:04 AM |
| D3-0131 | | | Safari surveillance – 12/20/2021 11:32 AM |
| D3-0132 | | | Safari surveillance – 12/20/2021 2:10 PM |
| D3-0133 | | | Safari surveillance – 12/27/2021 8:14 AM |
| D3-0134 | | | Safari surveillance – 1/9/2022 9:54 AM |
| D3-0135 | | | Video from Mohamed Liban's Snapchat – 6/16/2020 11:56 AM |
| D3-0136 | | | Video from Mohamed Liban's Snapchat – 7/24/2020 12:02 AM |
| D3-0137 | | | Video from Mohamed Liban's Snapchat – 7/26/2020 9:48 AM |
| D3-0138 | | | Video from Mohamed Liban's Snapchat – 7/26/2020 11:37 AM |
| D3-0139 | | | Video from Mohamed Liban's Snapchat – 7/31/2020 10:05 AM |
| D3-0140 | | | Video from Mohamed Liban's Snapchat – 8/2/2020 10:48 AM |
| D3-0141 | | | Video from Mohamed Liban's Snapchat – 8/11/2020 12:36 PM |
| D3-0142 | | | Video from Mohamed Liban's Snapchat – 8/21/2020 10:38 AM |
| D3-0143 | | | Video from Mohamed Liban's Snapchat – 9/30/2020 10:43 AM |
| D3-0144 | | | Video from Mohamed Liban's Snapchat – 9/30/2020 10:44 AM |

| | | | |
|---|---|---|---|
| D3-0145 | | | Video from Mohamed Liban's Snapchat – 10/3/2020 9:44 AM |
| D3-0146 | | | Video from Mohamed Liban's Snapchat – 10/17/2020 11:04 AM |
| D3-0147 | | | Video from Mohamed Liban's Snapchat – 10/26/2020 12:33 PM |
| D3-0148 | | | Video from Mohamed Liban's Snapchat – 10/27/2020 10:58 AM |
| D3-0149 | | | Video from Mohamed Liban's Snapchat – 1/2/2021 11:14 AM |
| D3-0150 | | | Video from Mohamed Liban's Snapchat – 1/2/2021 11:14 AM |
| D3-0151 | | | Video from Mohamed Liban's Snapchat – 1/12/2021 10:02 AM |
| D3-0152 | | | Video from Mohamed Liban's Snapchat – 1/30/2021 11:55 AM |
| D3-0153 | | | Video from Mohamed Liban's Snapchat – 1/31/2021 10:14 AM |
| D3-0154 | | | Video from Mohamed Liban's Snapchat – 2/7/2021 9:27 AM |
| D3-0155 | | | Video from Mohamed Liban's Snapchat – 2/9/2021 9:57 AM |
| D3-0156 | | | Video from Mohamed Liban's Snapchat – 2/9/2021 10:03 AM |
| D3-0157 | | | Video from Mohamed Liban's Snapchat – 2/10/2021 9:19 AM |
| D3-0158 | | | Video from Mohamed Liban's Snapchat – 4/12/2021 8:41 AM |
| D3-0159 | | | Video from Mohamed Liban's Snapchat – 4/15/2021 8:23 AM |
| D3-0160 | | | Video from Mohamed Liban's Snapchat – 4/15/2021 9:49 AM |
| D3-0161 | | | Video from Mohamed Liban's Snapchat – 4/16/2021 9:38 AM |
| D3-0162 | | | Video from Mohamed Liban's Snapchat – 4/17/2021 8:31 AM |
| D3-0163 | | | Video from Mohamed Liban's Snapchat – 4/17/2021 2:03 PM |

| | | | |
|---|---|---|---|
| D3-0164 | | | Video from Mohamed Liban's Snapchat – 4/18/2021 8:41 AM |
| D3-0165 | | | Video from Mohamed Liban's Snapchat – 4/18/2021 10:24 AM |
| D3-0166 | | | Video from Mohamed Liban's Snapchat – 4/19/2021 10:31 AM |
| D3-0167 | | | Video from Mohamed Liban's Snapchat – 4/19/2021 10:36 AM |
| D3-0168 | | | Video from Mohamed Liban's Snapchat – 4/20/2021 8:45 AM |
| D3-0169 | | | Video from Mohamed Liban's Snapchat – 4/20/2021 10:17 AM |
| D3-0170 | | | Video from Mohamed Liban's Snapchat – 4/21/2021 8:40 AM |
| D3-0171 | | | Video from Mohamed Liban's Snapchat – 4/21/2021 11:11 AM |
| D3-0172 | | | Video from Mohamed Liban's Snapchat – 4/22/2021 9:49 AM |
| D3-0173 | | | Video from Mohamed Liban's Snapchat – 4/23/2021 9:47 AM |
| D3-0174 | | | Video from Mohamed Liban's Snapchat – 4/23/2021 1:23 PM |
| D3-0175 | | | Video from Mohamed Liban's Snapchat – 4/24/2021 10:06 AM |
| D3-0176 | | | Video from Mohamed Liban's Snapchat – 4/25/2021 10:46 AM |
| D3-0177 | | | Video from Mohamed Liban's Snapchat – 4/26/2021 10:02 AM |
| D3-0178 | | | Video from Mohamed Liban's Snapchat – 4/27/2021 9:56 AM |
| D3-0179 | | | Video from Mohamed Liban's Snapchat – 4/28/2021 9:46 AM |
| D3-0180 | | | Video from Mohamed Liban's Snapchat – 4/29/2021 9:53 AM |
| D3-0181 | | | Video from Mohamed Liban's Snapchat – 4/30/2021 9:31 AM |
| D3-0182 | | | Video from Mohamed Liban's Snapchat – 5/1/2021 9:32 AM |

| | | | |
|---|---|---|---|
| D3-0183 | | | Video from Mohamed Liban's Snapchat – 5/2/2021 9:05 AM |
| D3-0184 | | | Video from Mohamed Liban's Snapchat – 5/3/2021 9:44 AM |
| D3-0185 | | | Video from Mohamed Liban's Snapchat – 5/5/2021 9:57 AM |
| D3-0186 | | | Video from Mohamed Liban's Snapchat – 9/18/2021 9:15 AM |
| D3-0187 | | | Video from Mohamed Liban's Snapchat – 9/19/2021 10:44 AM |
| D3-0188 | | | Video from Mohamed Liban's Snapchat – 10/20/2021 10:20 AM |
| D3-0189 | | | Video from Mohamed Liban's Snapchat – 10/22/2021 10:32 AM |
| D3-0190 | | | Video from Mohamed Liban's Snapchat – 10/25/2021 10:23 AM |
| D3-0191 | | | Video from Mohamed Liban's Snapchat – 10/30/2021 10:36 AM |
| D3-0192 | | | Video from Mohamed Liban's Snapchat – 11/3/2021 9:24 AM |
| D3-0193 | | | Video from Mohamed Liban's Snapchat – 11/3/2021 11:02 AM |
| D3-0194 | | | Video from Mohamed Liban's Snapchat – 11/5/2021 10:20 AM |
| D3-0195 | | | Video from Mohamed Liban's Snapchat – 11/10/2021 10:40 AM |
| D3-0196 | | | Video from Mohamed Liban's Snapchat – 11/16/2021 10:51 AM |
| D3-0197 | | | Video from Mohamed Liban's Snapchat – 11/25/2021 10:51 AM |
| D3-0198 | | | Video from Mohamed Liban's Snapchat – 1/1/2022 10:44 AM |
| D3-0199 | | | Video from Salim Said's Snapchat – 3/18/2017 8:40 PM |
| D3-0200 | | | Photo from Salim Said's Snapchat – 4/15/2017 8:26 PM |
| D3-0201 | | | Photo from Salim Said's Snapchat – 4/21/2017 8:40 PM |

| | | | |
|---|---|---|---|
| D3-0202 | | | Video from Salim Said's Snapchat – 5/13/2017 2:56 PM |
| D3-0203 | | | Video from Salim Said's Snapchat – 5/27/2017 7:02 PM |
| D3-0204 | | | Video from Salim Said's Snapchat – 6/15/2018 9:32 AM |
| D3-0205 | | | Photo from Salim Said's Snapchat – 10/5/2018 1:00 PM |
| D3-0206 | | | Photo from Salim Said's Snapchat – 10/5/2018 1:01 PM |
| D3-0207 | | | Video from Salim Said's Snapchat – 6/16/2019 12:19 AM |
| D3-0208 | | | Video from Salim Said's Snapchat – 6/23/2019 3:12 PM |
| D3-0209 | | | Photo from Salim Said's Snapchat – 7/6/2019 10:03 PM |
| D3-0210 | | | Video from Salim Said's Snapchat – 7/6/2019 10:02 PM |
| D3-0211 | | | Photo from Salim Said's Snapchat – 8/29/2019 8:04 PM |
| D3-0212 | | | Video from Salim Said's Snapchat – 1/11/2020 8:04 PM |
| D3-0213 | | | Photo from Salim Said's Snapchat – 1/24/2020 10:42 AM |
| D3-0214 | | | Video from Mohamed Liban's Snapchat – 1/9/2021 9:37 AM |
| D3-0215 | | | Video from Mohamed Liban's Snapchat – 4/12/2021 8:01 AM |
| D3-0216 | | | Video from Mohamed Liban's Snapchat – 4/14/2021 8:18 AM |
| D3-0217 | | | Video from Mohamed Liban's Snapchat – 4/14/2021 11:38 AM |
| D3-0218 | | | Video from Mohamed Liban's Snapchat – 6/12/2021 9:51 AM |
| D3-0219 | | | Video from Mohamed Liban's Snapchat – 6/16/2021 9:39 AM |
| D3-0220 | | | Video from Mohamed Liban's Snapchat – 6/17/2021 9:29 AM |

| | | | |
|---|---|---|---|
| D3-0221 | | | Video from Mohamed Liban's Snapchat – 6/21/2021 8:58 AM |
| D3-0222 | | | Video from Mohamed Liban's Snapchat – 6/22/2021 10:46 AM |
| D3-0223 | | | Video from Mohamed Liban's Snapchat – 6/23/2021 9:45 AM |
| D3-0224 | | | Video from Mohamed Liban's Snapchat – 6/25/2021 10:07 AM |
| D3-0225 | | | Video from Mohamed Liban's Snapchat – 7/1/2021 10:05 AM |
| D3-0226 | | | Video from Mohamed Liban's Snapchat – 7/2/2021 8:31 AM |
| D3-0227 | | | Video from Mohamed Liban's Snapchat – 7/8/2021 9:54 AM |
| D3-0228 | | | Video from Mohamed Liban's Snapchat – 7/9/2021 10:00 AM |
| D3-0229 | | | Video from Mohamed Liban's Snapchat – 9/12/2021 10:08 AM |
| D3-0230 | | | Video from Mohamed Liban's Snapchat – 10/20/2021 12:29 PM |
| D3-0231 | | | Video from Mohamed Liban's Snapchat – 10/21/2021 10:13 AM |
| D3-0232 | | | Video from Mohamed Liban's Snapchat – 10/27/2021 9:40 AM |
| D3-0233 | | | Video from Mohamed Liban's Snapchat – 10/30/2021 9:00 AM |
| D3-0234 | | | Video from Mohamed Liban's Snapchat – 11/2/2021 10:32 AM |
| D3-0235 | | | Video from Mohamed Liban's Snapchat – 11/7/2021 10:10 AM |
| D3-0236 | | | Video from Mohamed Liban's Snapchat – 11/11/2021 11:20 AM |
| D3-0237 | | | Video from Mohamed Liban's Snapchat – 11/21/2021 10:50 AM |
| D3-0238 | | | Video from Mohamed Liban's Snapchat – 12/17/2021 9:41 AM |
| D3-0239 | | | Video from Mohamed Liban's Snapchat – 12/30/2021 8:54 AM |

| | | | |
|---|---|---|---|
| D3-0240 | | | Video from Mohamed Liban's Snapchat – 1/2/2022 12:11 PM |
| D3-0241 | | | Video from Mohamed Liban's Snapchat – 1/7/2022 9:29 AM |
| D3-0242 | | | Video from Mohamed Liban's Snapchat – 1/8/2022 10:29 AM |
| D3-0243 | | | Video from Mohamed Liban's Snapchat – 1/12/2022 9:58 AM |
| D3-0244 | | | Video from Mohamed Liban's Snapchat – 1/13/2022 10:29 AM |
| D3-0245 | | | Video from Mohamed Liban's Snapchat – 1/15/2022 6:30 PM |
| D3-0246 | | | Video from Mohamed Liban's Snapchat – 1/16/2022 11:50 AM |
| D3-0247 | | | Video from Mohamed Liban's Snapchat – Wonderful World |
| D3-0248 | | | Somali Street – Street View (Google Maps) |
| D3-0249 | | | Somali Street – Map View (Google Maps) |
| D3-0250 | | | Email Safari Obstruction Permit Submission |
| D3-0251 | | | Email Obstruction Permit Denied |
| D3-0252 | | | Emails Re Obstruction Permit |
| D3-0253 | | | Email Safari Traffic Complaints |
| D3-0254 | | | Safari Traffic Line |
| D3-0255 | | | Shamrock Plaza – Street View (Google Maps) |
| D3-0256 | | | Ramadan Center – Street View (Google Maps) |
| D3-0257 | | | Video from Salim Said's Snapchat – 1/1/2019 1:18 AM |

Defendant Salim Said reserves the right to supplement, change, and delete exhibits as needed until the conclusion of trial.

Dated: March 12, 2025                    Respectfully submitted,

                                                **COLICH & ASSOCIATES**

                                                */s/ Michael J. Colich*
                                                Michael J. Colich
                                                Attorney ID 17899
                                                Attorney for Defendant Salim Ahmed Said
                                                420 Lumber Exchange Building
                                                10 South Fifth Street
                                                Minneapolis, MN 55402
                                                Phone:  (612) 333-7007
                                                mcolich@colichlaw.com