# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>v.<br><br>AIMEE MARIE BOCK (1),<br>SALIM AHMED SAID (3),<br><br>              Defendants. | **COURT MINUTES**<br>Case Number: 22-cr-223 (NEB/DTS)<br><br>Date: March 13, 2025<br>Courthouse: Minneapolis<br>Courtroom: 13W<br>Court Reporter: Renee Rogge<br>Time Commenced: 9:05 a.m. – 10:40 a.m.<br>                                 11:00 a.m. – 12:20 p.m.<br>                                 1:30 p.m. – 3:05 p.m.<br>                                 3:20 p.m. – 4:35 p.m.<br>Time Concluded: 4:35 p.m.<br>Time in Court: 5 hours and 45 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

APPEARANCES:
   Plaintiff:     Joseph Thompson, Harry Jacobs, Matthew Ebert, and Daniel Bobier, Assistant U.S. Attorneys
   Defendants:  Kenneth Udoibok for Aimee Marie Bock (1) CJA Appointed Attorney
                        Salim Ahmed Said (3), Michael Colich and Adrian LaFavor-Montez, Retained Attorneys

PROCEEDINGS:
   ☒ Jury Trial - Continued (Trial Day 18)
   ☒ Defendant Bock's Witness: Aimee Marie Bock
   ☒ Trial continued to March 14, 2025 at 9:00 a.m.

Date: March 13, 2025                                                                                s/KW
                                                                              Signature of Courtroom Deputy to Judge Nancy E. Brasel