UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223(12) (NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION TO CONTINUE TRIAL** |
| v. ) | |
| ) | |
| HAMDI HUSSEIN OMAR, ) | |
| ) | |
| Defendant. ) | |

## MOTION

Hamdi Omar, through counsel, respectfully moves the Court for an Order continuing the trial setting in her case, currently scheduled for Monday, April 24th, 2025 at 9:00 am. The reason for this request is that Ms. Omar is pregnant and due to give birth within the next 2-3 weeks (Counsel will file supporting documentation separately in a restricted filing). Given the circumstance it will be extraordinarily difficult for her to attend to the rigors of a lengthy trial while providing the necessary care for her infant child.

Dated: March 17th, 2025          Respectfully submitted,

*s/ Robert M. Paule*

Robert M. Paule
Attorney ID No. 203877
Robert M. Paule
920 2nd Avenue South, Suite 975
Minneapolis, MN  55402
Telephone: (612) 332-1733