# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDIHAKIM ALI AHMED (7), and<br>HAMDI HUSSEIN OMAR (12),<br><br>Defendants. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:  22-cr-223 (NEB/DTS)<br>Date:  March 19, 2025<br>Court Reporter:  Renee Rogge<br>Courthouse:  Minneapolis<br>Courtroom:  13W<br>Time Commenced:  9:35 a.m.<br>Time Concluded:  9:55 a.m.<br>Time in Court:   20 minutes |

**APPEARANCES:**
  Plaintiff:    Joseph Thompson, Harry Jacobs, Matthew Ebert, and Daniel Bobier, Assistant U.S. Attorneys
  Defendants:   JaneAnne Murray, for Abdihakim Ali Ahmed
                Robert Paule, for Hamdi Hussein Omar

**HEARING:**
Counsel for Defendant Omar moved to continue trial. The Court granted the motion in part and continues the trial to Monday, April 21, 2025. An amended trial notice shall be filed with amended trial document deadlines.

Date: March 19, 2025

s/Kristine Wegner
Signature of Courtroom Deputy
to Judge Nancy E. Brasel