# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

UNITED STATES OF AMERICA,

          Plaintiff,

v.

AIMEE MARIE BOCK (1),
SALIM AHMED SAID (3),

          Defendants.

**COURT MINUTES**
Case Number: 22-cr-223 (NEB/DTS)

| | |
|---|---|
| Date: | March 18, 2025 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 9:00 a.m. – 10:10 a.m. |
| | 10:20 a.m. – 12:15 p.m. |
| | 1:00 p.m. – 2:00 p.m. |
| | 2:15 p.m. 5:40 p.m. |
| Time Concluded: | 5:40 p.m. |
| Time in Court: | 7 hours and 30 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

APPEARANCES:
  Plaintiff:      Joseph Thompson, Harry Jacobs, Matthew Ebert, and Daniel Bobier, Assistant U.S. Attorneys
  Defendants:   Kenneth Udoibok for Aimee Marie Bock (1) CJA Appointed Attorney
                Salim Ahmed Said (3), Michael Colich and Adrian LaFavor-Montez, Retained Attorneys

PROCEEDINGS:
- ☒ Jury Trial - Continued (Trial Day 21)
- ☒ Informal jury charge conference off the record.
- ☒ Defendant Said's Witness: Salim Ahmed Said
- ☒ Defendant Said Rests
- ☒ Conditionally admitted coconspirator statement exhibits admitted.
- ☒ Closing arguments
- ☒ Jury Instructions read into the record
- ☒ Jury released for the day after instructions read into the record.
- ☒ Jury deliberations to begin March 19, 2025 at 9:00 a.m.

Date: March 18, 2025

                      s/KW
Signature of Courtroom Deputy to Judge Nancy E. Brasel