# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

UNITED STATES OF AMERICA,

        Plaintiff,

v.

AIMEE MARIE BOCK (1),
SALIM AHMED SAID (3),

        Defendants.

**COURT MINUTES**
Case Number: 22-cr-223 (NEB/DTS)

| | |
|---|---|
| Date: | March 19, 2025 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 2:35 p.m. |
| Time Concluded: | 2:55 p.m. |
| Time in Court: | 20 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

APPEARANCES:
  Plaintiff:     Joseph Thompson, Harry Jacobs, Matthew Ebert, and Daniel Bobier, Assistant U.S. Attorneys
  Defendants:   Kenneth Udoibok for Aimee Marie Bock (1) CJA Appointed Attorney
               Salim Ahmed Said (3), Adrian LaFavor-Montez, Retained Attorney

PROCEEDINGS:
- ☒ Jury Trial - Continued (Trial Day 22)
- ☒ Jury Deliberations began at 9:00 a.m.
- ☒ Verdict reached at 2:05 p.m.
- ☒ Verdicts:
  1. Aimee Marie Bock (1): Guilty on Counts 1, 2, 4, 5, 12, 15, and 40.
  2. Salim Ahmed Said (3): Guilty on Counts 1, 2, 5, 8, 12, 15, 16, 17, 18, 19, 32, 34, 36, 37, 38, 41, 42, 44, 51, 52, and 57.
- ☒ Arguments held on Defendants remaining on bond. Oral motions for continued bond were denied.
- ☒ Defendants remanded to the custody of the USM.
- ☒ Trial complete.

Date: March 19, 2025

                                               s/KW
Signature of Courtroom Deputy to Judge Nancy E. Brasel