UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223 (NEB/DTS)

UNITED STATES OF AMERICA,

      Plaintiff,

v.   **NOTICE OF APPEARANCE**

AIMEE BOCK, ET AL.

      Defendant.

Please remove the following Assistant United States Attorney to the above-captioned case:

<u>Remove AUSA</u>

Garrett S. Fields

Dated: March 31, 2025            Respectfully submitted,

                                               LISA D. KIRKPATRICK
                                               Acting United States Attorney

                                               *s/Garrett S. Fields*
                            BY:   GARRETT S. FIELDS
                                               Assistant U.S. Attorney