# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNTIED STATES OF AMERICA, | Case No. 22-CR-223 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER |
| HAMDI HUSSEIN OMAR (12), | |
| Defendant. | |

This case was scheduled for trial on April 14, 2025. Defendant filed a motion to continue the trial (ECF No. 572) on March 17, 2025 and the Court granted the continuance *in part* and continued the trial to April 21, 2025. Based on the Court's trial calendar, the Court will continue the jury selection until Thursday, April 24, 2025 at 9:00 a.m. The trial will begin with opening arguments on Monday, April 28, 2025. All pretrial deadlines set forth in the Third Amended Trial Notice and Pretrial Order (ECF No. 610) shall remain in effect.

Dated: April 3, 2025

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge