UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223(12) (NEB/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT OMARS SECOND** |
| | ) | **MOTION TO CONTINUE TRIAL** |
| v. | ) | |
| | ) | |
| HAMDI HUSSEIN OMAR, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION

Hamdi Omar, through counsel, respectfully moves the Court for an Order continuing the trial setting in her case, currently scheduled to begin on Thursday, April 24th, 2025, at 9:00 am.   The reason for this request is that Ms. Omar gave birth recently and is currently caring for her child and recovering from this process.   As a result, Ms. Omar is extremely limited in her time and ability to meet with Counsel, to review her file (including new Motions and discovery) and otherwise prepare for a lengthy trial. Additionally, Ms. Omar was diagnosed pre-pregnancy with several medical issues which further compromise her ability to prepare for trial (documentation will be filed separately) and could put her and her infant child's health at serious risk.

Given these circumstances, counsel respectfully asks that the Court continue the

trial setting in this case for an additional 90 days.

Dated: April 4th, 2025                    Respectfully submitted,

                                          *s/ Robert M. Paule*
                                          _____
                                          Robert M. Paule
                                          Attorney ID No._203877
                                          Robert M. Paule
                                          920 2nd Avenue South, Suite 975
                                          Minneapolis, MN   55402
                                          Telephone: (612) 332-1733