# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| | BEFORE: Hon. Eric C. Tostrud |
| Plaintiff, | United States District Judge |
| v. | Case No.: 22-CR-223(8) (NEB/DTS) |
| | Date: June 12, 2025 |
| AHMED MOHAMED ARTAN, | Court Reporter: Lori Simpson |
| | Courthouse: Minneapolis |
| | Courtroom: 13E |
| | Time in Court: 2:02 p.m. – 2:47 p.m. |
| Defendant. | Total Time: 45 Minutes |

**APPEARANCES:**

    For Plaintiff:    Matthew Eberts and Daniel Bobier, Assistant United States Attorney
    For Defendant:    Daniel Gerdts
                      ☐ FPD, ☒ CJA, ☐ Retained, ☐ Appointed

    Interpreter/Language:    None / English

**PROCEEDINGS:**

☒ Change of Plea Hearing.

☒ PLEA:
    ☒ Guilty as to Count 3 of the Indictment.

☒ Presentence Investigation and Report requested.

☒ Released on conditions previously imposed.

s/ R. Morton
Courtroom Deputy
