UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223 (NEB/DTS)

UNITED STATES OF AMERICA

v.                                      **HAMDI OMARS' EXHIBIT LIST**

12.  HAMDI HUSSEIN OMAR

| PRESIDING JUDGE<br>The Honorable Nancy E. Brasel | GOVERNMENT'S COUNSEL<br>Joseph H. Thompson, AUSA<br>Matthew S. Ebert, AUSA<br>Harry M. Jacobs, AUSA<br>Daniel W. Bobier, AUSA | DEFENDANTS' COUNSEL<br>Robert Paule, Esq. |
|---|---|---|
| TRIAL DATE<br>August 18, 2025 | COURT REPORTER<br>Renee Rogge | COURTROOM DEPUTY<br>Kristine Wegner |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| | | | |
| D12-001 | | | September 24, 2020 sublease/sublet agreement between Guray management and A.S.A. Limited, L.L.C. |
| D12-002 | | | September 1, 2021 sublease/sublet agreement between Guray Management and A.S.A. Limited, L.L.C. |
| D12-003 | | | Video showing distribution of food in containers at Waite Park MN distribution site. (forthcoming; dates as of yet unknown) |
| D12-004 | | | Photos of food in to go containers at Waite Park distribution site. (forthcoming; dates as of yet unknown) |
| | | | |
| | | | |
| | | | ***The defense reserves the right to introduce additional exhibits as the evidence develops and in rebuttal.*** |