# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ASAD MOHAMED ABSHIR,<br><br>　　　　　　　　Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>　　　　　　U.S. District Judge<br><br>Case No:　　　　　22-cr-223 (11) (NEB/DTS)<br>Date:　　　　　　July 21, 2025<br>Court Reporter:　Renee Rogge<br>Courtroom:　　　13W<br>Time Commenced:　4:40 p.m.<br>Time Concluded:　5:15 p.m.<br>Time in Court:　 35 minutes |

APPEARANCES:
　Plaintiff:　　Matthew Ebert, Assistant U.S. Attorney
　Defendant:　　Douglas Olson, CJA Appointed Attorney

PROCEEDINGS:

CHANGE OF PLEA HEARING:

PLEA:
☒　Guilty plea entered as to Count 61 of the Indictment.
☒　Presentence Investigation Report Requested.
☒　Defendant is released on bond conditions.


Date: July 21, 2025　　　　　　　　　　　　s/Kristine Wegner
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy to Judge Nancy E. Brasel