UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-223 (14) (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ON MOTION TO CONTINUE TRIAL |
| ABDIRAHMAN MOHAMUD AHMED, | |
| Defendant. | |

This matter is before the Court upon Defendant's Motion to Continue the Trial in this case. (ECF No. 740.) Defendant filed a motion for a three-month continuance of the proceedings in this case and requests a new trial date to allow the Defendant additional time to prepare for trial. Counsel signed a statement of facts (ECF No. 741) indicating that the size and scope of this case warrant the additional time needed to prepare for trial. The motion indicates new counsel has met and conferred with Defendant and he supports the extension request. The Government does not oppose the motion.

Upon review of the motion, the Court GRANTS Defendant's Motion to Continue the Trial in this case for Defendant Abdirahman Mohamud Ahmed. Defendant shall provide a status update to the Court and Government by October 20, 2025. Defendant shall communicate whether the Defendant is ready to proceed to trial or more time is needed before setting a new trial date. The Court also sets a status conference with both parties and

the Defendant on October 23, 2025 at 4:00 p.m. in Courtroom 13W of the Minneapolis Federal Courthouse. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that, for the reasons stated in the Defendant's motion and statement of facts, the ends of justice served by the granting of such a continuance outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS HEREBY ORDERED that the time from July 23, 2025 until October 23, 2025 is excluded from the Speedy Trial Act computations pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: July 23, 2025

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge