UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CV-223 (12) (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ON MOTION TO MODIFY CONDITIONS OF RELEASE |
| HAMDI HUSSEIN OMAR, | |
| Defendant. | |

This matter is before the Court on Defendant Hamdi Hussein Omar's unopposed motion to modify conditions of release under 18 U.S.C. Section 3142(c)(3). (ECF No. 761.)

Omar pled guilty to one count of wire fraud in violation of 18 U.S.C. Section 1343 on August 1, 2025. (ECF Nos. 750–51.) She was placed on pretrial release on November 20, 2022, under several conditions including having no contact with co-defendants/co-conspirators. (ECF No. 71 at 2.) She has been on pretrial release for nearly three years without any reported violations. Omar now moves to amend her conditions to allow limited communication with co-defendant Salim Said. She claims that Said is the father of Omar's newborn son and "her husband under Islamic (not United States) law." (ECF No. 761 at 1.)

Said is in custody, awaiting sentencing for his conviction in the Feeding Our Future criminal conspiracy. The government does not oppose Omar's motion. For these reasons, the Court hereby GRANTS Omar's motion to modify her conditions of release

(ECF No. 761). Omar is allowed limited communication with Said to discuss their shared child. Communication regarding this case or any other related case is strictly prohibited.

The Court reminds Omar that she (and all other defendants) must be truthful and forthright in her communications with the U.S. Probation and Pretrial Services Office. If the Court learns of violations of her conditions of pretrial release, the Court may order Omar to be taken into custody pending her sentencing.

Dated: October 3, 2025

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Court