# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## Criminal No. 22-cr-223 (NEB/DTS)

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>**Abdirahman Mohamud Ahmed**,<br><br>    Defendant. | **Motion to Appear Telephonically** |

Abdirahman Ahmed, through counsel, respectfully requests that the Court allow him to appear via phone for his December 22nd status conference. Mr. Ahmed has attended almost all prior conferences this way and would like to continue doing so, given that he is still living and working in Ohio.

Date: December 16, 2025        Respectfully submitted,

Dane DeKrey (#0397334)
**RINGSTROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN  56560
(218) 284-0484
dane@ringstromdekrey.com