# Office of the Minnesota Secretary of State
# Certificate of Incorporation

I, Steve Simon, Secretary of State of Minnesota, do certify that: The following business entity has duly complied with the relevant provisions of Minnesota Statutes listed below, and is formed or authorized to do business in Minnesota on and after this date with all the powers, rights and privileges, and subject to the limitations, duties and restrictions, set forth in that chapter.

The business entity is now legally registered under the laws of Minnesota.

| | |
|---|---|
| Name: | Feeding Our Future |
| File Number: | 913838800020 |
| Minnesota Statutes, Chapter: | 317A |
| This certificate has been issued on: | 11/07/2016 |



*Steve Simon*
Steve Simon
Secretary of State
State of Minnesota

GOVERNMENT EXHIBIT
**A**
22-cr-223 (NEB / DTS)

GOVERNMENT EXHIBIT
**A-1**
22-cr-223 (NEB/DTS)

GJS-00288336

# Office of the Minnesota Secretary of State
## Certification of Record

I, Steve Simon, Secretary of State of Minnesota, do certify that: The filing(s) listed below were filed in the Minnesota computerized/central filing system on the date(s) listed below and that the copies associated with this certification are a true and complete copy of those filings as filed in that system.

**Filing(s) filed on:**

| Filing Date | Filing Type | Filing Number |
| --- | --- | --- |
| 11/07/2016 | Original Filing - Nonprofit Corporation (Domestic) | 913838800020 |
| 03/08/2018 | Involuntary Dissolution - Nonprofit Corporation (Domestic) | 1005254600310 |
| 06/13/2018 | Annual Reinstatement - Nonprofit Corporation (Domestic) | 1020783500024 |
| 09/14/2019 | Annual Renewal - Nonprofit Corporation (Domestic) | 1101611100028 |
| 08/31/2020 | Annual Renewal - Nonprofit Corporation (Domestic) | 1174194000027 |
| 08/26/2021 | Annual Renewal - Nonprofit Corporation (Domestic) | 1249853400024 |

This certificate has been issued on: 11/02/2021

GJS-00288334



*Steve Simon* (signature)

Steve Simon
Secretary of State
State of Minnesota

GJS-00288335

# Office of the Minnesota Secretary of State
## Minnesota Nonprofit Corporation/Articles of Incorporation
*Minnesota Statutes, Chapter 317A*



The individual(s) listed below who is (are each) 18 years of age or older, hereby adopt(s) the following Articles of Incorporation:

ARTICLE 1 - CORPORATE NAME:
    **Feeding Our Future**

ARTICLE 2 - REGISTERED OFFICE AND AGENT(S), IF ANY AT THAT OFFICE:
    Name    Address:
    **13299 Bronze Parkway  Rosemount MN 55068  USA**

ARTICLE 3 - INCORPORATOR(S):

| Name: | Address: |
|---|---|
| **Christine  Twait** | **7216 Braemar Ln  Woodbury Minnesota 55125** |
| **Aimee  Bock** | **13299 Bronze Parkway  Rosemount MN 55068** |
| **Kara  Lomen** | **457 Mendota Rd W  West St Paul MN 55118** |

DURATION: **PERPETUAL**

If you submit an attachment, it will be incorporated into this document. If the attachment conflicts with the information specifically set forth in this document, this document supersedes the data referenced in the attachment.

*By typing my name, I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities.  I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes.  I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.*

SIGNED BY:  **Christine Twait**

MAILING ADDRESS: **None Provided**

EMAIL FOR OFFICIAL NOTICES: **christine.twait@gmail.com**

GJS-00288337

2021R00210-0027

# Certificate of Authenticity

Pursuant to Federal Rules of Evidence 803 (6) and 902 (11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1. I am employed by the Office of the Secretary of State of Minnesota ("the State") and am a person designated by the State as a custodian of records with authority to make this certificate.

2. I hereby certify that each memorandum, report, record, video and/or data compilation (collectively "document") herewith is a record filed with and retained by the State.

3. I further certify that the information in each attached document was filed with the State at the time indicated upon each document, by or from information transmitted by a person representing the filing party.

4. I further certify that each attached document was kept in the course of the regularly conducted activity of the State.

5. I further certify that it is the regular practice and statutory obligation of the State to retain each attached document.

6. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: Nov 3, 2021

_Millie Cardinal_
Signature

_Millie Cardinal_
Name of Records Custodian

GJS-00288205