

**BANK OF AMERICA, N.A. (THE "BANK")**

**Business Signature Card with Substitute Form W-9**

**Account Number:** 374004673156

**Account Type:** [X] Checking    [ ] Savings    [ ] Certificate of Deposit

**Account Title:** Feeding Our Future DBA TEACHING OUR FUTURE

### Legal Designation

- [ ] Individual Owner/Sole Proprietor/Single Member LLC
- [X] C Corporation    [ ] S Corporation    [ ] Trust/Estate
- [ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____
- [X] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

- [ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
(Applies to accounts maintained outside the U.S.)

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Employer Identification Number **814343304**    (or) Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:
1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| Aimee Bock | EXECUTIVE DIR. | [signature] | 10.6.20 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



00-14-9297MW 11-2018
NNC
© 2019 Bank of America, N.A. All Rights Reserved

Associate Name:
Financial Center

**GOVERNMENT EXHIBIT B** — 22-cr-223 (NEB / DTS)

**GOVERNMENT EXHIBIT W-2** — 22-cr-223 (NEB/DTS)

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**



**Account Number:** 374004673156

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive Automated Teller Machine (ATM) cards and/or Debit Cards, I/we (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

**Authorized Signer:** NORMA ALONSO     **Title:** FOOD PROGRAM COORDINATOR
**Authorized Signer:** EMPRESS WATSON    **Title:** FACILITY MANAGER
**Authorized Signer:** COLE FLYNN        **Title:** FOOD PROGRAM MANAGER
**Authorized Signer:** _____       **Title:** _____
**Authorized Signer:** _____       **Title:** _____

**Associate Name:**
**Financial Center**

**Bank Number:**
**Date:**

00-14-9297MW 11-2018
NNC
© 2019 Bank of America, N.A. All Rights Reserved

598HM0

**Bank of America**

Business Signature Card with Substitute Form W-9        D1

| | |
|---|---|
| **Account Number:** | 774   374004673156 |
| **Account Type:** | DDA |
| **Account Title:** | FEEDING OUR FUTURE |
| **Account Owner:** | AIMEE  BOCK |
| **Legal Designation:** | Corporation |
| **Social Security Number (or) Employer Identification Number** | 814343304 |

**If this document was opened via the customer service phone line, I/we agree** that this account is and shall be governed by the terms and conditions set forth in the account opening documents mailed to me, as amended from time to time.

1. I am the owner of the authorized officer named in the "Owner Information" section and all information in the application is, to the best of my knowledge, correct.  I am authorized to submit applications and all consents, as applicable, on behalf of all owners or partners of the business entity.
2. I have reviewed, received, consent and agree to be bound by to the deposits Legal Documents and the Electronic Communication Disclosure and the System Requirements.
3. I consent to be contacted at the telephone number(s) I have provided.  I agree that Bank of America may use automatic telephone dialing systems and prerecorded voice messaging in connection with calls or texts made to any telephone number(s)  I provide even if the telephone number is a cellular / mobile telephone number for which the called party is charged.  I also agree that Bank of America may monitor and / or record telephone calls to assure the quality of the service.
4. I authorize Bank of America to obtain a credit report or other reports or account information from credit or information services agencies to help verify the information provided in the application, for consideration of other accounts and services, and for any other lawful purpose.
5. I sign the Tax Status Certification .

**I acknowledge and agree** that the electronic signature(s) below evidence my agreement to the terms and conditions set forth in connection with this account, and my certification (set forth below) of the taxpayer identification number (TIN) on which I want interest reported.

**Substitute Form W-9 Certification - Under penalties of perjury, I certify that: (1)** The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and, (4) "I am exempt from FATCA reporting".

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Tax Identification Number | Report Interest On | Signature | Date |
|---|---|---|---|
| 814343304 | ☒ | Customer acknowledgement electronically obtained | 20200923 |

☐ **Customer has indicated Exempt Payee status under Exempt Payee Code**  _____

**Exemption from FATCA Reporting Code (if any)**  _____

**Customer Responses**

| | |
|---|---|
| Customer agrees to terms and conditions? | Y |
| Customer is a U.S. citizen? | Y |
| Customer is not subject to backup withholding? | Y |
| TIN/SSN verified by customer? | Y |
| Exempt from FATCA Reporting? | Y |



## Business Advantage

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

FEEDING OUR FUTURE
DBA TEACHING OUR FUTURE
3055 OLD HIGHWAY 8 STE 312
MINNEAPOLIS, MN  55418-2497

## Your Business Advantage Relationship Banking

for January 1, 2022 to January 31, 2022                                                             Account number: 3740 0467 3156

**FEEDING OUR FUTURE     DBA TEACHING OUR FUTURE**

### Account summary

| | | |
|---|---:|---|
| Beginning balance on January 1, 2022 | $1,625,006.67 | # of deposits/credits: 41 |
| Deposits and other credits | 10,153,428.97 | # of withdrawals/debits: 206 |
| Withdrawals and other debits | -3,971,817.52 | # of items-previous cycle[1]: 264 |
| Checks | -7,807,585.66 | # of days in cycle: 31 |
| Service fees | -987.00 | Average ledger balance: $2,344,370.25 |
| **Ending balance on January 31, 2022** | **-$1,954.54** | [1]Includes checks paid,deposited items&other debits |

---

**BUSINESS ADVANTAGE**

## Go paperless today!

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360, our small business online banking, and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-02-21-1021.B | 3454369

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**Your checking account**

# BANK OF AMERICA

FEEDING OUR FUTURE   |   Account # 3740 0467 3156   |   January 1, 2022 to January 31, 2022

## Deposits and other credits

| Date | Description | Amount |
|---|---|---:|
| 01/06/22 | MN State-MMB    DES:ACH    ID:0007147273  INDN:FEEDING OUR FUTURE    CO ID:7416007162 CCD  PMT INFO:TRN*1*0007147273*1416007162\ | 6,585,146.81 |
| 01/10/22 | BKOFAMERICA ATM 01/08 #000003467 DEPOSIT APPLE VALLEY    APPLE VALLEY  MN | 19,406.90 |
| 01/12/22 | MN State-MMB    DES:ACH    ID:0007153215  INDN:FEEDING OUR FUTURE    CO ID:7416007162 CCD  PMT INFO:TRN*1*0007153215*1416007162\ | 20.00 |
| 01/13/22 | MN State-MMB    DES:ACH    ID:0007158222  INDN:FEEDING OUR FUTURE    CO ID:7416007162 CCD  PMT INFO:TRN*1*0007158222*1416007162\ | 2,559,329.65 |
| 01/20/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-19) | 155,193.51 |
| 01/20/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-19) | 54,107.19 |
| 01/20/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-19) | 46,767.00 |
| 01/20/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-19) | 17,370.60 |
| 01/20/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-19) | 6,067.12 |
| 01/20/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-19) | 5,905.93 |
| 01/20/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-19) | 5,750.84 |
| 01/20/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-19) | 5,632.57 |
| 01/20/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-19) | 3,818.38 |
| 01/20/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-19) | 577.20 |
| 01/20/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-19) | 248.38 |
| 01/20/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-19) | 227.50 |
| 01/20/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-19) | 195.00 |
| 01/20/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-19) | 52.85 |
| 01/21/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-20) | 106,731.20 |
| 01/21/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-20) | 70,266.30 |
| 01/21/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-20) | 59,950.84 |
| 01/24/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-21) | 112,240.80 |

*continued on the next page*



**SMALL BUSINESS RESOURCES**

**Information you need to guide your business every step of the way**

Learn cash flow strategies, explore funding options, unlock the secrets of hiring and retaining employees and much more.

Visit **bankofamerica.com/SBR** today.

SSM-06-21-0059.B  |  3598723

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---:|
| 01/24/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-21) | 66,792.18 |
| 01/24/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-21) | 39,489.16 |
| 01/24/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-21) | 12,005.62 |
| 01/24/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-21) | 5,426.06 |
| 01/24/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-21) | 1,307.08 |
| 01/24/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-21) | 1,068.17 |
| 01/24/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-21) | 134.91 |
| 01/25/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-24) | 54,107.19 |
| 01/25/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-24) | 6,690.39 |
| 01/25/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-24) | 5,875.19 |
| 01/25/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-24) | 5,289.77 |
| 01/25/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-24) | 4,705.65 |
| 01/26/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-25) | 12,005.62 |
| 01/27/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-26) | 5,426.06 |
| 01/27/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-26) | 871.15 |
| 01/31/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-28) | 79,788.96 |
| 01/31/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-28) | 35,453.84 |
| 01/31/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-28) | 1,862.65 |
| 01/31/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-28) | 122.75 |
| **Total deposits and other credits** | | **$10,153,428.97** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---:|
| 01/05/22 | Online Banking Transfer Conf# s70jghbcp; MSP SW Acquisition LLC | -16,411.52 |
| 01/07/22 | ADP PAYROLL FEES DES:ADP - FEES ID:2RLQ6   5947192   INDN:Feeding Our Future     CO ID:9659605001 CCD | -278.09 |
| 01/10/22 | WIRE TYPE:WIRE OUT DATE:220110 TIME:1103 ET TRN:2022011000371970 SERVICE REF:008011 BNF:HANDY HELPER ID:9920637841 BNF BK:WELLS FARGO BANK ID:091000019 PMT DET:370753552 | -15,000.00 |
| 01/10/22 | TRANSFER FEEDING OUR FUTURE:Martin Hild P.A. Confirmation# 0185320767 | -46,294.50 |
| 01/10/22 | ADP WAGE PAY    DES:WAGE PAY    ID:928221799616LQ6  INDN:FEEDING OUR FUTURE FEE  CO ID:9333006057 CCD | -38,328.38 |
| 01/10/22 | ADP Tax         DES:ADP Tax     ID:KTLQ6 010701A01  INDN:FEEDING OUR FUTURE      CO ID:1223006057 CCD | -13,722.27 |
| 01/10/22 | STARLINE TECH    DES:1440 Rent  ID:1440 Rent  INDN:Feeding Future       CO ID:XXXXXXXXX PPD | -3,250.00 |
| 01/10/22 | ADP PAY-BY-PAY    DES:PAY-BY-PAY ID:928221799617LQ6  INDN:FEEDING OUR FUTURE FEE  CO ID:9555555505 CCD | -815.09 |
| 01/11/22 | WIRE TYPE:WIRE OUT DATE:220111 TIME:1420 ET TRN:2022011100385946 SERVICE REF:010946 BNF:METRO AREA CATERING ID:4831067512 BNF BK:BMO H ARRIS BANK NA ID:071025661 PMT DET:370950176 | -224,214.36 |

*continued on the next page*

# BANK OF AMERICA

**Your checking account**

FEEDING OUR FUTURE   |   Account # 3740 0467 3156   |   January 1, 2022 to January 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 01/13/22 | TRANSFER FEEDING OUR FUTURE:Martin Hild P.A. Confirmation# 3807708966 | -2,500.00 |
| 01/14/22 | WIRE TYPE:WIRE OUT DATE:220114 TIME:1306 ET TRN:2022011400389332 SERVICE REF:012598 BNF:HANDY HELPER ID:9920637841 BNF BK:WELLS FARGO BANK ID:091000019 PMT DET:371436786 | -10,000.00 |
| 01/14/22 | ADP WAGE PAY     DES:WAGE PAY    ID:520059612779LQ6  INDN:FEEDING OUR FUTURE FEE  CO ID:9333006057 CCD | -35,770.19 |
| 01/14/22 | ADP Tax         DES:ADP Tax     ID:KTLQ6 011402A01  INDN:FEEDING OUR FUTURE     CO ID:1223006057 CCD | -13,153.02 |
| 01/14/22 | JITASA          DES:PAYMENT     ID:49524  INDN:FEEDING OUR FUTURE       CO ID:1262176601 CCD | -5,475.00 |
| 01/14/22 | ADP PAY-BY-PAY   DES:PAY-BY-PAY ID:520059612780LQ6  INDN:FEEDING OUR FUTURE FEE  CO ID:9555555505 CCD | -762.88 |
| 01/14/22 | ADP PAYROLL FEES DES:ADP - FEES ID:2RLQ6  6762897  INDN:Feeding Our Future       CO ID:9659605001 CCD | -143.51 |
| 01/18/22 | CPENERGY MNGCO   DES:MGC ACH DR ID:006402658274  INDN:CNP               CO ID:XXXXXXXXXS PPD | -30.01 |
| 01/19/22 | Legal Order, LTS D011922000755 | -3,506,066.80 |
| 01/21/22 | BLUECROSS BLUESH DES:EDI PAYMTS ID:31732531  INDN:AIMEE BOCK            CO ID:4009046486 CCD | -5,426.06 |
| 01/21/22 | COMCAST 8772105  DES:XXXXXXXXX  ID:5337407  INDN:AIMEE *BOCK            CO ID:0000213249 PPD | -543.54 |
| 01/21/22 | ADP PAYROLL FEES DES:ADP - FEES ID:2RLQ6  7466854  INDN:Feeding Our Future       CO ID:9659605001 CCD | -134.91 |
| 01/26/22 | BLUECROSS BLUESH DES:RETRY PYMT ID:31732531  INDN:AIMEE BOCK            CO ID:4009046486 CCD | -5,426.06 |
| 01/26/22 | ADP PAYROLL FEES DES:ADP - FEES ID:2RLQ6  1707952  INDN:Feeding Our Future       CO ID:9659605001 CCD | -871.15 |
| 01/28/22 | ADP PAYROLL FEES DES:ADP - FEES ID:8YKTLQ6 2654720  INDN:Feeding Our Future       CO ID:9659605001 CCD | -122.75 |

**Card account # XXXX XXXX XXXX 5806**

| Date | Description | Amount |
|---|---|---|
| 01/03/22 | CHECKCARD  1231 ADOBE ACROPRO SUB 4085366000   CA 52704871365700867883397 RECURRING CKCD 5734 XXXXXXXXXXXX5806 XXXX XXXX XXXX 5806 | -16.06 |
| 01/06/22 | CHECKCARD  0105 CITRIX SYSTEMS, I 800-4248749  FL 75418232005137987030022 RECURRING CKCD 4816 XXXXXXXXXXXX5806 XXXX XXXX XXXX 5806 | -1,500.00 |
| 01/10/22 | CHECKCARD  0110 GOOGLE *Google Mountain ViewCA CKCD 5734 XXXXXXXXXXXX5806 XXXX XXXX XXXX 5806 | -99.99 |
| 01/11/22 | CHECKCARD  0111 AMZN Mktp US*SA2U Amzn.com/billWA 55432862011200711156156 CKCD 5942 XXXXXXXXXXXX5806 XXXX XXXX XXXX 5806 | -157.68 |
| 01/11/22 | CHECKCARD  0110 AMAZON.COM*598 SEATTLE     WA CKCD 4816 XXXXXXXXXXXX5806 XXXX XXXX XXXX 5806 | -24.90 |
| 01/11/22 | CHECKCARD  0110 VISTAPRINT 8662074955   MA 55429502010715690851004 CKCD 2741 XXXXXXXXXXXX5806 XXXX XXXX XXXX 5806 | -260.87 |
| 01/11/22 | CHECKCARD  0111 AMAZON.COM*F83 SEATTLE     WA CKCD 4816 XXXXXXXXXXXX5806 XXXX XXXX XXXX 5806 | -803.50 |
| 01/12/22 | CHECKCARD  0111 VISTAPRINT 8662074955   MA 55429502011713799282220 CKCD 2741 XXXXXXXXXXXX5806 XXXX XXXX XXXX 5806 | -2,232.49 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---:|
| 01/13/22 | CHECKCARD  0112 BLN*MONDAY.COM 866-3127733  MA 75418232012138419884516 RECURRING CKCD 5818 XXXXXXXXXXXX5806 XXXX XXXX XXXX 5806 | -2,323.56 |
| 01/13/22 | CHECKCARD  0112 AMZN Mktp US*MC7C Amzn.com/billWA 55432862012200155835637 CKCD 5942 XXXXXXXXXXXX5806 XXXX XXXX XXXX 5806 | -84.94 |
| 01/18/22 | CHECKCARD  0114 WIX.COM*975629571 800-6000949  NY 75418232014138550291735 RECURRING CKCD 4816 XXXXXXXXXXXX5806 XXXX XXXX XXXX 5806 | -234.00 |
| 01/18/22 | CHECKCARD  0115 AMZN Mktp US*BC69 Amzn.com/billWA 55432862015200857048528 CKCD 5942 XXXXXXXXXXXX5806 XXXX XXXX XXXX 5806 | -244.60 |
| 01/18/22 | CHECKCARD  0115 DOCUSIGN 8003799973   WA 55429502016027791325167 RECURRING CKCD 7399 XXXXXXXXXXXX5806 XXXX XXXX XXXX 5806 | -203.83 |
| 01/18/22 | CHECKCARD  0115 IN *CENTERPILOT, 214-4274467  TX 55432862015200067285233 CKCD 5192 XXXXXXXXXXXX5806 XXXX XXXX XXXX 5806 | -11,670.00 |
| 01/18/22 | CHECKCARD  0117 WAVE - *GENIUS PR 651-4337345  MN 75418232017138761977459 CKCD 7299 XXXXXXXXXXXX5806 XXXX XXXX XXXX 5806 | -255.00 |
| 01/19/22 | CHECKCARD  0118 DROPBOX*2S6GH3YDP DB.TT/CCHELP DE 72703632018138834806124 CKCD 4816 XXXXXXXXXXXX5806 XXXX XXXX XXXX 5806 | -23.84 |
| **Subtotal for card account # XXXX XXXX XXXX 5806** | | **-$20,135.26** |
| Card account # XXXX XXXX XXXX 9530 | | |
| 01/03/22 | CHECKCARD  1230 THE HOME DEPOT 2807 MINNEAPOLIS  MN 24692161365100924159353 CKCD 5200 XXXXXXXXXXXX9530 XXXX XXXX XXXX 9530 | -470.98 |
| 01/21/22 | CHECKCARD  0119 THE HOME DEPOT #2807 MINNEAPOLIS  MN 24943012020010193106317 CKCD 5200 XXXXXXXXXXXX9530 XXXX XXXX XXXX 9530 | -215.62 |
| **Subtotal for card account # XXXX XXXX XXXX 9530** | | **-$686.60** |
| Card account # XXXX XXXX XXXX 9720 | | |
| 01/18/22 | CHECKCARD  0117 DROPBOX*9BDFXLM6MNNH DROPBOX.COM  CA 24692162017100602992448 RECURRING CKCD 4816 XXXXXXXXXXXX9720 XXXX XXXX XXXX 9720 | -11.99 |
| **Subtotal for card account # XXXX XXXX XXXX 9720** | | **-$11.99** |
| Card account # XXXX XXXX XXXX 9878 | | |
| 01/03/22 | CHECKCARD  1230 METRO SALES INC. 612-8614000  MN 24639231365900010200780 CKCD 5046 XXXXXXXXXXXX9878 XXXX XXXX XXXX 9878 | -6,073.72 |
| 01/03/22 | THE HOME DEPOT  01/03 #000643688 PURCHASE THE HOME DEPOT #2  MINNEAPOLIS   MN | -115.55 |
| 01/06/22 | CHECKCARD  0104 THE HOME DEPOT #2843 INVER GROVE  MN 24943012005010184021185 CKCD 5200 XXXXXXXXXXXX9878 XXXX XXXX XXXX 9878 | -54.31 |
| **Subtotal for card account # XXXX XXXX XXXX 9878** | | **-$6,243.58** |
| **Total withdrawals and other debits** | | **-$3,971,817.52** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---:|---|---|---:|
| 01/07/22 | 5083 | -377.64 | 01/06/22 | 7619* | -90.64 |
| 01/07/22 | 5285* | -377.64 | 01/28/22 | 7620 | -1,862.65 |
| 01/03/22 | 6953* | -914.64 | 01/24/22 | 7642* | -5,875.19 |
| 01/04/22 | 7177* | -6,449.80 | 01/24/22 | 7650* | -4,705.65 |
| 01/28/22 | 7302* | -35,453.84 | 01/11/22 | 7653* | -4,635.76 |
| 01/04/22 | 7353* | -12,946.36 | 01/21/22 | 7655* | -1,068.17 |
| 01/06/22 | 7436* | -2,240.36 | 01/28/22 | 7670* | -79,788.96 |
| 01/13/22 | 7613* | -11,916.98 | 01/03/22 | 7705* | -2,112.72 |

*continued on the next page*



**Your checking account**

FEEDING OUR FUTURE   |   Account # 3740 0467 3156   |   January 1, 2022 to January 31, 2022

## Checks - continued

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 01/19/22 | 7707* | -5,905.93 | 01/07/22 | 7854* | -5,934.58 |
| 01/10/22 | 7712* | -47.79 | 01/13/22 | 7855 | -6,930.39 |
| 01/11/22 | 7713 | -181.39 | 01/11/22 | 7856 | -14,698.20 |
| 01/11/22 | 7716* | -1,910.07 | 01/07/22 | 7857 | -82,844.40 |
| 01/10/22 | 7731* | -123,442.61 | 01/18/22 | 7858 | -4,500.99 |
| 01/06/22 | 7735* | -1,790.04 | 01/21/22 | 7859 | -1,307.08 |
| 01/03/22 | 7748* | -1,000.00 | 01/11/22 | 7860 | -6,545.73 |
| 01/03/22 | 7749 | -1,000.00 | 01/12/22 | 7861 | -1,985.56 |
| 01/13/22 | 7761* | -1,000.00 | 01/10/22 | 7862 | -7,938.13 |
| 01/06/22 | 7763* | -1,000.00 | 01/24/22 | 7863 | -5,289.77 |
| 01/12/22 | 7768* | -12,665.95 | 01/07/22 | 7865* | -104,192.42 |
| 01/19/22 | 7770* | -5,632.57 | 01/12/22 | 7866 | -68,907.83 |
| 01/06/22 | 7772* | -92.18 | 01/07/22 | 7867 | -98,344.32 |
| 01/11/22 | 7773 | -191.65 | 01/14/22 | 7868 | -85,917.66 |
| 01/10/22 | 7775* | -4,076.41 | 01/12/22 | 7869 | -46,784.82 |
| 01/04/22 | 7778* | -4,796.67 | 01/11/22 | 7870 | -516.39 |
| 01/03/22 | 7783* | -426.31 | 01/18/22 | 7871 | -160,344.00 |
| 01/04/22 | 7786* | -235,705.68 | 01/07/22 | 7872 | -81,583.92 |
| 01/03/22 | 7792* | -1,435.79 | 01/10/22 | 7873 | -126,671.76 |
| 01/04/22 | 7800* | -133,620.00 | 01/07/22 | 7874 | -267,240.00 |
| 01/11/22 | 7819* | -108,633.06 | 01/14/22 | 7875 | -71,264.00 |
| 01/05/22 | 7828* | -10,000.00 | 01/11/22 | 7877* | -44,094.60 |
| 01/03/22 | 7829 | -10,000.00 | 01/18/22 | 7880* | -75,228.06 |
| 01/06/22 | 7832* | -89,949.52 | 01/07/22 | 7882* | -80,172.00 |
| 01/20/22 | 7833 | -499.56 | 01/07/22 | 7883 | -82,844.40 |
| 01/19/22 | 7836* | -3,818.38 | 01/07/22 | 7884 | -60,703.57 |
| 01/07/22 | 7837 | -13,849.46 | 01/13/22 | 7885 | -86,986.62 |
| 01/07/22 | 7838 | -2,247.50 | 01/14/22 | 7886 | -133,210.23 |
| 01/13/22 | 7839 | -6,156.49 | 01/07/22 | 7887 | -49,483.94 |
| 01/19/22 | 7840 | -6,067.12 | 01/07/22 | 7888 | -147,053.26 |
| 01/11/22 | 7842* | -3,129.04 | 01/11/22 | 7889 | -13,362.00 |
| 01/07/22 | 7843 | -50,633.07 | 01/19/22 | 7890 | -17,370.60 |
| 01/21/22 | 7844 | -12,005.62 | 01/07/22 | 7891 | -265,502.94 |
| 01/25/22 | 7844* | -12,005.62 | 01/13/22 | 7896* | -138,430.32 |
| 01/19/22 | 7847* | -5,750.84 | 01/21/22 | 7897 | -112,240.80 |
| 01/07/22 | 7848 | -82,844.40 | 01/11/22 | 7899* | -540,399.37 |
| 01/24/22 | 7850* | -6,690.39 | 01/14/22 | 7900 | -264,033.12 |
| 01/07/22 | 7852* | -5,069.91 | 01/07/22 | 7903* | -332,700.44 |

*continued on the next page*

## Checks - continued

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 01/10/22 | 7904 | -184,884.02 | 01/18/22 | 7944* | -110,067.25 |
| 01/10/22 | 7908* | -69,138.59 | 01/18/22 | 7946* | -252,140.94 |
| 01/11/22 | 7909 | -12,663.00 | 01/19/22 | 7947 | -54,107.19 |
| 01/11/22 | 7910 | -129,678.21 | 01/24/22 | 7947* | -54,107.19 |
| 01/21/22 | 7911 | -66,792.18 | 01/19/22 | 7948 | -155,193.51 |
| 01/11/22 | 7913* | -1,285.58 | 01/19/22 | 7950* | -195.00 |
| 01/18/22 | 7914 | -209,734.41 | 01/19/22 | 7952* | -227.50 |
| 01/14/22 | 7918* | -1,941.24 | 01/20/22 | 7954* | -141.44 |
| 01/20/22 | 7919 | -106,731.20 | 01/19/22 | 7955 | -52.85 |
| 01/19/22 | 7921* | -248.38 | 01/19/22 | 7959* | -577.20 |
| 01/20/22 | 7928* | -59,950.84 | 01/05/22 | 9317* | -325.00 |
| 01/14/22 | 7929 | -158,508.95 | 01/21/22 | 9600* | -39,489.16 |
| 01/18/22 | 7930 | -238,591.87 | 01/07/22 | 9605* | -132,886.72 |
| 01/13/22 | 7934* | -200,069.23 | 01/10/22 | 9606 | -450.83 |
| 01/19/22 | 7935 | -46,767.00 | 01/05/22 | 9607 | -137.60 |
| 01/14/22 | 7936 | -81,508.20 | 01/11/22 | 9608 | -564.54 |
| 01/20/22 | 7937 | -70,266.30 | 01/04/22 | 9609 | -5,772.00 |
| 01/18/22 | 7938 | -46,767.00 | 01/12/22 | 9611* | -7,200.00 |
| 01/18/22 | 7940* | -60,129.00 | 01/13/22 | 9613* | -109,914.84 |
| 01/18/22 | 7942* | -176,182.42 | 01/06/22 | 9614 | -132,551.04 |

| | |
|---|---|
| **Total checks** | **-$7,807,585.66** |
| **Total # of checks** | **132** |

*   *There is a gap in sequential check numbers*

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $105.00 | $105.00 |
| Total NSF: Returned Item fees | $665.00 | $665.00 |

**We want to help you avoid overdraft and returned item fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

*continued on the next page*

# BANK OF AMERICA

## Your checking account

FEEDING OUR FUTURE  |  Account # 3740 0467 3156  |  January 1, 2022 to January 31, 2022

## Service fees - continued

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 12/31/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

◯   Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 01/10/22 | Wire Transfer Fee | -30.00 |
| 01/11/22 | Wire Transfer Fee | -30.00 |
| 01/11/22 | External transfer fee - 3 Day -   01/10/2022 | -1.00 |
| 01/14/22 | Wire Transfer Fee | -30.00 |
| 01/14/22 | External transfer fee - 3 Day -   01/13/2022 | -1.00 |
| 01/19/22 | Legal Order Fee,LTS D011922000755 | -125.00 |
| 01/19/22 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 01-19 | -35.00 |
| 01/19/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-19 | -35.00 |
| 01/19/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-19 | -35.00 |
| 01/19/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-19 | -35.00 |
| 01/20/22 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 01-20 | -35.00 |
| 01/20/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-20 | -35.00 |
| 01/20/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-20 | -35.00 |
| 01/20/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-20 | -35.00 |
| 01/21/22 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 01-21 | -35.00 |
| 01/21/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-21 | -35.00 |
| 01/21/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-21 | -35.00 |
| 01/21/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-21 | -35.00 |
| 01/24/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-24 | -35.00 |
| 01/24/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-24 | -35.00 |
| 01/24/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-24 | -35.00 |
| 01/24/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-24 | -35.00 |
| 01/25/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-25 | -35.00 |
| 01/26/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-26 | -35.00 |
| 01/28/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-28 | -35.00 |
| 01/28/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-28 | -35.00 |

*continued on the next page*

## Service fees - continued

| Date | Transaction description | Amount |
|---|---|---|
| 01/28/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-28 | -35.00 |
| 01/28/22 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 01-28 | -35.00 |
| **Total service fees** | | **-$987.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 1,625,006.67 | 01/11 | 3,861,226.00 | 01/21 | -240,068.52 |
| 01/03 | 1,601,440.90 | 01/12 | 3,721,469.35 | 01/24 | -78,412.73 |
| 01/04 | 1,202,150.39 | 01/13 | 5,714,485.63 | 01/25 | -13,785.16 |
| 01/05 | 1,175,276.27 | 01/14 | 4,852,766.63 | 01/26 | -8,111.75 |
| 01/06 | 7,531,154.99 | 01/18 | 3,506,431.26 | 01/27 | -1,814.54 |
| 01/07 | 5,583,990.37 | 01/19 | -301,838.45 | 01/28 | -119,182.74 |
| 01/10 | 4,969,206.90 | 01/20 | -237,653.72 | 01/31 | -1,954.54 |