**Handy-Helper's LLC**
**Wells Fargo Bank, Checking Account #9920637841**
**Review Period:  3/12/2020 (Opened) to 1/20/2022**

| NET SOURCES OF FUNDS | Net Deposits |
|---|---|
| **Feeding Our Future** | $ 878,513.78 |
| **Sharing & Caring Childcare LLC** | $ 11,000.00 |
| **Cash In** | $ 9,800.00 |
| **Other Income** | $ 7,300.00 |
| **Net Total** | $ 906,613.78 |

| NET USES OF FUNDS | Net Withdrawals |
|---|---|
| **Cash Withdrawals** | $ (212,072.62) |
| **Empress M. Watson Jr.** | $ (168,803.56) |
|   Empress M. Watson Jr. Personal Accounts | (127,895.78) |
|   Above All Classic Muscle Cars LLC | (40,907.78) |
| **Retail Shopping** | $ (126,478.50) |
|   Misc. Retail | (47,516.44) |
|   Dicks Sporting Goods | (20,839.32) |
|   Luxury Retail Shopping | (19,271.13) |
|   Clothing / Department Stores | (17,638.40) |
|   Shoes / Sportswear | (12,856.98) |
|   Wedding Day Diamonds | (8,356.23) |
| **Payroll / Other Individuals** | $ (89,744.73) |
| **Misc. Other Payments** | $ (74,295.00) |
| **Assets - Vehicle Expense** | $ (71,642.36) |
| **Travel Expense** | $ (50,775.50) |
| **Home Improvement / Hardware Stores** | $ (37,310.37) |
| **Legal Order - Bank Account Seizure** | $ (30,103.99) |
| **Royalty Exotic Cars** | $ (21,620.05) |
| **Entertainment / Recreational** | $ (20,944.18) |
| **Other Personal Services** | $ (2,822.92) |
| **Net Total** | $ (906,613.78) |



GOVERNMENT EXHIBIT E
22-cr-223 (NEB / DTS)

GOVERNMENT EXHIBIT X-24
22-cr-223 (NEB/DTS)

**Handy-Helper's LLC**
**Wells Fargo Bank, Checking Account #9920637841**
Review Period:  3/12/2020 (Opened) to 1/20/2022

$ 931,517.02    $ (931,517.02)

| Posted Date | Description | Payor / Payee | Check # | Check Memo Line | Deposit | Withdrawal | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| 9/4/2020 | PURCHASE AUTHORIZED ON 09/02 WEDDING DAY DIAMON ROSEVILLE MN S460246640384353 CARD 9028 0000{5094 | Wedding Day Diamonds | | | | $ (1,626.73) | $ 19,856.23 | |
| 9/8/2020 | NON-WELLS FARGO ATM TRANSACTIO | Bank fee | | | | $ (2.50) | $ 19,853.73 | |
| 9/8/2020 | NON-WELLS FARGO ATM TRANSACTIO | Bank fee | | | | $ (2.50) | $ 19,851.23 | |
| 9/8/2020 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 09/08 3278 HWY 61 N VADNAIS HEIGH MN 00300252656005576 ATM ID SR006747 CARD 9028 D0000{ | Cash | | | | $ (200.00) | $ 19,651.23 | |
| 9/8/2020 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 09/08 3278 HWY 61 N VADNAIS HEIGH MN 00460252659935469 ATM ID SR006747 CARD 9028 D0000{ | Cash | | | | $ (200.00) | $ 19,451.23 | |
| 9/8/2020 | PURCHASE AUTHORIZED ON 09/05 CENEX FEDERATE0989 ISLE MN S580249737309557 CARD 9028 0000{5542 | Cenex | | | | $ (0.51) | $ 19,450.72 | |
| 9/8/2020 | PURCHASE AUTHORIZED ON 09/05 EAST CENTRAL SPORT BURNSVILLE MN S580249609505184 CARD 9028 0000{5571 | East Central Sports | | | | $ (396.72) | $ 19,054.00 | |
| 9/8/2020 | PURCHASE AUTHORIZED ON 09/05 MCQUOIDS INN ISLE MN S300249747587231 CARD 9028 0000{7011 | McQuoids Inn | | | | $ (386.56) | $ 18,667.44 | |
| 9/9/2020 | ATM WITHDRAWAL AUTHORIZED ON 09/09 2440 N FAIRVIEW AVE ROSEVILLE MN 0009305 ATM ID 9946M CARD 9028 | Cash | | | | $ (400.00) | $ 18,267.44 | |
| 9/10/2020 | PURCHASE AUTHORIZED ON 09/10 DICKS SPORTING GOODS BURNSVILLE MN P00460255023391046 CARD 9028 0000{5941 | Dicks Sporting Goods | | | | $ (928.75) | $ 17,338.69 | |
| 9/10/2020 | PURCHASE AUTHORIZED ON 09/10 FOOT LOCKER 07118 BURNSVILLE MN P00380254841048432 CARD 9028 0000{5661 | Foot Locker | | | | $ (179.99) | $ 17,158.70 | |
| 9/11/2020 | ADP PAYROLL FEES ADP - FEES 200911 2R5U8 6272113 Handy-Helpers LLC | ADP | | | | $ (15.00) | $ 17,143.70 | |
| 9/11/2020 | ADP Tax ADP Tax 200911 K75U8 091113A01 HANDY-HELPERS LLC | ADP | | | | $ (301.32) | $ 16,842.38 | |
| 9/11/2020 | Cash eWithdrawal in Branch/Store 09/11/2020 09:31 AM 2440 FAIRVIEW AVE N ROSEVILLE MN 9028 | Cash | | | | $ (2,000.00) | $ 14,842.38 | |
| 9/11/2020 | DEPOSITED OR CASHED CHECK | Empress M. Watson Jr. (WF 7564676927) | 50052 | | | $ (1,553.60) | $ 13,288.78 | |
| 9/11/2020 | FEEDING OUR FUTU FUNDS XFER 100920 TEACHING OUR FU HANDY HELPER S | Feeding Our Future (BBVA 663594783) | | | $ 7,000.00 | | $ 20,288.78 | |
| 9/11/2020 | CHECK | MN Child Support Payment Center | 50051 | | | $ (108.70) | $ 20,180.08 | |
| 9/11/2020 | PURCHASE AUTHORIZED ON 09/10 ROSEMOUNT LIQUOR A ROSEMOUNT MN S300255046646296 CARD 9028 0000{5921 | Rosemount Liquor | | | | $ (106.31) | $ 20,073.77 | |
| 9/14/2020 | ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF IB08TYHBVL ON 09/14/20 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (400.00) | $ 19,673.77 | |
| 9/14/2020 | ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF IB08TW4J8K ON 09/14/20 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (1,500.00) | $ 18,173.77 | |
| 9/15/2020 | RECURRING PAYMENT AUTHORIZED ON 09/14 WWW JOINHOMEBASE C 415-951-3830 CA S380258434633752 CARD 9028 0000{5045 | Joinhomebase | | | | $ (19.95) | $ 18,153.82 | |
| 9/17/2020 | PURCHASE AUTHORIZED ON 09/15 CARIBOU COFFEE CO ROSEVILLE MN S380259553863044 CARD 9028 0000{5814 | Other - Food / Beverage | | | | $ (27.86) | $ 18,125.96 | |
| 9/17/2020 | PURCHASE AUTHORIZED ON 09/16 PORSCHE ST PAUL MAPLEWOOD MN S300260714275024 CARD 9028 0000{5511 | Porsche St. Paul | | | | $ (336.13) | $ 17,789.83 | |
| 9/18/2020 | ADP PAYROLL FEES ADP - FEES 200918 2R5U8 7142336 Handy-Helpers LLC | ADP | | | | $ (15.00) | $ 17,774.83 | |
| 9/18/2020 | Cash eWithdrawal in Branch/Store 09/18/2020 10:05 AM 2440 FAIRVIEW AVE N ROSEVILLE MN 9028 | Cash | | | | $ (1,600.00) | $ 16,174.83 | |
| 9/18/2020 | FEEDING OUR FUTU FUNDS XFER 170920 TEACHING OUR FU HANDY HELPER S | Feeding Our Future (BBVA 663594783) | | | $ 7,000.00 | | $ 23,174.83 | |

**Handy-Helper's LLC**
**Wells Fargo Bank, Checking Account #9920637841**
Review Period: 3/12/2020 (Opened) to 1/20/2022

$ 931,517.02   $ (931,517.02)

| Posted Date | Description | Payor / Payee | Check # | Check Memo Line | Deposit | Withdrawal | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| 11/2/2020 | NON-WELLS FARGO ATM TRANSACTIO | Bank fee | | | | $ (2.50) | $ 29,821.71 | |
| 11/2/2020 | ATM WITHDRAWAL AUTHORIZED ON 11/01 WELLS FARGO PLAZA SAN DIEGO CA 0009162 ATM ID 0730J CARD 9028 | Cash | | | | $ (300.00) | $ 29,521.71 | |
| 11/2/2020 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 11/02 MISSION VALLEY WEST SAN DIEGO CA 00580307665198583 ATM ID ICAD6577 CARD 9028 S0030{ | Cash | | | | $ (403.00) | $ 29,118.71 | |
| 11/2/2020 | ATM WITHDRAWAL AUTHORIZED ON 11/01 WELLS FARGO PLAZA SAN DIEGO CA 0009156 ATM ID 0730J CARD 9028 | Cash | | | | $ (500.00) | $ 28,618.71 | |
| 11/2/2020 | PURCHASE AUTHORIZED ON 10/31 GUCCI 65 COSTA MESA CA P00000000473032688 CARD 9028 0000{5699 | Gucci - Costa Mesa, CA | | | | $ (377.13) | $ 28,241.58 | |
| 11/2/2020 | PURCHASE AUTHORIZED ON 11/01 H&M0162 SAN DIEGO CA P00380306776035418 CARD 9028 0000{5651 | H&M | | | | $ (123.60) | $ 28,117.98 | |
| 11/2/2020 | PURCHASE AUTHORIZED ON 11/02 LAUREL PACIFIC SAN DIEGO CA P00580307855792098 CARD 9028 0000{5542 | Laurel Pacific | | | | $ (53.57) | $ 28,064.41 | |
| 11/2/2020 | PURCHASE AUTHORIZED ON 11/01 MARSHALLS 908 CAMINO D SAN DIEGO CA P00000000471132099 CARD 9028 0000{5651 | Marshalls | | | | $ (81.87) | $ 27,982.54 | |
| 11/2/2020 | PURCHASE AUTHORIZED ON 10/31 NORDSTROM 0320 3333 BRIS COSTA MESA CA P00580305721866599 CARD 9028 0000{5311 | Nordstrom | | | | $ (1,206.80) | $ 26,775.74 | |
| 11/2/2020 | PURCHASE AUTHORIZED ON 11/01 TARGET T- 1288 Camino San Diego CA P00000000032015074 CARD 9028 0000{5411 | Target | | | | $ (24.62) | $ 26,751.12 | |
| 11/2/2020 | PURCHASE AUTHORIZED ON 10/28 WEDDING DAY DIAMON ROSEVILLE MN S460302839885739 CARD 9028 0000{5094 | Wedding Day Diamonds | | | | $ (1,591.61) | $ 25,159.51 | |
| 11/3/2020 | PURCHASE AUTHORIZED ON 10/30 ALAMO RENT-A-CAR SAN DIEGO CA S580305034205450 CARD 9028 0000{3387 | Alamo Rent-A-Car (CA) | | | | $ (245.94) | $ 24,913.57 | |
| 11/4/2020 | PURCHASE AUTHORIZED ON 11/02 KUSI SAN DIEGO CA S300308027392069 CARD 9028 0000{5999 | Kusi | | | | $ (20.00) | $ 24,893.57 | |
| 11/4/2020 | PURCHASE AUTHORIZED ON 11/02 SUNCTRYAIR C992RQ MINNEAPOLIS MN S300308018347528 CARD 9028 0000{3069 | Sun Country Air | | | | $ (45.00) | $ 24,848.57 | |
| 11/5/2020 | PURCHASE AUTHORIZED ON 11/04 TARGET T- 15560 Pilot Apple Valley MN P00000000837232673 CARD 9028 0000{5411 | Target | | | | $ (197.19) | $ 24,651.38 | |
| 11/6/2020 | ADP Tax ADP Tax 201106 K75U8 103020A01 HANDY-HELPERS LLC | ADP | | | | $ (490.71) | $ 24,160.67 | |
| 11/6/2020 | ADP Tax ADP Tax 201106 K75U8 110621A01 HANDY-HELPERS LLC | ADP | | | | $ (490.71) | $ 23,669.96 | |
| 11/6/2020 | PURCHASE AUTHORIZED ON 11/06 AUTOZONE 3948 2420 WHITE MAPLEWOOD MN P00380311822812176 CARD 9028 0000{5533 | Autozone | | | | $ (3.75) | $ 23,666.21 | |
| 11/6/2020 | PURCHASE AUTHORIZED ON 11/06 AUTOZONE 3948 2420 WHITE MAPLEWOOD MN P00580311818767405 CARD 9028 0000{5533 | Autozone | | | | $ (42.27) | $ 23,623.94 | |
| 11/6/2020 | PURCHASE AUTHORIZED ON 11/05 CASEY S GENERAL 9981 DIFF INVER GROVE H MN P00300311099327126 CARD 9028 0000{5541 | Casey's | | | | $ (14.70) | $ 23,609.24 | |
| 11/6/2020 | WITHDRAWAL MADE IN A BRANCH/STORE | Cash | | | | $ (4,000.00) | $ 19,609.24 | |
| 11/6/2020 | ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF IB096GGDSM ON 11/05/20 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (500.00) | $ 19,109.24 | |
| 11/9/2020 | ADP PAY-BY-PAY PAY-BY-PAY 201109 4575433942975U8 HANDY-HELPERS LLC | ADP | | | | $ (147.60) | $ 18,961.64 | |
| 11/9/2020 | PURCHASE AUTHORIZED ON 11/05 CASEY S GENERAL ST INVER GROVE MN S460311099981454 CARD 9028 0000{5542 | Casey's | | | | $ (36.05) | $ 18,925.59 | |

**Handy-Helper's LLC**
**Wells Fargo Bank, Checking Account #9920637841**
Review Period: 3/12/2020 (Opened) to 1/20/2022

$ 931,517.02   $ (931,517.02)

| Posted Date | Description | Payor / Payee | Check # | Check Memo Line | Deposit | Withdrawal | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| 1/28/2021 | PURCHASE AUTHORIZED ON 01/26 THE HOME DEPOT 28 MINNEAPOLIS MN S461026538388782 CARD 9028 0000{5200 | The Home Depot | | | | $ (150.00) | $ 18,477.67 | |
| 1/29/2021 | ADP PAYROLL FEES ADP - FEES 210129 2R5U8 4084795 Handy-Helpers LLC | ADP | | | | $ (44.45) | $ 18,433.22 | |
| 1/29/2021 | RECURRING PAYMENT AUTHORIZED ON 01/28 FH ROYALTY EXOTIC STRIPE_COM NV S381029049422280 CARD 9028 0000{7512 | Royalty Exotic Cars | | | | $ (1,800.00) | $ 16,633.22 | |
| 2/1/2021 | NON-WELLS FARGO ATM TRANSACTIO | Bank fee | | | | $ (2.50) | $ 16,630.72 | |
| 2/1/2021 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 01/30 4240 W Flamingo Rd Las Vegas NV 00381030718883821 ATM ID NH072300 CARD 9028 S0040{ | Cash | | | | $ (404.00) | $ 16,226.72 | |
| 2/1/2021 | ATM WITHDRAWAL AUTHORIZED ON 02/01 1580 FORD PKWY Saint Paul MN 0000932 ATM ID 5837H CARD 9028 | Cash | | | | $ (500.00) | $ 15,726.72 | |
| 2/1/2021 | ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF IB09QLRHZX ON 01/30/21 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (1,000.00) | $ 14,726.72 | |
| 2/1/2021 | PURCHASE AUTHORIZED ON 01/30 LOUIS VUITTON LAS VEGA LAS VEGAS NV P00581031165251403 CARD 9028 0000{5631 | Louis Vuitton - Las Vegas | | | | $ (3,505.93) | $ 11,220.79 | |
| 2/1/2021 | PLANET FIT CLUB FEES 2102900957864 651-200-3166 | Planet Fitness | | | | $ (41.88) | $ 11,178.91 | |
| 2/1/2021 | PLANET FIT CLUB FEES 2102900957869 651-200-3166 | Planet Fitness | | | | $ (41.88) | $ 11,137.03 | |
| 2/1/2021 | PLANET FIT CLUB FEES 2102900957872 651-200-3166 | Planet Fitness | | | | $ (41.88) | $ 11,095.15 | |
| 2/1/2021 | PLANET FIT CLUB FEES 2102900957876 651-200-3166 | Planet Fitness | | | | $ (41.88) | $ 11,053.27 | |
| 2/1/2021 | PLANET FIT CLUB FEES 2102900957886 651-200-3166 | Planet Fitness | | | | $ (41.88) | $ 11,011.39 | |
| 2/1/2021 | RECURRING PAYMENT AUTHORIZED ON 01/29 FH ROYALTY EXOTIC STRIPE_COM NV S461030082304647 CARD 9028 0000{7512 | Royalty Exotic Cars | | | | $ (2,035.39) | $ 8,976.00 | |
| 2/1/2021 | PURCHASE AUTHORIZED ON 01/29 THE HOME DEPOT 28 MINNEAPOLIS MN S581029757077945 CARD 9028 0000{5200 | The Home Depot | | | | $ (136.29) | $ 8,839.71 | |
| 2/1/2021 | PURCHASE AUTHORIZED ON 01/29 THE HOME DEPOT 28 RICHFIELD MN S301029639880295 CARD 9028 0000{5200 | The Home Depot | | | | $ (623.30) | $ 8,216.41 | |
| 2/2/2021 | NON-WELLS FARGO ATM TRANSACTIO | Bank fee | | | | $ (2.50) | $ 8,213.91 | |
| 2/2/2021 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 02/02 US BANK ROSEVILLE CENTE ROSEVILLE MN 00461033627466268 ATM ID SLT4W048 CARD 9028 S0030{ | Cash | | | | $ (303.00) | $ 7,910.91 | |
| 2/2/2021 | PURCHASE AUTHORIZED ON 01/27 PALMS PLACE FRONT 7024953554 NV S461028043620001 CARD 9028 0000{7011 | Palms Place | | | | $ (225.85) | $ 7,685.06 | |
| 2/2/2021 | PURCHASE AUTHORIZED ON 02/02 THE HOME DEPOT 2807 MINNEAPOLIS MN P00301033581288299 CARD 9028 0000{5200 | The Home Depot | | | | $ (726.78) | $ 6,958.28 | |
| 2/3/2021 | PURCHASE AUTHORIZED ON 02/02 PELLICCI ACE HARDW ROSEMOUNT MN S461033821546766 CARD 9028 0000{5251 | Ace Hardware | | | | $ (27.83) | $ 6,930.45 | |
| 2/3/2021 | ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF IB09RJ9T9P ON 02/03/21 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (900.00) | $ 6,030.45 | |
| 2/3/2021 | PURCHASE AUTHORIZED ON 02/02 ENTERPRISE RENT-A- SAINT PAUL MN S301033555251094 CARD 9028 0000{3405 | Enterprise Rent-a-Car | | | | $ (500.00) | $ 5,530.45 | |
| 2/3/2021 | PURCHASE AUTHORIZED ON 02/02 FRATTALLONES GRAND ST PAUL MN S461033712468785 CARD 9028 0000{5251 | Frattallones | | | | $ (47.44) | $ 5,483.01 | |
| 2/3/2021 | CHECK | MN Child Support Payment Center | 50109 | | | $ (108.70) | $ 5,374.31 | |
| 2/3/2021 | CHECK | MN Child Support Payment Center | 50112 | | | $ (148.70) | $ 5,225.61 | |
| 2/3/2021 | PURCHASE AUTHORIZED ON 02/03 THE HOME DEPOT 2845 RICHFIELD MN P00381034581017222 CARD 9028 0000{5200 | The Home Depot | | | | $ (168.74) | $ 5,056.87 | |
| 2/3/2021 | PURCHASE AUTHORIZED ON 02/01 THE HOME DEPOT 28 RICHFIELD MN S301032693320473 CARD 9028 0000{5200 | The Home Depot | | | | $ (175.37) | $ 4,881.50 | |
| 2/3/2021 | PURCHASE AUTHORIZED ON 02/03 THE HOME DEPOT 2845 RICHFIELD MN P00301034679158373 CARD 9028 0000{5200 | The Home Depot | | | | $ (272.03) | $ 4,609.47 | |

**Handy-Helper's LLC**
**Wells Fargo Bank, Checking Account #9920637841**
Review Period: 3/12/2020 (Opened) to 1/20/2022

$ 931,517.02   $ (931,517.02)

| Posted Date | Description | Payor / Payee | Check # | Check Memo Line | Deposit | Withdrawal | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| 9/10/2021 | 0 PURCHASE AUTHORIZED ON 09/10 THE HOME DEPOT 2805 BLOOMINGTON MN P00461253555545693 CARD 9028 0000{5200 | The Home Depot | | | | $ (1,243.39) | $ 34,498.71 | |
| 9/13/2021 | 0 ADP PAY-BY-PAY PAY-BY-PAY 210913 9318201689855U8 HANDY-HELPERS LLC | ADP | | | | $ (165.88) | $ 34,332.83 | |
| 9/13/2021 | 0 ADP Tax ADP Tax 210913 K75U8 081328A01 HANDY-HELPERS LLC | ADP | | | | $ (275.40) | $ 34,057.43 | |
| 9/13/2021 | 0 ADP Tax ADP Tax 210913 K75U8 082029A01 HANDY-HELPERS LLC | ADP | | | | $ (506.29) | $ 33,551.14 | |
| 9/13/2021 | 0 ADP Tax ADP Tax 210913 K75U8 082730A01 HANDY-HELPERS LLC | ADP | | | | $ (506.29) | $ 33,044.85 | |
| 9/13/2021 | 0 ADP Tax ADP Tax 210913 K75U8 090331A01 HANDY-HELPERS LLC | ADP | | | | $ (506.29) | $ 32,538.56 | |
| 9/13/2021 | 0 ADP Tax ADP Tax 210913 K75U8 091032A01 HANDY-HELPERS LLC | ADP | | | | $ (506.29) | $ 32,032.27 | |
| 9/13/2021 | 0 PURCHASE AUTHORIZED ON 09/12 FRATTALLONES LAKE MINNEAPOLIS MN S301255570554122 CARD 9028 0000{5251 | Frattallones | | | | $ (127.52) | $ 31,904.75 | |
| 9/15/2021 | 0 RECURRING PAYMENT AUTHORIZED ON 09/14 WWW JOINHOMEBASE C 415-951-3830 CA S581257431358112 CARD 9028 0000{5045 | Joinhomebase | | | | $ (19.95) | $ 31,884.80 | |
| 9/16/2021 | 0 ATM WITHDRAWAL AUTHORIZED ON 09/16 2329 CENTRAL AVE NE MINNEAPOLIS MN 0008519 ATM ID 0658Z CARD 9028 | Cash | | | | $ (3,500.00) | $ 28,384.80 | |
| 9/16/2021 | 0 ATM CHECK DEPOSIT ON 09/16 2329 CENTRAL AVE NE MINNEAPOLIS MN 0008518 ATM ID 0658Z CARD 9028 0008650E | Sharing & Caring Childcare LLC (Woodlands Bank 1205017) | 3368 | flooring | $ 11,000.00 | | $ 39,384.80 | |
| 9/16/2021 | 0 PURCHASE AUTHORIZED ON 09/15 TST SOUL TO SOUL MINNEAPOLIS MN S581258580746055 CARD 9028 0000{5812 | Soul to Soul | | | | $ (62.61) | $ 39,322.19 | |
| 9/17/2021 | 0 PLANET FIT CLUB FEES 2125903191741 651-200-3166 | Planet Fitness | | | | $ (24.69) | $ 39,297.50 | |
| 9/20/2021 | 0 NON-WELLS FARGO ATM TRANSACTIO | Bank Fee | | | | $ (2.50) | $ 39,295.00 | |
| 9/20/2021 | 0 NON-WF ATM WITHDRAWAL AUTHORIZED ON 09/17 2923 GIRARD AVE S MINNEAPOLIS MN 00581261180859149 ATM ID LK259983 CARD 9028 S0035{ | Cash | | | | $ (103.50) | $ 39,191.50 | |
| 9/20/2021 | 0 ATM WITHDRAWAL AUTHORIZED ON 09/18 1809 PLYMOUTH RD MINNETONKA MN 0008943 ATM ID 5812R CARD 9028 | Cash | | | | $ (2,000.00) | $ 37,191.50 | |
| 9/20/2021 | 0 ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF IB0CFV6227 ON 09/18/21 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (190.00) | $ 37,001.50 | |
| 9/20/2021 | 0 ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF IB0CG7FX94 ON 09/20/21 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (500.00) | $ 36,501.50 | |
| 9/20/2021 | 0 ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF IB0CFRZ3XH ON 09/18/21 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (1,000.00) | $ 35,501.50 | |
| 9/20/2021 | 0 PURCHASE RETURN AUTHORIZED ON 09/17 ENTERPRISE RENT-A- SAINT PAUL MN S381259524470240 CARD 9028 0000{3405 | Enterprise Rent-a-Car | | | $ 244.51 | | $ 35,746.01 | |
| 9/20/2021 | 0 PURCHASE AUTHORIZED ON 09/16 ENTERPRISE RENT-A- SAINT PAUL MN S381259524470240 CARD 9028 0000{3405 | Enterprise Rent-a-Car | | | | $ (250.00) | $ 35,496.01 | |
| 9/20/2021 | 0 PURCHASE AUTHORIZED ON 09/17 ENTERPRISE RENT-A- SAINT PAUL MN S381260677169438 CARD 9028 0000{3405 | Enterprise Rent-a-Car | | | | $ (800.00) | $ 34,696.01 | |
| 9/20/2021 | 50176 CHECK | MN Child Support Payment Center | 50176 | | | $ (148.70) | $ 34,547.31 | |
| 9/20/2021 | 50179 CHECK | MN Child Support Payment Center | 50179 | | | $ (148.70) | $ 34,398.61 | |
| 9/20/2021 | 50182 CHECK | MN Child Support Payment Center | 50182 | | | $ (148.70) | $ 34,249.91 | |
| 9/20/2021 | 50185 CHECK | MN Child Support Payment Center | 20185 | | | $ (148.70) | $ 34,101.21 | |

**Handy-Helper's LLC**
**Wells Fargo Bank, Checking Account #9920637841**
Review Period: 3/12/2020 (Opened) to 1/20/2022

$ 931,517.02   $ (931,517.02)

| Posted Date | Description | Payor / Payee | Check # | Check Memo Line | Deposit | Withdrawal | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| 10/18/2021 | 0 PURCHASE RETURN AUTHORIZED ON 10/15 THE HOME DEPOT 28 MINNEAPOLIS MN S611290474940945 CARD 9028 0000{5200 | The Home Depot | | | $ 129.48 | | $ 57,812.15 | |
| 10/18/2021 | 0 PURCHASE AUTHORIZED ON 10/15 THE HOME DEPOT 28 MINNEAPOLIS MN S381288578530976 CARD 9028 0000{5200 | The Home Depot | | | | $ (150.00) | $ 57,662.15 | |
| 10/20/2021 | 0 PURCHASE AUTHORIZED ON 10/19 DICKS SPORTING GOO ROSEVILLE MN S381293010703437 CARD 9028 0000{5941 | Dicks Sporting Goods | | | | $ (1,247.42) | $ 56,414.73 | |
| 10/21/2021 | 0 PURCHASE AUTHORIZED ON 10/21 CUB FOODS 1629 SAINT ANTHONY MN P00381294581366652 CARD 9028 0000{5411 | Cub Foods | | | | $ (11.79) | $ 56,402.94 | |
| 10/21/2021 | 0 ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF IB0CP5P8RQ ON 10/21/21 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (700.00) | $ 55,702.94 | |
| 10/21/2021 | 0 PURCHASE RETURN AUTHORIZED ON 10/19 THE HOME DEPOT 28 MINNEAPOLIS MN S611294475864078 CARD 9028 0000{5200 | The Home Depot | | | $ 129.48 | | $ 55,832.42 | |
| 10/21/2021 | 0 PURCHASE AUTHORIZED ON 10/19 THE HOME DEPOT 28 MINNEAPOLIS MN S301292573946488 CARD 9028 0000{5200 | The Home Depot | | | | $ (150.00) | $ 55,682.42 | |
| 10/22/2021 | 50201 DEPOSITED OR CASHED CHECK | Byron Ramsey | 50201 | | | $ (574.94) | $ 55,107.48 | |
| 10/22/2021 | 0 PURCHASE AUTHORIZED ON 10/20 CHAMPS - 14110 ROSEVILLE MN S301293792126761 CARD 9028 0000{5661 | Champs | | | | $ (447.00) | $ 54,660.48 | |
| 10/22/2021 | 0 PURCHASE AUTHORIZED ON 10/20 FOOT LOCKER - 2203 ROSEVILLE MN S381293804525925 CARD 9028 0000{5661 | Foot Locker | | | | $ (1,035.00) | $ 53,625.48 | |
| 10/22/2021 | 0 RECURRING PAYMENT AUTHORIZED ON 10/21 ABC PLANET FITNESS 651-2003166 MN S581294534579816 CARD 9028 0000{7997 | Planet Fitness | | | | $ (24.69) | $ 53,600.79 | |
| 10/25/2021 | 0 PURCHASE AUTHORIZED ON 10/25 AUTOZONE 3077 1075 UNIVE ST PAUL MN P00461298763284855 CARD 9028 0000{5533 | Autozone | | | | $ (44.17) | $ 53,556.62 | |
| 10/25/2021 | 0 WIRE TRANS SVC CHARGE - SEQUENCE: 211025065213 SRF 2021102500347866 TRN 211025065213 RFB 360425842 | Bank fee | | | | $ (15.00) | $ 53,541.62 | |
| 10/25/2021 | 0 PURCHASE AUTHORIZED ON 10/24 BEST BUY 7 ROSEVILLE MN P00581297754024631 CARD 9028 0000{5732 | Best Buy | | | | $ (2,791.72) | $ 50,749.90 | |
| 10/25/2021 | 0 PURCHASE AUTHORIZED ON 10/21 BLAINE WHOLESALE T BLAINE MN S581294638015219 CARD 9028 0000{7538 | Blaine Wholesale Transmission | | | | $ (3,970.62) | $ 46,779.28 | |
| 10/25/2021 | 1010 CHECK | Darius Butler | 1010 | | | $ (880.00) | $ 45,899.28 | |
| 10/25/2021 | 0 WT FED 06430 BANK OF AMERICA, N /ORG=FEEDING OUR FUTURE SRF 2021102500347866 TRN 211025065213 RFB 360425842 | Feeding Our Future (BoA 374004673156) | | | $ 10,000.00 | | $ 55,899.28 | |
| 10/25/2021 | 0 PURCHASE AUTHORIZED ON 10/23 MENARDS 3374 715-876-6378 MN S581296611583961 CARD 9028 0000{5200 | Menards | | | | $ (3,823.10) | $ 52,076.18 | |
| 10/25/2021 | 0 PURCHASE AUTHORIZED ON 10/22 TARGET 0001 MINNEAPOLIS MN S461296111742898 CARD 9028 0000{5310 | Target | | | | $ (308.99) | $ 51,767.19 | |
| 10/25/2021 | 0 PURCHASE AUTHORIZED ON 10/22 TOP VALU LIQUOR II COLUMBIA HEIG MN S581295627646777 CARD 9028 0000{5921 | Top Valu Liquor | | | | $ (250.48) | $ 51,516.71 | |
| 10/26/2021 | 0 PURCHASE AUTHORIZED ON 10/25 CHIPOTLE 0728 SAINT ANTHONY MN S381298633626132 CARD 9028 0000{5814 | Other - Food / Beverage | | | | $ (22.60) | $ 51,494.11 | |
| 10/28/2021 | 0 PURCHASE AUTHORIZED ON 10/27 Skylark Cleaning Saint Paul MN S301300804302287 CARD 9028 0000{7216 | Skylark Cleaning | | | | $ (249.20) | $ 51,244.91 | |
| 10/28/2021 | 0 RECURRING PAYMENT AUTHORIZED ON 10/26 U HAUL STORE 00726 952-4320789 MN S301299579281925 CARD 9028 0000{4225 | U Haul | | | | $ (187.90) | $ 51,057.01 | |
| 10/28/2021 | 0 PURCHASE AUTHORIZED ON 10/28 Wedding Day Diamonds (Ros Roseville MN P381301607112207 CARD 9028 0000{5944 | Wedding Day Diamonds | | | | $ (5,137.89) | $ 45,919.12 | |

**Handy-Helper's LLC**
**Wells Fargo Bank, Checking Account #9920637841**
Review Period: 3/12/2020 (Opened) to 1/20/2022

$ 931,517.02    $ (931,517.02)

| Posted Date | Description | Payor / Payee | Check # | Check Memo Line | Deposit | Withdrawal | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| 10/29/2021 | 0 ADP PAYROLL FEES ADP - FEES 211029 2R5U8 0792884 Handy-Helpers LLC | ADP | | | | $ (47.43) | $ 45,871.69 | |
| 11/1/2021 | 0 WIRE TRANS SVC CHARGE - SEQUENCE: 211101080806 SRF 2021110100375464 TRN 211101080806 RFB 361494464 | Bank fee | | | | $ (15.00) | $ 45,856.69 | |
| 11/1/2021 | 0 ATM WITHDRAWAL AUTHORIZED ON 10/30 425 E Hennepin Ave Minneapolis MN 0009556 ATM ID 5819Q CARD 9028 | Cash | | | | $ (800.00) | $ 45,056.69 | |
| 11/1/2021 | 1013 CHECK | Darius Butler | 1013 | | | $ (980.00) | $ 44,076.69 | |
| 11/1/2021 | 0 WT FED 07878 BANK OF AMERICA, N /ORG=FEEDING OUR FUTURE SRF 2021110100375464 TRN 211101080806 RFB 361494464 | Feeding Our Future (BoA 374004673156) | | | $ 10,000.00 | | $ 54,076.69 | |
| 11/1/2021 | 0 PURCHASE AUTHORIZED ON 10/29 FRATTALLONES COLUM COLUMBIA HEIG MN S381302678482841 CARD 9028 0000{5251 | Frattallones | | | | $ (11.13) | $ 54,065.56 | |
| 11/1/2021 | 0 PURCHASE AUTHORIZED ON 10/29 PERSONAL CARE DENT 651-6360655 MN S581302610573201 CARD 9028 0000{8021 | Personal Care Dentistry | | | | $ (736.59) | $ 53,328.97 | |
| 11/1/2021 | 0 PURCHASE AUTHORIZED ON 10/26 W HOTELS MINNEAPPOLIS MN S581299285370246 CARD 9028 0000{3779 | W Hotels | | | | $ (7,557.57) | $ 45,771.40 | |
| 11/3/2021 | 0 RECURRING PAYMENT AUTHORIZED ON 11/02 PUBLIC STORAGE 265 800-567-0759 MN S301306584384102 CARD 9028 0000{4225 | Public Storage | | | | $ (285.00) | $ 45,486.40 | |
| 11/4/2021 | 0 PURCHASE AUTHORIZED ON 11/02 PIZZA LUCE DOWNTOW MINNEAPOLIS MN S381306674112003 CARD 9028 0000{5812 | Other - Food / Beverage | | | | $ (50.09) | $ 45,436.31 | |
| 11/4/2021 | 0 PURCHASE AUTHORIZED ON 11/04 THE HOME DEPOT 2807 MINNEAPOLIS MN P581308577386843 CARD 9028 0000{5200 | The Home Depot | | | | $ (1,718.96) | $ 43,717.35 | |
| 11/5/2021 | 0 WIRE TRANS SVC CHARGE - SEQUENCE: 211105152186 SRF 2021110500397778 TRN 211105152186 RFB 362287114 | Bank fee | | | | $ (15.00) | $ 43,702.35 | |
| 11/5/2021 | 1011 DEPOSITED OR CASHED CHECK | Byron Ramsey | 1011 | | | $ (720.00) | $ 42,982.35 | |
| 11/5/2021 | 0 PURCHASE AUTHORIZED ON 11/04 DICKS SPORTING GOO ROSEVILLE MN S381308830890749 CARD 9028 0000{5941 | Dicks Sporting Goods | | | | $ (425.99) | $ 42,556.36 | |
| 11/5/2021 | 0 WT FED 03743 BANK OF AMERICA, N /ORG=FEEDING OUR FUTURE SRF 2021110500397778 TRN 211105152186 RFB 362287114 | Feeding Our Future (BoA 374004673156) | | | $ 10,000.00 | | $ 52,556.36 | |
| 11/8/2021 | 0 PURCHASE AUTHORIZED ON 11/05 ALLIANZ TRAVEL INS ALLIANZINS US VA S581309386132886 CARD 9028 0000{6300 | Allianz Travel Insurance | | | | $ (76.00) | $ 52,480.36 | |
| 11/8/2021 | 0 NON-WF ATM BALANCE INQUIRY FEE | Bank fee | | | | $ (2.50) | $ 52,477.86 | |
| 11/8/2021 | 0 NON-WELLS FARGO ATM TRANSACTIO | Bank Fee | | | | $ (2.50) | $ 52,475.36 | |
| 11/8/2021 | 0 NON-WELLS FARGO ATM TRANSACTIO | Bank Fee | | | | $ (2.50) | $ 52,472.86 | |
| 11/8/2021 | 0 NON-WF ATM WITHDRAWAL AUTHORIZED ON 11/07 3400 Steelyard Drive Cleveland OH 461311610311584 ATM ID 00104410 CARD 9028 S0030{ | Cash | | | | $ (123.00) | $ 52,349.86 | |
| 11/8/2021 | 0 NON-WF ATM WITHDRAWAL AUTHORIZED ON 11/07 3400 Steelyard Drive Cleveland OH 461311612856397 ATM ID 00104410 CARD 9028 S0030{ | Cash | | | | $ (803.00) | $ 51,546.86 | |
| 11/8/2021 | 1009 CHECK | Darius Butler | 1009 | | | $ (880.00) | $ 50,666.86 | |
| 11/8/2021 | 0 PURCHASE AUTHORIZED ON 11/05 DELTA AIR 006248 DELTA_COM CA S301309385981420 CARD 9028 0000{3058 | Delta Airlines | | | | $ (838.80) | $ 49,828.06 | |
| 11/8/2021 | 0 PURCHASE AUTHORIZED ON 11/05 DELTA AIR 006248 DELTA_COM CA S301309385981420 CARD 9028 0000{3058 | Delta Airlines | | | | $ (838.80) | $ 48,989.26 | |
| 11/8/2021 | 0 PURCHASE AUTHORIZED ON 11/05 DELTA AIR 006248 DELTA_COM CA S301309385981420 CARD 9028 0000{3058 | Delta Airlines | | | | $ (838.80) | $ 48,150.46 | |

**Handy-Helper's LLC**
**Wells Fargo Bank, Checking Account #9920637841**
Review Period: 3/12/2020 (Opened) to 1/20/2022

$ 931,517.02   $ (931,517.02)

| Posted Date | Description | Payor / Payee | Check # | Check Memo Line | Deposit | Withdrawal | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| 11/8/2021 | 0 PURCHASE AUTHORIZED ON 11/05 DELTA AIR 006248 DELTA_COM CA S301309385981420 CARD 9028 0000{3058 | Delta Airlines | | | | $ (838.80) | $ 47,311.66 | |
| 11/8/2021 | 0 PURCHASE AUTHORIZED ON 11/04 LOEWS HOTELS MINNEAPOLIS MN S581309023641237 CARD 9028 0000{3654 | Loews Hotel | | | | $ (566.32) | $ 46,745.34 | |
| 11/8/2021 | 0 PURCHASE AUTHORIZED ON 11/05 IN M6 MARKETING, 216-4022222 OH S381309734941847 CARD 9028 0000{7392 | M6 Marketing | | | | $ (6,217.12) | $ 40,528.22 | Exotic car rentals |
| 11/8/2021 | 0 PURCHASE AUTHORIZED ON 11/07 WM SUPERC Wal-Mart Sup CLEVELAND OH P000000784689171 CARD 9028 0000{5411 | Walmart | | | | $ (2,796.80) | $ 37,731.42 | |
| 11/9/2021 | 0 NON-WELLS FARGO ATM TRANSACTIO | Bank Fee | | | | $ (2.50) | $ 37,728.92 | |
| 11/9/2021 | 0 NON-WF ATM WITHDRAWAL AUTHORIZED ON 11/09 790 COUNTY ROAD D NEW BRIGHTON MN 461314060501389 ATM ID LK867983 CARD 9028 S0030{ | Cash | | | | $ (203.00) | $ 37,525.92 | |
| 11/10/2021 | 0 PURCHASE AUTHORIZED ON 11/09 HANNAYS INC 612-781-7411 MN S461313801126730 CARD 9028 0000{4468 | Returned Item | | | | $ (4,000.00) | $ 33,525.92 | |
| 11/12/2021 | 0 WIRE TRANS SVC CHARGE - SEQUENCE: 211112238064 SRF 2021111200704894 TRN 211112238064 RFB 363139404 | Bank fee | | | | $ (15.00) | $ 33,510.92 | |
| 11/12/2021 | 1014 DEPOSITED OR CASHED CHECK | Byron Ramsey | 1014 | | | $ (500.00) | $ 33,010.92 | |
| 11/12/2021 | 0 WT FED 02813 BANK OF AMERICA, N /ORG=FEEDING OUR FUTURE SRF 2021111200704894 TRN 211112238064 RFB 363139404 | Feeding Our Future (BoA 374004673156) | | | $ 10,000.00 | | $ 43,010.92 | |
| 11/12/2021 | 0 PURCHASE AUTHORIZED ON 11/11 RED WING SHOES - C COLUMBIA HEIG MN S301315755140324 CARD 9028 0000{5661 | Red Wing Shoes | | | | $ (262.98) | $ 42,747.94 | |
| 11/12/2021 | 0 PURCHASE AUTHORIZED ON 11/11 RED WING SHOES - C COLUMBIA HEIG MN S461315755840933 CARD 9028 0000{5661 | Red Wing Shoes | | | | $ (264.97) | $ 42,482.97 | |
| 11/15/2021 | 1015 CHECK | Antonio Roberts | 1015 | | | $ (720.00) | $ 41,762.97 | |
| 11/15/2021 | 0 ATM WITHDRAWAL AUTHORIZED ON 11/13 2440 Fairview Ave N Roseville MN 0007247 ATM ID 9983V CARD 9028 | Cash | | | | $ (2,000.00) | $ 39,762.97 | |
| 11/15/2021 | 1012 CHECK | Darius Butler | 1012 | | | $ (880.00) | $ 38,882.97 | |
| 11/15/2021 | 0 PURCHASE AUTHORIZED ON 11/13 DISCOUNT-TIRE-CO 5280 CEN COLUMBIA HEIG MN P461317830922825 CARD 9028 0000{5532 | Discount Tire Co. | | | | $ (2,047.42) | $ 36,835.55 | |
| 11/15/2021 | 0 PURCHASE AUTHORIZED ON 11/12 ENTERPRISE RENT-A- SAINT PAUL MN S301316603811899 CARD 9028 0000{3405 | Enterprise Rent-a-Car | | | | $ (550.00) | $ 36,285.55 | |
| 11/15/2021 | 0 RECURRING PAYMENT AUTHORIZED ON 11/14 WWW JOINHOMEBASE C 415-951-3830 CA S461318445688295 CARD 9028 0000{5045 | Joinhomebase | | | | $ (19.95) | $ 36,265.60 | |
| 11/15/2021 | 0 PURCHASE RETURN AUTHORIZED ON 11/10 HANNAYS INC SAINT ANTHONY MN S381314563434748 CARD 9028 0000{4468 | Returned Item | | | $ 4,000.00 | | $ 40,265.60 | |
| 11/15/2021 | 0 PURCHASE AUTHORIZED ON 11/15 THE HOME DEPOT 2847 BLAINE MN P381319822945133 CARD 9028 0000{5200 | The Home Depot | | | | $ (55.67) | $ 40,209.93 | |
| 11/15/2021 | 0 PURCHASE AUTHORIZED ON 11/13 WAL-MART 3404 Roseville MN P000000575263788 CARD 9028 0000{5411 | Walmart | | | | $ (2,516.00) | $ 37,693.93 | |
| 11/16/2021 | 0 PURCHASE AUTHORIZED ON 11/16 O REILLY AUTO PARTS 3270 COLUMBIA HEIG MN P461320781204947 CARD 9028 0000{5533 | O'Reilly Auto Parts | | | | $ (40.68) | $ 37,653.25 | |
| 11/16/2021 | 0 PURCHASE AUTHORIZED ON 11/16 Speedway 1820 37th Av Minneapolis MN P000000385910837 CARD 9028 0000{5542 | Speedway | | | | $ (11.12) | $ 37,642.13 | |
| 11/16/2021 | 0 PURCHASE AUTHORIZED ON 11/16 THE HOME DEPOT 2847 BLAINE MN P000000935114901 CARD 9028 0000{5200 | The Home Depot | | | | $ (20.32) | $ 37,621.81 | |
| 11/17/2021 | 0 PURCHASE RETURN AUTHORIZED ON 11/16 ENTERPRISE RENT-A- SAINT PAUL MN S301316603811899 CARD 9028 0000{3405 | Enterprise Rent-a-Car | | | $ 63.75 | | $ 37,685.56 | |
| 11/17/2021 | 0 PLANET FIT CLUB FEES 2132002979626 651-200-3166 | Planet Fitness | | | | $ (24.69) | $ 37,660.87 | |

**Handy-Helper's LLC**
**Wells Fargo Bank, Checking Account #9920637841**
Review Period: 3/12/2020 (Opened) to 1/20/2022

$ 931,517.02    $ (931,517.02)

| Posted Date | Description | Payor / Payee | Check # | Check Memo Line | Deposit | Withdrawal | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| 11/24/2021 | 0 RECURRING PAYMENT AUTHORIZED ON 11/23 ABC PLANET FITNESS 651-2003166 MN S461327729663486 CARD 9028 0000{7997 | Planet Fitness | | | | $ (24.69) | $ 47,593.86 | |
| 11/24/2021 | 0 PURCHASE AUTHORIZED ON 11/23 Skylark Cleaning Saint Paul MN S301327759797248 CARD 9028 0000{7216 | Skylark Cleaning | | | | $ (224.00) | $ 47,369.86 | |
| 11/26/2021 | 0 ADP PAYROLL FEES ADP - FEES 211126 2R5U8 5243409 Handy-Helpers LLC | ADP | | | | $ (237.15) | $ 47,132.71 | |
| 11/26/2021 | 1021 CHECK | Antonio Roberts | 1021 | | | $ (500.00) | $ 46,632.71 | |
| 11/26/2021 | 0 PURCHASE AUTHORIZED ON 11/23 DELTA AIR 006763 NORWALK CT S461327799008470 CARD 9028 0000{3058 | Delta Airlines | | | | $ (688.80) | $ 45,943.91 | |
| 11/26/2021 | 0 PURCHASE AUTHORIZED ON 11/23 DELTA AIR 006763 NORWALK CT S461327799008470 CARD 9028 0000{3058 | Delta Airlines | | | | $ (688.80) | $ 45,255.11 | |
| 11/26/2021 | 0 PURCHASE AUTHORIZED ON 11/23 DELTA AIR 006763 NORWALK CT S461327799008470 CARD 9028 0000{3058 | Delta Airlines | | | | $ (688.80) | $ 44,566.31 | |
| 11/26/2021 | 0 PURCHASE AUTHORIZED ON 11/23 DELTA AIR 006763 NORWALK CT S461327799008470 CARD 9028 0000{3058 | Delta Airlines | | | | $ (688.80) | $ 43,877.51 | |
| 11/26/2021 | 0 PURCHASE AUTHORIZED ON 11/24 IN M6 MARKETING, 216-4022222 OH S381329040047784 CARD 9028 0000{7392 | Returned Item | | | | $ (6,750.87) | $ 37,126.64 | |
| 11/26/2021 | 0 PURCHASE AUTHORIZED ON 11/26 SAKS FIFTH AVE 641 261 BEACHWOOD OH P000000386378038 CARD 9028 0000{5311 | Saks Fifth (OH) | | | | $ (6,566.40) | $ 30,560.24 | |
| 11/26/2021 | 0 PURCHASE AUTHORIZED ON 11/24 Skylark Cleaning Saint Paul MN S581328859198288 CARD 9028 0000{7216 | Skylark Cleaning | | | | $ (161.81) | $ 30,398.43 | |
| 11/29/2021 | 0 PURCHASE AUTHORIZED ON 11/26 BUDGET RENT A CAR CLEVELAND OH S581330770524537 CARD 9028 0000{3366 | Budget Rent A Car (OH) | | | | $ (952.05) | $ 29,446.38 | |
| 11/29/2021 | 1019 CHECK | Darius Butler | 1019 | | | $ (880.00) | $ 28,566.38 | |
| 11/29/2021 | 0 PURCHASE AUTHORIZED ON 11/27 JUICY SEAFOOD WARR WARRENSVILLE OH S381332011388468 CARD 9028 0000{5812 | Juicy Seafood (OH) | | | | $ (1,383.97) | $ 27,182.41 | |
| 11/29/2021 | 0 PURCHASE RETURN AUTHORIZED ON 11/26 IN M6 MARKETING, 216-4022222 OH S621331477356450 CARD 9028 0000{7392 | Returned Item | | | $ 6,750.87 | | $ 33,933.28 | |
| 11/29/2021 | 0 RECURRING PAYMENT AUTHORIZED ON 11/25 U HAUL STORE 00726 952-4320789 MN S381330269033871 CARD 9028 0000{4225 | U Haul | | | | $ (187.90) | $ 33,745.38 | |
| 11/30/2021 | 0 PURCHASE AUTHORIZED ON 11/30 THE HOME DEPOT 2807 MINNEAPOLIS MN P301334675979163 CARD 9028 0000{5200 | The Home Depot | | | | $ (90.29) | $ 33,655.09 | |
| 12/1/2021 | 0 PURCHASE AUTHORIZED ON 11/30 ENTERPRISE RENT-A- SAINT PAUL MN S581334657883224 CARD 9028 0000{3405 | Enterprise Rent-a-Car | | | | $ (550.00) | $ 33,105.09 | |
| 12/1/2021 | 0 PURCHASE AUTHORIZED ON 11/30 TIRES FOR LESS FRIDLEY MN S381334792349482 CARD 9028 0000{7538 | Tires For Less | | | | $ (460.64) | $ 32,644.45 | |
| 12/2/2021 | 0 NON-WELLS FARGO ATM TRANSACTIO | Bank Fee | | | | $ (2.50) | $ 32,641.95 | |
| 12/2/2021 | 0 NON-WF ATM WITHDRAWAL AUTHORIZED ON 12/02 2700 7TH AVE E NORTH ST PAUL MN 461336807986661 ATM ID ON225319 CARD 9028 S0035{ | Cash | | | | $ (303.50) | $ 32,338.45 | |
| 12/3/2021 | 0 WIRE TRANS SVC CHARGE - SEQUENCE: 211203057356 SRF 2021120300315163 TRN 211203057356 RFB 365890014 | Bank fee | | | | $ (15.00) | $ 32,323.45 | |
| 12/3/2021 | 1022 DEPOSITED OR CASHED CHECK | Byron Ramsey | 1022 | | | $ (300.00) | $ 32,023.45 | |
| 12/3/2021 | 1028 DEPOSITED OR CASHED CHECK | Byron Ramsey | 1028 | | | $ (420.00) | $ 31,603.45 | |
| 12/3/2021 | 0 VENMO PAYMENT 211203 1017189885357 EMPRESS WATSON | Empress Watson | | Venmo | | $ (500.00) | $ 31,103.45 | |
| 12/3/2021 | 0 WT FED 06507 BANK OF AMERICA, N /ORG=FEEDING OUR FUTURE SRF 2021120300315163 TRN 211203057356 RFB 365890014 | Feeding Our Future (BoA 374004673156) | | | $ 10,000.00 | | $ 41,103.45 | |

**Handy-Helper's LLC**
**Wells Fargo Bank, Checking Account #9920637841**
Review Period: 3/12/2020 (Opened) to 1/20/2022

$ 931,517.02   $ (931,517.02)

| Posted Date | Description | Payor / Payee | Check # | Check Memo Line | Deposit | Withdrawal | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| 12/13/2021 | ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF #IB0D3YDF3B ON 12/11/21 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (848.00) | $ 41,650.76 | |
| 12/13/2021 | ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF #IB0D44DVSL ON 12/12/21 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (1,000.00) | $ 40,650.76 | |
| 12/13/2021 | PURCHASE RETURN    AUTHORIZED ON  12/09 THE HOME DEPOT #28    APPLE VALLEY  MN  S611345479324026  CARD 9028    0000{5200 | The Home Depot | | | $ 118.93 | | $ 40,769.69 | |
| 12/13/2021 | PURCHASE    AUTHORIZED ON  12/13 THE HOME DEPOT 2833   APPLE VALLEY  MN  P000000781696860  CARD 9028 0000{5200 | The Home Depot | | | | $ (21.94) | $ 40,747.75 | |
| 12/13/2021 | PURCHASE    AUTHORIZED ON  12/09 THE HOME DEPOT #28    APPLE VALLEY  MN  S461343694993148  CARD 9028 0000{5200 | The Home Depot | | | | $ (150.00) | $ 40,597.75 | |
| 12/13/2021 | PURCHASE    AUTHORIZED ON  12/13 THE HOME DEPOT 2833   APPLE VALLEY  MN  P381347685815328  CARD 9028 0000{5200 | The Home Depot | | | | $ (221.23) | $ 40,376.52 | |
| 12/14/2021 | ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF #IB0D4FMNK7 ON 12/14/21 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (900.00) | $ 39,476.52 | |
| 12/15/2021 | NON-WELLS FARGO ATM TRANSACTIO | Bank fee | | | | $ (2.50) | $ 39,474.02 | |
| 12/15/2021 | ATM WITHDRAWAL    AUTHORIZED ON  12/15 1625 Rice St Saint Paul   MN  0009337    ATM ID 5837M   CARD 9028 | Cash | | | | $ (400.00) | $ 39,074.02 | |
| 12/15/2021 | NON-WF ATM WITHDRAWAL    AUTHORIZED ON  12/15 1602 NEW BRIGHTON    MINNEAPOLIS MN  461349840395134   ATM ID HB5151  CARD 9028     S0035{ | Cash | | | | $ (1,303.50) | $ 37,770.52 | |
| 12/15/2021 | CHECK | Darius Butler | 1031 | | | $ (925.00) | $ 36,845.52 | |
| 12/15/2021 | RECURRING PAYMENT    AUTHORIZED ON  12/14 WWW.JOINHOMEBASE.C    415-951-3830 CA  S301348432741134 CARD 9028    0000{5045 | Joinhomebase | | | | $ (19.95) | $ 36,825.57 | |
| 12/15/2021 | PURCHASE RETURN    AUTHORIZED ON  12/13 THE HOME DEPOT #28    APPLE VALLEY  MN  S611349476103659 CARD 9028    0000{5200 | The Home Depot | | | $ 110.90 | | $ 36,936.47 | |
| 12/15/2021 | PURCHASE    AUTHORIZED ON  12/13 THE HOME DEPOT #28    APPLE VALLEY  MN  S581347681519005  CARD 9028 0000{5200 | The Home Depot | | | | $ (150.00) | $ 36,786.47 | |
| 12/15/2021 | PURCHASE    AUTHORIZED ON  12/14 Tide Cleaners Eden    Eden Prairie MN  S461348647830447  CARD 9028 0000{7216 | Tide Cleaners | | | | $ (219.85) | $ 36,566.62 | |
| 12/16/2021 | ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF #IB0D53HDPG ON 12/16/21 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (200.00) | $ 36,366.62 | |
| 12/16/2021 | PURCHASE    AUTHORIZED ON  12/15 ENTERPRISE RENT-A-    SAINT PAUL   MN  S461349714534379  CARD 9028 0000{3405 | Enterprise Rent-a-Car | | | | $ (450.00) | $ 35,916.62 | |

**Handy-Helper's LLC**
**Wells Fargo Bank, Checking Account #9920637841**
Review Period: 3/12/2020 (Opened) to 1/20/2022

$ 931,517.02    $ (931,517.02)

| Posted Date | Description | Payor / Payee | Check # | Check Memo Line | Deposit | Withdrawal | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| 12/16/2021 | PURCHASE           AUTHORIZED ON   12/16 THE HOME DEPOT 2833       APPLE VALLEY  MN  P461350596601317  CARD 9028 0000{5200 | The Home Depot | | | | $ (15.94) | $ 35,900.68 | |
| 12/16/2021 | PURCHASE           AUTHORIZED ON   12/16 THE HOME DEPOT 2833       APPLE VALLEY  MN  P461350607837022  CARD 9028 0000{5200 | The Home Depot | | | | $ (270.06) | $ 35,630.62 | |
| 12/17/2021 | CHECK | Antonio Roberts | 1029 | | | $ (420.00) | $ 35,210.62 | |
| 12/17/2021 | ATM WITHDRAWAL           AUTHORIZED ON   12/17 1820 37th Ave Ne     Minneapolis  MN  0006502     ATM ID 5837S  CARD 9028 | Cash | | | | $ (1,000.00) | $ 34,210.62 | |
| 12/17/2021 | PURCHASE           AUTHORIZED ON   12/17 GAMESTOP #3627 2701 39TH  MINNEAPOLIS  MN  P461351666698537  CARD 9028           0000{7993 | GameStop | | | | $ (559.35) | $ 33,651.27 | |
| 12/17/2021 | CHECK | MN Child Support Payment Center | 50227 | | | $ (148.70) | $ 33,502.57 | |
| 12/17/2021 | PLANET FIT CLUB FEES 2135003108717 651-200-3166 | Planet Fitness | | | | $ (24.69) | $ 33,477.88 | |
| 12/20/2021 | WIRE TRANS SVC CHARGE - SEQUENCE: 211220022619 SRF#  2021121700531452 TRN#211220022619 RFB#       367803508 | Bank fee | | | | $ (15.00) | $ 33,462.88 | |
| 12/20/2021 | ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF #IB0D5X6ZDN ON 12/20/21 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (1,000.00) | $ 32,462.88 | |
| 12/20/2021 | WT FED#03476 BANK OF AMERICA, N   /ORG=FEEDING OUR FUTURE           SRF#  2021121700531452 TRN#211220022619 RFB#       367803508 | Feeding Our Future (BoA 374004673156) | | | $ 10,000.00 | | $ 42,462.88 | |
| 12/20/2021 | PURCHASE           AUTHORIZED ON   12/17 ROSEMOUNT TOBACCO    ROSEMOUNT    MN  S461352079221790  CARD 9028 0000{5993 | Misc. Card Purchases | | | | $ (14.88) | $ 42,448.00 | |
| 12/20/2021 | CHECK | MN Child Support Payment Center | 50221 | | | $ (148.70) | $ 42,299.30 | |
| 12/20/2021 | CHECK | MN Child Support Payment Center | 50224 | | | $ (148.70) | $ 42,150.60 | |
| 12/20/2021 | PURCHASE           AUTHORIZED ON   12/19 TARGET T-1650 New Bri   Minneapolis  MN  P000000881468733  CARD 9028 0000{5411 | Target | | | | $ (260.26) | $ 41,890.34 | |
| 12/20/2021 | PURCHASE           AUTHORIZED ON   12/17 TARGET 0000    SAINT PAUL   MN  S381352112633461  CARD 9028 0000{5411 | Target | | | | $ (363.57) | $ 41,526.77 | |
| 12/20/2021 | PURCHASE           AUTHORIZED ON   12/19 TARGET 0001    SAINT PAUL   MN  S581353820912356  CARD 9028 0000{5310 | Target | | | | $ (710.12) | $ 40,816.65 | |
| 12/20/2021 | PURCHASE           AUTHORIZED ON   12/20 THE HOME DEPOT 2833       APPLE VALLEY  MN  P461354569126188  CARD 9028 0000{5200 | The Home Depot | | | | $ (31.88) | $ 40,784.77 | |
| 12/20/2021 | PURCHASE           AUTHORIZED ON   12/20 THE HOME DEPOT 2833       APPLE VALLEY  MN  P381354580015036  CARD 9028 0000{5200 | The Home Depot | | | | $ (525.22) | $ 40,259.55 | |
| 12/21/2021 | CHECK | Darius Butler | 1030 | | | $ (880.00) | $ 39,379.55 | |
| 12/21/2021 | PURCHASE           AUTHORIZED ON   12/20 STINSON WINE BEER      MINNEAPOLIS  MN  S461354802581381  CARD 9028 0000{5921 | Misc. Card Purchases | | | | $ (7.05) | $ 39,372.50 | |

**Handy-Helper's LLC**
**Wells Fargo Bank, Checking Account #9920637841**
Review Period: 3/12/2020 (Opened) to 1/20/2022

$ 931,517.02    $ (931,517.02)

| Posted Date | Description | Payor / Payee | Check # | Check Memo Line | Deposit | Withdrawal | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| 12/21/2021 | PURCHASE AUTHORIZED ON 12/20 RANDYS ELECTRIC MINNEAPOLIS MN S461354753454115 CARD 9028 0000{1711 | Randy's Electric | | | | $ (10,000.00) | $ 29,372.50 | |
| 12/22/2021 | PURCHASE AUTHORIZED ON 12/22 BEST BUY #245 APPLE VALLEY MN P461357058393852 CARD 9028 0000{5732 | Best Buy | | | | $ (1,968.97) | $ 27,403.53 | |
| 12/22/2021 | PURCHASE AUTHORIZED ON 12/20 TST* Boca Chica Ta Saint Paul MN S581354693987099 CARD 9028 0000{5812 | Misc. Card Purchases | | | | $ (23.84) | $ 27,379.69 | |
| 12/22/2021 | RECURRING PAYMENT AUTHORIZED ON 12/21 ABC*PLANET FITNESS 651-2003166 MN S301355641546553 CARD 9028 0000{7997 | Planet Fitness | | | | $ (24.69) | $ 27,355.00 | |
| 12/23/2021 | WIRE TRANS SVC CHARGE - SEQUENCE: 211223017644 SRF# 2021122200616889 TRN#211223017644 RFB# 368377696 | Bank fee | | | | $ (15.00) | $ 27,340.00 | |
| 12/23/2021 | CHECK | Darius Butler | 1033 | | | $ (1,380.00) | $ 25,960.00 | |
| 12/23/2021 | ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF #IB0D6P8KVB ON 12/23/21 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (100.00) | $ 25,860.00 | |
| 12/23/2021 | ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF #IB0D6P8QXB ON 12/23/21 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (1,000.00) | $ 24,860.00 | |
| 12/23/2021 | PURCHASE AUTHORIZED ON 12/22 ENTERPRISE RENT-A- SAINT PAUL MN S461356540455551 CARD 9028 0000{3405 | Enterprise Rent-a-Car | | | | $ (500.00) | $ 24,360.00 | |
| 12/23/2021 | WT FED#02943 BANK OF AMERICA, N /ORG=FEEDING OUR FUTURE SRF# 2021122200616889 TRN#211223017644 RFB# 368377696 | Feeding Our Future (BoA 374004673156) | | | $ 15,000.00 | | $ 39,360.00 | |
| 12/24/2021 | ADP PAYROLL FEES ADP - FEES 211224 2R5U8 3256274 Handy-Helpers LLC | ADP | | | | $ (142.29) | $ 39,217.71 | |
| 12/24/2021 | PURCHASE AUTHORIZED ON 12/24 BEDBATH&BEYOND# 2480 NORT ROSEVILLE MN P301358629575059 CARD 9028 0000{5719 | Bed Bath & Beyond | | | | $ (193.24) | $ 39,024.47 | |
| 12/24/2021 | PURCHASE AUTHORIZED ON 12/24 FLEET FARM 2700 SAINT PAUL MN P000000775188828 CARD 9028 0000{5331 | Fleet Farm | | | | $ (764.25) | $ 38,260.22 | |
| 12/24/2021 | PURCHASE AUTHORIZED ON 12/24 T-MOBILE 1710 NEW BRIGHTO MINNEAPOLIS MN P301358679078645 CARD 9028 0000{4812 | T-Mobile | | | | $ (3,092.99) | $ 35,167.23 | |
| 12/27/2021 | ATM WITHDRAWAL AUTHORIZED ON 12/25 2380 County Road D W Roseville MN 0003460 ATM ID 5838G CARD 9028 | Cash | | | | $ (2,000.00) | $ 33,167.23 | |
| 12/27/2021 | ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF #IB0D7F6BML ON 12/27/21 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (900.00) | $ 32,267.23 | |
| 12/27/2021 | ONLINE TRANSFER TO WATSON E EVERYDAY CHECKING XXXXXX6927 REF #IB0D76MLLM ON 12/26/21 | Empress M. Watson Jr. (WF 7564676927) | | | | $ (2,000.00) | $ 30,267.23 | |