# EXHIBIT H

- a. Apple iPad Pro
- b. HP Laptop, VIN: 5CD042FYSC
- c. HP laptop, SN: 5CD041GNRP
- d. HP laptop, SN: 5CD041JBY3
- e. HP Spectra laptop, SN: 5CD1517CNS
- f. HP laptop, SN: 5CD041G4R6
- g. Apple iPad Pro
- h. Apple iPad Pro in black case
- i. Apple iPhone 12
- j. Apple iPhone 12 with label "Tufah"
- k. Apple iPhone 12 Pro Max, white
- l. Apple iPhone 11 Pro
- m. Apple watch
- n. HP laptop, SN: 5CD041JCDD
- o. HP laptop, SN: 5CD02319YF
- p. Lenovo laptop, SN: PF11LK2G
- q. HP laptop, SN: 5CD0444JBH
- r. HP laptop, SN: 5CD0444JJG
- s. HP laptop, SN: 5CD041D3NF
- t. HP laptop, SN: 5CD041N6SR
- u. HP laptop, SN: 5CD041GNR3
- v. HP laptop, SN: 8CG9060XH9
- w. HP laptop, SN: 8CG1271X3Y
- x. HP laptop, SN: CND7356W26
- y. HP laptop, SN: 5CD028F3MM
- z. Apple iPad Pro
- aa. HP laptop, SN: 5CD042FXXP
- bb. HP laptop, SN: 5CD029JJ5Q
- cc. HP laptop, SN: 5CD041G5PJ
- dd. Apple iPhone label "Asia Adam"
- ee. Apple iPad Pro
- ff. HP laptop, SN: 5CD042BWRG
- gg. Apple iPad Pro
- hh. Apple iPad Pro
- ii. Apple iPhone 12 (new in box)
- jj. Apple iPhone 12 (new in box)
- kk. Apple iPhone 12 (new in box)
- ll. Apple iPad Pro (cracked screen)
- mm. Transcend portable 1TB hard drive

**GOVERNMENT EXHIBIT**

**H**

22-cr-223 (NEB / DTS)

nn. HP laptop, SN: 5CD041G5DQ
oo. HP laptop, SN: 5CD0444J89
pp. HP laptop, SN: 5CD041N6VL
qq. HP laptop, SN: 5CD0444J6W
rr. Apple iPad Pro
ss. HP laptop, SN: 5CD0231B0G
tt. HP laptop, SN: 5CD041G49T
uu. HP laptop, SN: 5CD0323J36
vv. HP laptop, SN: 5CD028F4PH
ww. Apple iPhone 12
xx. HP laptop, SN: 5CD041G39R
yy. Apple iPad Pro
zz. Apple iPhone 11 with cracked screen
aaa. Apple iPhone 12 labeled "Farhra Sh"
bbb. Battery pack
ccc. Apple iPad Pro
ddd. HP all in one computer, Model 27-dpi, SN: 8CC1221XN6
eee. Apple iPad Pro
fff. Dell Optiplex D10U, SN: 2P0HJH2
ggg. Apple iPad Pro labeled "Yasmin"
hhh. Apple iPhone 13 Pro, SN: Y4T37FH2RD seized from Jamal Hashi's person
iii. Apple MacBook Pro 16", Model A2141, SN: C02F27BUMD6N seized from Jamal Hashi
jjj. Dell Optiplex D10U, SN: 61CZCD2
kkk. Samsung TV 65", Model UN65TU8000F, SN: 09L33CSNB05088A
lll. 20 Apple iPads in cases