# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

1. AIMEE MARIE BOCK,

          Defendant.

Case No. 22-cr-223 (NEB/DTS)

**[PROPOSED] PRELIMINARY ORDER OF FORFEITURE**

Based on the United States' Motion for a Preliminary Order of Forfeiture; on the Indictment; on the evidence admitted at trial in this matter; on the Jury's verdict of Guilty on Counts 1, 2, 4, 5, 12, 15, and 40 of the Indictment; on the Declaration of Pauline Roase; and on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), the United States has established the requisite nexus between such property and the offenses to which the Defendant has been found guilty,

IT IS HEREBY ORDERED that:

1. the United States' Motion for a Preliminary Order of Forfeiture (ECF No. 780) is **GRANTED;**

2. The following property is forfeited to the United States pursuant to 18 U.S.C. 18 U.S.C. 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c):

    a. $3,506,066.80 seized from Bank of America account No. 374004673156, held in the name of Feeding Our Future DBA Teaching Our Future;

    b. $6,347.85 seized from US Bank, account No. 104791224223, held in the name of Aimee Bock;

  c. $179,455.87 seized from US Bank, account No. 204788895306, held in the name of Aimee Bock;

  d. 2013 Porsche Panamera, VIN: WP0AA2A79DL015044, registered to Aimee Bock;

  e. $13,462.00 in U.S. Currency seized from Aimee Bock on January 20, 2022;

  f. Miscellaneous electronics seized from 3055 Old Highway 8, St. Anthony, Minnesota, on January 20, 2022, as described in the attached Appendix;

  g. Miscellaneous clothing, accessories and jewelry seized from 13299 Bronze Parkway, Rosemount, Minnesota (the residence of AIMEE BOCK), on January 20, 2022, as described in the attached Appendix; and

  h. Miscellaneous electronics seized from 13299 Bronze Parkway, Rosemount, Minnesota (the residence of AIMEE BOCK), on January 20, 2022, as described in the attached Appendix.[1]

 3. a money judgment forfeiture is entered against Defendant Aimee Marie Bock pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) in the amount $5,241,522.79;

 4. Defendant Bock shall receive a credit against the money judgment forfeiture for the net forfeited value of each asset that is forfeited from her in connection with this case;

 5. Defendant Bock is ordered to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2)(C), any property,

---

[1] The Miscellaneous electronics seized from 3055 Old Highway 8, St. Anthony, Minnesota, Miscellaneous clothing, accessories and jewelry seized from 13299 Bronze Parkway, Rosemount, Minnesota, and Miscellaneous electronics seized from 13299 Bronze Parkway, Rosemount, Minnesota, on January 20, 2022 are more fully described in the Appendix attached to this Order.

real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the fraud scheme and conspiracy alleged in Counts 1, 2, 4, 5, 12 of the Indictment;

6. pursuant to Fed. R. Crim. P. 32.2(b)(3) and (c)(1)(B), and 21 U.S.C. § 853(m), the United States may conduct discovery as to Defendant Bock to identify property subject to forfeiture under the terms of this order and to address any factual issues raised by a third-party petition filed pursuant to Fed. R. Crim. P. 32.2(c);

7. pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment; and

8. this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated:  
                                                NANCY E. BRASEL  
                                                United States District Judge