# APPENDIX

a. Brunello Cucinelli, Brown leather sherling lined coat, Size Medium
b. Brunello Cucinelli, Creme Rain Jacket with grey down liner
c. Brunello Cucinelli, Grey Linen Color down vest
d. Brunello Cucinelli, Grey Sweatshirt Zip, Size Medium
e. Brunello Cucinelli, Dark Denim Shirt, Size Large
f. Brunello Cucinelli, Tan Denim Shirt, Size Large
g. Brunello Cucinelli, Cream & Grey cashmere sweater
h. Brunello Cucinelli, grey jersey button up, slim fit
i. Versace La Medusa Belt- Two Tone
j. Burberry Mid-length Kensington Black Trench Coat, Size 50
k. Christian Louboutin Men's Ricky Leather Belt w/Brass Logo Buckle, Black/Red
l. Viking Cologne Eau de Parfum Creed, 100 ml
m. Layton Royal Essence Parfums de Marly Paris, 125 ml
n. Flower Bomb Midnight, Viktor & Rolf Perfume
o. Prada Candy Perfume
p. Tiffany & Co Love
q. Marc Jacobs Daisy
r. Invictus Cologne, black bottle
s. Invictus Cologne, blue bottle
t. Giorgio Armani, My Way Perfume
u. Viktor & Rolf, Flower Bomb Pink bottle
v. Victoria Secret Bombshell Seduction
w. Giorgio Armani, My Way Perfume Blue agate top
x. Jo Malone Gardina Oud Absolu Cologne
y. Yves St Laurent La Nuit de L'homme Cologne
z. Chanel Chance
aa. Coach Purse Cream & Tan with C closure
bb. Coach Wallet Tan with Beige & Peach Daisies
cc. Michael Kors Saddle Leather Shoulder Tote
dd. Burberry traditional Burberry Plaid Shoulder Tote (Small Title Double Handle, Archive Beige)
ee. Coach Rogue 25 Tea Rose Flowers 2 Way Handbag with Shoulder Strap
ff. Prada Small Monochrome Tote
gg. Burberry Medium Quilted Leather Lola Shoulder Bag
hh. Fendi, Roma STIVALETTO, Black and Black, Size 9
ii. Christian Louboutin Combat Boots, Black, Size 44
jj. Christian Louboutin- Lou Flat Patton Spike-Sock, Size 43.5
kk. Balenciaga Speed Sneakers, Black, Size 10
ll. Magnanni, Armade Lace Boots, Black, Size 9.5
mm. Magnanni, Peyton II Boots, Brown, Size 10

**GOVERNMENT EXHIBIT**

**Exhibit U**

22-cr-223 (NEB / DTS)

| | |
|---|---|
| nn. | Balenciaga Speed Graffiti Sneakers, Grey, Size 8 |
| oo. | UGG Koolaburra Boots, Size 9 |
| pp. | Nike Lebron Witness IV, Size 10.5 |
| qq. | Nike Lebron Witness IV, Size 10.5 |
| rr. | Nike Kyrie low 3 basketball shoes, Size 10 |
| ss. | Nike Trail Pegasus GTX, Size 10 |
| tt. | Balenciaga Lace Up Speed Sneakers, Black, Size 10 |
| uu. | Balenciaga Speed Sneakers, Black, Size 10 |
| vv. | Balenciaga Speed Sneakers, Taupe, Size 10 |
| ww. | Bruno Cucinelli Brown Suede boots, Size 43 |
| xx. | Christian Louboutin Speed Boots, Black, Size 43 |
| yy. | Fendi Force Shearling Lined in Brown, Size 10 |
| zz. | Bruno Cucinelli Fabric and Calfskin sneakers, Size 43 |
| aaa. | Apple MacBook Air M1, Model A2337 |
| bbb. | Apple MacBook Air 13", Model A1466 |
| ccc. | Two Lexar 16GB thumbdrives |
| ddd. | Verbatim thumbdrive |
| eee. | Apple iMac 27", Model A2115 |
| fff. | Apple iPhone Xs Max |
| ggg. | Apple iPhone Xs Max |
| hhh. | Playstation 5 |
| iii. | 2 Playstation controllers |
| jjj. | Playstation charging station |
| kkk. | Concord Bennington watch |
| lll. | Stainless steel Movado Thin Classic watch |
| mmm. | Movado Men's Watch (Stainless band with silver face) SN: 39.14.1213 13193701 |
| nnn. | Rolex Submariner Men's Watch (Black Stainless with black face) SN: 16713 |
| ooo. | Movado Women's Watch (Stainless with Pearl Face) SN: 56.7.14.1360 14176878 |
| ppp. | Movado Woman's Watch (Gold with Brown Leather Band) SN: 66.3.36.1399 24474812 |
| qqq. | Best Dad Stainless Black Bracelet (Engraved) |
| rrr. | "Diamond" Womens Ring seized from a Michael Kors purse |
| sss. | Stud gold earring with green center stone seized from a Michael Kors purse |
| ttt. | Gold & Black Fashion Earring seized from a Michael Kors purse |
| uuu. | Gold & Black Fashion Necklace seized from a Michael Kors purse |
| vvv. | Rose Gold Fashion Necklace with "diamond chip" medallions seized from a Michael Kors purse |
| www. | Pewter Hoop earrings seized from a Michael Kors purse |
| xxx. | 2 Bangle charm bracelets- 1 rose gold & 1 silver seized from a Michael Kors purse |