# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-223 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER APPROVING INTERLOCUTORY SALE OF PROPERTY |
| SALIM AHMED SAID (3); ABDULKADIR NUR SALAH (4); and ABDIRAHMAN MOHAMUD AHMED (14), | |
| Defendants. | |

---

Based upon the Stipulation for Interlocutory Sale of Real Property between the Plaintiff, United States of America, Afrikan Village, LLC, and Defendants Abdirahman Mohamud Ahmed, Salim Ahmed Said, and Abdulkadir Nur Salah, for good cause shown, IT IS HEREBY ORDERED that:

1. The Stipulation for Interlocutory Sale of the real property located at 2435 Stelzer Road, Columbus, Ohio 43219 with Assessor's Parcel Numbers 520-162421-00, 010-297242-00 and 010-012075-00 (together, "the Real Property") (ECF No. 801), is APPROVED;

2. The Real Property shall be sold pursuant to the terms of the Stipulation for Interlocutory Sale of Real Property, all of which shall be deemed in full force and effect;

3. Pursuant to the Stipulation for Interlocutory Sale of Real Property, the net proceeds from the sale of the Real Property shall be treated as substitute *res* for the Real Property for purposes of this action and shall be held in escrow by the United States Marshals Service pending further order of this Court or agreement of the parties; and

4. This Order shall expire and become null and void upon the issuance of a Final Order of Forfeiture that vests all rights, title and interest in the Real Property to the United States.

Dated: February 27, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge