UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223 (NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) **MOTION TO CONTINUE TRIAL** |
| v. | ) |
| 14. ABDIRAHMAN M. AHMED | ) |
| Defendant. | ) |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Rebecca E. Kline and Matthew C. Murphy, Assistant United States Attorneys, submits the following motion to continue the trial that is currently scheduled to begin on June 8, 2026.

On September 13, 2022, the defendant was charged in a 14-defendant indictment with conspiracy to commit money laundering and money laundering. Dkt. #1. The indictment is one of several cases arising out of the investigation into the scheme to fraudulently obtain Federal Child Nutrition Program by individuals and entities under the sponsorship of Feeding Our Future.

In light of the scope of the investigation and scheme, the Court designated the case as complex under the Speedy Trial Act. Dkt. #95.

All of the defendants charged with Mr. Ahmed have either been convicted at trial or pled guilty for their respective roles in the scheme. Defendants Aimee Bock and Salim Said were found guilty after a seven-week trial on March 19, 2025. Dkt. # 579. Defendant Ahmed Sharif Omar-Hashim pled guilty on December 13, 2023. Dkt.

# 183. Defendants Abdulkadir Nur Salah and Abdi Nur Salah both pled guilty on January 28, 2025. Dkt. ## 494-495. Defendant Abdikadir Ainanshe Mohamud pled guilty on February 27, 2025. Dkt. # 541. Defendant Abdinashir Mahamed Abshir pled guilty on March 7, 2025. Dkt. # 560. Defendant Abdihakim Ali Ahmed pled guilty on March 24, 2025. Dkt. # 585. Defendant Ahmed Mohamed Artan pled guilty on June 12, 2025. Dkt. # 669. Defendant Ahmed Abdullahi Ghedi pled guilty on June 26, 2025. Dkt. # 684. Defendant Asad Mohamed Abshir pled guilty on July 21, 2025. Dkt. # 736. Defendant Hamdi Hussein Omar pled guilty on August 1, 2025. Dkt. # 750.

On March 27, 2024, the Court set Mr. Ahmed's trial to begin on June 8, 2026. Dkt. # 361. That date was confirmed in a further date certain trial order on January 16, 2026. Dkt. # 790. The deadline for the government to disclose their exhibits and witness list is May 13, 2026 and the pretrial briefing and motions are due on May 20, 2026. *Id.*

Counsel for the government are scheduled to begin trial in a related Feeding Our Future case on April 20, 2026, with the trial expected to last at least five weeks. *United States v. Ikram Mohamed et al.*, 24-cr-15 (NEB/DTS). Given the April trial, which involves seven defendants and is expected to be lengthy, counsel for the government will not be able to adequately prepare for the trial in this matter. Additionally, there have been significant staffing changes in the United States Attorney's Office since the January 16 trial order, including the departures of four attorneys who had previously been involved in this and the related Feeding Our Future cases. As such, the undersigned AUSAs have taken responsibility for all

Feeding Our Future prosecutions, including the *Mohamed* trial and Mr. Ahmed's trial.

Mr. Ahmed is not detained but was released on personal recognizance. Accordingly, his liberty interests are not at issue. However the government has conferred with counsel for Mr. Ahmed, who indicated that he objects to a continuance of the trial date.

For all of these reasons, the government respectfully requests that the Court continue trial in this matter to a date to be set in the future.

Respectfully Submitted,

Dated: March 9, 2026

DANIEL N. ROSEN
United States Attorney

 /s/ *Rebecca E. Kline*
BY:  REBECCA E. KLINE
MATTHEW C. MURPHY
Assistant U.S. Attorneys