UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. Aimee Marie Bock,

    Defendant.

Case No. 22-cr-223 (NEB/DTS)

DECLARATION OF PUBLICATION

The Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 9, 2026, as required by Fed. R. Crim. P. 32.2(b)(6), and by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/Cyndee Boyovich*
BY: CYNDEE BOYOVICH
Paralegal Specialist