**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-223 (14) (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ON MOTION TO CONTINUE TRIAL |
| ABDIRAHMAN MOHAMUD AHMED, | |
| Defendant. | |

This matter is before the Court upon the Government's motion to continue the criminal trial scheduled for June 8, 2026. (ECF No. 808.) The Government requests the continuance because the attorneys assigned to this case will be in a multi-week trial with this Court starting April 20, 2026, and they are concerned about adequate time for preparation, particularly given recent staffing issues at the U.S. Attorney's Office. Defendant opposes the motion. (ECF No. 814.)

The Court has broad discretion when deciding motions to continue trial, especially when the continuance is raised close to the trial date. *United States v. Chahia*, 544 F.3d 890, 896 (8th Cir. 2008). Trial has been set for June 2026 since the end of 2025. The reasons offered by the Government do not warrant the continuance it seeks. The Court recognizes how busy both the Government and defense attorneys have been with multiple multi-week trials. But this is a 2022 case, and it needs to be tried. As the parties are aware, this Court's 2026 trial

schedule is extremely full, and the Court cannot grant a continuance that would put the case into 2027.

IT IS HEREBY ORDERED that the Government's Motion to Continue Trial (ECF No. 808) is DENIED.

Dated: April 2, 2026                                 BY THE COURT:

                                                     s/Nancy E. Brasel
                                                     Nancy E. Brasel
                                                     United States District Judge