UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-CR-00223 (NEB/DTS) |
| Plaintiff, | **DEFENDANT ABDI NUR SALAH'S MOTION FOR ADDITIONAL TIME TO FILE OBJECTIONS AND PROPOSED AMENDMENTS TO PRELIMINARY PRESENTENCE INVESTIGATION REPORT** |
| v. | |
| Abdi Nur Salah (6), | |
| Defendant. | |

Defendant Abdi Nur Salah, by and through his undersigned counsel, Brian Toder, respectfully requests additional time to file his objections and proposed amendments to the preliminary Presentence Investigation Report ("PPSR")(Dkt. 834), presently due April 28, 2026. More specifically, Mr. Salah seeks a new deadline of May 28, 2025.

The grounds for this motion are that counsel has determined that he now needs to acquire a transcript of the change-of-plea hearing and additional time to adequately address unexpected issues in the PPSR.

Counsel for the government has authorized your movant to represent to the Court that the United States has no objection to the relief sought.

Respectfully submitted,

Dated: April 27, 2026

**CHESTNUT CAMBRONNE PA**

By /s/  Brian N. Toder_____

Brian N. Toder, #17869X
100 Washington Avenue South
Suite 1700
Minneapolis, MN  55401
Tel: (612) 339-7300
Fax: (612) 336-2940

btoder@chestnutcambronne.com

**ATTORNEYS FOR DEFENDANT**