# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# MOTION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No:          22-cr-223 (1) (NEB/DTS) |
| v. | ) | Date:              April 30, 2026 |
| | ) | Courthouse:     Minneapolis |
| | ) | Courtroom:      13W |
| AIMEE MARIE BOCK, | ) | Court Reporter:  Renee Rogge |
| | ) | Time Commenced: 1:00 p.m. |
| Defendant. | ) | Time Concluded:   1:45 p.m. |
| | ) | Time in Court:    45 minutes |
| | ) | |

Before Nancy E. Brasel, United States District Judge

APPEARANCES:

    For Plaintiff:      Matthew Murphy and Rebecca Kline, Assistant U.S. Attorneys
    For Defendant:    Kenneth Udoibok, CJA Appointed Attorney

**MOTIONS:**

☒ Hearing on the Government's Motion for Sanctions and to Modify the Protective Order (ECF No. 848) was moved, argued and a written order shall follow.
☒ The parties joint motion for an extension of time to file their sentencing position papers was granted. Position papers shall be filed at least 3 days prior to sentencing.
☒ Defendant is remanded to the custody of the USM.

Date: April 30, 2026

                                  s/Kristine Wegner
                                    Courtroom Deputy to Judge Nancy E. Brasel