**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

AIMEE MARIE BOCK,

        Defendant.

Case No. 22-CR-223 (1) (NEB/DTS)

ORDER ON GOVERNMENT'S MOTION
TO MODIFY PROTECTIVE ORDER
AND FOR SANCTIONS

---

The Court previously issued a Protective Order for discovery materials in this case, which remains in effect. (ECF No. 130.) The Protective Order states that any Protected Material shall be held in strict confidentiality by the parties and may only be used for purposes of this litigation in *United States v. Aimee Marie Bock et al.*, No. 22-CR-223 (NEB/DTS). (*Id.* ¶ 2.) The government moves to modify the Protective Order and impose sanctions against Aimee Bock for violating it. (ECF No. 848.) The Court held a hearing on the government's motion on April 30, 2026.

Based on the arguments of counsel and all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The government's Motion to Modify the Protective Order and for Sanctions (ECF No. 848) is GRANTED IN PART and DENIED IN PART;

2. All discovery in this case ("Protected Material," as defined in ECF No. 130) shall remain subject to the existing Protective Order (ECF No. 130) and shall be used only for purposes of this criminal case in court;

3. Bock shall not access Protected Material except in the presence of defense counsel;

4. Bock's counsel shall change Bock's access to her Dropbox and shall ensure that Bock does not have access to any Protected Material. This includes access through her sons, any family members, or any third party. The government and defense counsel shall work to ensure that Bock's access is limited to the satisfaction of the government and this Court;

5. Bock shall not ask, direct, encourage, or permit anyone else, including family or any third party, to access, possess, copy, transmit, quote, summarize, publish, or distribute Protected Material;

6. Any third party acting on Bock's behalf, including any family member, shall not access, possess, copy, transmit, quote, summarize, publish, or distribute Protected Material.

7. Any Protected Material that is stored in any family member's computer, cloud account, personal email account, removable drive, telephone, or other device shall be returned to defense counsel and deleted under defense counsel's supervision, with coordination with the government. Defense counsel shall provide an affidavit to the Court detailing this process of removal;

8. Defense counsel, in coordination with Bock and her family members, will compile a list of all distributed materials, including but not limited to, files and emails. The government and defense counsel shall work together to obtain the return of those files that are subject to the Court's Protective Order; and

9. Any further violation of the Protective Order or this Order may result in contempt

or any other sanction available to the Court.

Dated: May 8, 2026                                   BY THE COURT:

                                                     s/Nancy E. Brasel
                                                     Nancy E. Brasel
                                                     United States District Judge