**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

AHMED SHARIF OMAR-HASHIM,

        Defendant.

Case No. 22-cr-223(5) (NEB/DTS)

**MOTION FOR SECOND PRELIMINARY ORDER OF FORFEITURE**

The United States of America, through Daniel N. Rosen, United States Attorney for the District of Minnesota, and Craig R. Baune, Assistant United States Attorney, respectfully moves this Court for a Second Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2. The United States seeks a Preliminary Order of Forfeiture for the following property:

> e. the real property located at 2722 and 2742 Park Avenue South, Minneapolis, Minnesota ("the Property").

This motion is unopposed. All parties agree that the Property is subject to forfeiture because it is proceeds of the defendant's wire fraud scheme. The Inclusion of the Property in Omar-Hashim's forfeiture order will ensure that his interest is forfeited and that he receives a credit against his money judgment forfeiture for the value of his 20-percent interest in the Property.

**BACKGROUND**

Following Omar-Hashim's guilty plea, the government moved for a Preliminary Order of Forfeiture, which the Court entered on May 7, 2025. ECF No. 653. The Preliminary Order of Forfeiture imposed a $3,314,276 money judgment forfeiture

against Omar-Hashim and ordered forfeiture of various directly forfeitable assets. *Id.* ¶ 4. A Preliminary Presentence Investigation Report was issued on April 27, 2026, and Omar-Hashim filed Objections on May 11, 2026. ECF Nos. 845, 863. One such objection was that the Property should be included in his Preliminary Order of Forfeiture. This seemingly-counterintuitive request is, in fact, correct and logical. The Property was owned by Cosmopolitan Business Properties LLC ("CBP"), which was owned by three defendants: Salim Said, Abdulkadir Salah, and Omar-Hashim. The Property was included in Said's Preliminary Order of Forfeiture. ECF No. 805 at 2, 4. It was listed in Salah's plea agreement (ECF No. 496 at 10) and will be included in his forfeiture order. It should also be included in Omar-Hashim's. As stated above, the inclusion of the Property in his forfeiture order will make it clear that his interest in the Property is forfeited to the United States and that he may not file a claim asserting an interest in it or otherwise contest its forfeiture. It will also make it clear that Omar-Hashim will receive a credit against his money judgment forfeiture for his proportionate share (20%) of the net proceeds of the sale of the Property.

## ARGUMENT

This agreed-upon Motion should be granted because it is procedurally proper and is supported by sufficient evidence that the Property is subject to forfeiture.

The issuance of this Order is procedurally correct. Although the Property was omitted from the specific list of items subject to forfeiture (as items a. – d.) in the Plea Agreement, that agreement states that property subject to forfeiture "includes but is not limited to" that list of items. In addition, the Preliminary Order of Forfeiture

2

contained a General Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(2)(C), which authorizes forfeiture of additional traceable assets. ECF No. 653 ¶¶ 6 and 11; see also, e.g., United States v. Touizer, 808 F. App'x 954, 958 (11th Cir. 2020) (by entering a preliminary order prior to sentencing pursuant to Rule 32.2(b)(2)(C), district court retained jurisdiction to amend the order after the defendant's sentencing). Regardless, preliminary orders of forfeiture are generally subject to amendment before sentencing under Rule 32.2(b)(4)(A). And as set forth above, Omar-Hashim consents to—and indeed invited—this Motion.

The order is also substantively correct. The Property is subject to forfeiture because it constitutes or is derived from proceeds traceable to the wire fraud scheme. Omar-Hashim controlled Olive Management Inc., which transferred $817,000 of fraud proceeds to Salim Limited LLC between January 2021 and May 2021 to obtain a twenty-percent interest in the Property. ECF No. 797, Exhibit P. Salim Limited LLC transferred $890,000 to CBP, which purchased the Property on July 23, 2021 for $2,780,000. Id. The Property's purchase was funded virtually entirely with fraud proceeds traceable to the food program fraud scheme. This is consistent with Omar-Hashim's Objections to the Presentence Investigation Report (ECF No. 863) and the Verified Complaint in Case No. 22-cv-154, which both reference Omar-Hashim's interest in CBP.

Accordingly, the Property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c). As with all other

assets forfeited from Omar-Hashim in this matter, he will receive a credit against his money judgment forfeiture for the net forfeited value of his interest in the Property.

Section 853(n)(1) of Title 21, as incorporated by 28 U.S.C. § 2461(c), provides that following the entry of an order of forfeiture the United States shall publish notice of the order and may also provide direct written notice of the order to persons known to have alleged an interest in the property. Sections 853(n)(2)-(6) of Title 21 set out the process by which third parties asserting a legal interest in the property can obtain a judicial determination of the validity of the legal claims or interests they assert. Pursuant to Section 853(n)(7), following the disposition of all third-party petitions or, if none are filed, the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the subject property.

### III. CONCLUSION

For the reasons stated above, the United States respectfully requests that the Court issue a Second Preliminary Order of Forfeiture for the Property.

Respectfully submitted,

Dated: 5/14/2026

DANIEL N. ROSEN
Acting United States Attorney

*s/Craig Baune*
BY: CRAIG R. BAUNE
Assistant U.S. Attorney
Attorney ID No. 331727
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Craig.baune@usdoj.gov

4