**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.

AIMEE MARIE BOCK, et al.,

      Defendants.

Court File No. 22-cr-223 (NEB/DTS)

**FEEDING OUR FUTURE'S NOTICE OF VOLUNTARY DISMISSAL**

---

After meeting and conferring with counsel for the United States of America, Feeding Our Future hereby voluntarily dismisses its Third-Party Petition filed pursuant to 21 U.S.C. § 853(n), under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

      Respectfully submitted,

**LEGAL FOR GOOD PLLC**

Dated:  May 15 , 2026

By: _____
Jennifer L. Urban, Esq. (0390708)
5353 Gamble Dr., Suite 320
St. Louis Park, MN 55416
Telephone:  612-284-6441
Facsimile:  612-284-6421
jenn@legalforgood.com
*ATTORNEY FOR FEEDING OUR FUTURE*