**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br> v.<br><br>ABDIRAHMAN MOHAMUD AHMED<br>aka Chef Abcos,<br><br>           Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>          U.S. District Judge<br><br>Case No:       22-cr-223 (14) (NEB/DTS)<br>Date:          May 19, 2026<br>Court Reporter:  Renee Rogge<br>Courtroom:     13W<br>Time Commenced: 8:35 a.m.<br>Time Concluded:  9:10 a.m.<br>Time in Court:   35 minutes |

APPEARANCES:
  Plaintiff:     Michael Murphy, Assistant U.S. Attorney
  Defendant:   Dane DeKrey, CJA Appointed Attorney

PROCEEDINGS:

CHANGE OF PLEA HEARING:

PLEA:
☒  Guilty plea entered as to Count 57 of the Indictment.
☒  Presentence Investigation Report Requested.
☒  Defendant is released on bond conditions.

Date: May 19, 2026

                                 s/Kristine Wegner
                                 Courtroom Deputy to Judge Nancy E. Brasel