# UNITED STATES DISTRICT COURT
## District of Minnesota
NOTICE OF APPEAL

**USCA 8 NO** _____

United States of America

| Plaintiff |
|---|

vs

AIMEE MARIE BOCK

| Defendant |
|---|

22-CR-00223-1-NEB-DTS
District Court Docket Number

HON. NANCY E. BRASEL
District Court Judge

Notice is given that **AIMEE MARIE BOCK** appeals to the United States Court of Appeals for the Eighth Circuit from the [✓] Judgment & Commitment [ ] Order (Specify) entered in this action on **JUNE 5TH 2026**

*Kenneth Udoibok*
Signature of Defendant's Counsel
310 4TH AVE. SOUTH, SUITE 5010
Street Address/Room Number
MINNEAPOLIS    MN        55415
City        State        Zip

KENNETH U. UDOIBOK
Typed name of Defendant's Counsel
( (612) 808-6031
Telephone Number
JUNE 16, 2026
Date

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

[✓] Please Prepare a transcript of:
- [✓] Pre-trial proceedings
- [ ] Testimony or
- [ ] Portions thereof _____
- [✓] Sentencing
- [ ] Post Trial Proceedings
- [ ] Other (Specify)

[✓] I am not ordering a transcript because
- [✓] Previously filed
- [ ] Other (Specify) _____

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _____Funds, __X__ CJA Form 24 completed (see separate CJA 24 form in criminal appeals form)

*Kenneth Udoibok*
Attorney's Signature

06/16/2026
Date

**NOTE: Complete All Items on Reverse Side**

## INFORMATION SHEET
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address : **ADDRESS REDACTED**

    **ADDRESS REDACTED**

2. Date of Sentence:  MAY 21, 2026    ☑ Jury    ☐ Non-Jury

    Offenses:  18 USC 371- CONSPIRACY; 18 USC 1343- WIRE FRAUD; 18 371- BRIBERY CONSPIRACY

    18 USC 666(a) FEDERAL PROGRAMS BRIBERY

    Trial Testimony - Number of days  22    Bail Status:

3. Sentence and Date Imposed:  500 MONTHS; JUNE 5, 2026

4. Appealing:    Sentence  ☑    Conviction  ☑    Both  ☑

    Challenging:  ☑  Application of Sentencing Guidelines

    ☑  Constitutionality of Guidelines

    ☑  Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court:    JUNE 16, 2026

    Stenographer in Charge :    RENEE A. ROGGE, US COURTHOUSE

    (Name, Address, Phone)    300 4TH STREET, BOX 1005

    MPLS, MN 55415

6. Trial Counsel Was:    ☑  Appointed (no fee required)    ☐  Retained (filing fee $505 unless IFP granted)

    Does Defendant's financial status warrant appointment of counsel on appeal?

    ☑  Yes    ☐  No

    Affidavit of Financial Status filed:    N/A

    Is there any reason why trial counsel should not be appointed as counsel on appeal?

    ☑  Yes    ☐  No

7. Assistant US Attorney Name and Phone Number:    Rebecca E. Kline

    612-253-0957

### Court Reporter Acknowledgment

Date Order Received    Estimated Completion Date    Est. Number of Pages

Court Reporter Signature    Date

Noticeofappeal (11/05)