PS 8

(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A.  vs. Abdi Nur Salah                    Docket No. 0864 0:22CR00223-006(NEB)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Houa Vang, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Abdi Nur Salah (Salah herein),** who was placed under pretrial supervision by the Honorable David T. Schultz, sitting in the Court at Minneapolis on the 20th day of September,  2022, under the following special conditions:

- Pretrial Services Supervision
- Surrender Passport
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim/Witness/Codefendants/Coconspirators
- Weapons Restriction
- Report Contact with Law Enforcement
- Residential Restrictions
- Employment Requirements/Restrictions: No Fiduciary Responsibility
- Financial Disclosure
- No New Credit
- No Access to Federal Children Nutrition Program Funds

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The below actions violate the defendant's conditions of release pursuant to 18 U.S.C. § 3148.

On July 11, 2026, Salah was arrested and charged with Driving While Intoxicated - Refuse to Submit to Chemical Test; Blood or Urine as Required by Search Warrant in Hennepin County District Court (Case No.: 27-CR-26-17888).

PRAYING THAT THE COURT WILL ORDER:

That a summons be issued and a hearing be held to show cause why his pretrial release should not be modified and/or revoked.

Petition for Action on Conditions of Pretrial Release                    RE: Abdi Nur Salah
Page 2

ORDER OF THE COURT

Considered and ordered this ____3rd____ day of ____August__, 2026, and ordered filed and made a part of the records in the above case.

   s/Nancy E. Brasel
Nancy E. Brasel
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Houa Vang
Houa Vang
U.S. Probation Officer
612-508-8362

Executed on    July 31, 2026

Place    St. Paul

Approved:

s/ Eric R. Hermes
Eric R. Hermes
Supervisory U.S. Probation Officer