**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*Criminal No. 22-cr-00223 (NEB/DTS)*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>ABDIKERM EIDLEH,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DEFENDANT'S STATEMENT OF FACTS** |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Abdikerm Abdelahi Eidleh, the defendant in the above-captioned case, agree to the following statement of facts in support of my request to continue the pretrial motion deadlines set in the Arraignment, Motions and Case Management Order, Docket No. 988.

1. The Government has produced more than 30,000 documents in discovery in my case.
2. My attorney and I need additional time to review this extensive discovery, discuss the materials together, and determine what motions, if any, should be filed on my behalf.

3. The current Arraignment, Motions and Case Management Order, Docket No. 988, sets an August 28, 2026 deadline for filing pretrial motions. That deadline cannot reasonably be met given the scope of the discovery that must be reviewed.

Based on these facts, I respectfully request that a period of at least 90 days be excluded from the time in which I would otherwise be required to be brought to trial under the Speedy Trial Act and that the corresponding defense-related pretrial deadlines be extended by the same period.

I have discussed this matter with my attorney, understand my rights under the Speedy Trial Act, and make this request knowingly and voluntarily.

Dated: 8/20/2026, 2026

Respectfully submitted,

Abdikerm Eidleh

Defendant