# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABDIHAKIM ALI AHMED,

Defendant.

**COURT MINUTES - CRIMINAL**

Case No: 22-cr-223 (7) (NEB/DTS)
Date: August 26, 2026
Courthouse: Minneapolis
Courtroom: 13W
Court Reporter: Leslie Ruiz
Time Commenced: 10:20 a.m.
Time Concluded: 10:55 a.m.
Time in Court: 35 minutes

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

For Plaintiff: Rebecca Kline, Assistant U.S. Attorney
For Defendant: JaneAnne Murray, Retained Attorney

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | BOP | SR |
|---|---|---|---|
| 12 | X | 54 months on Count 12 to be served concurrently to the sentence on Count 58 | 2 years on Count 12 to be served concurrently to the supervised release term on Count 58 |
| 58 | X | 54 months on Count 58 to be served concurrently to the sentence on Count 12 | 2 years on Count 58 to be served concurrently to the supervised release term on Count 12 |

☒ Special conditions of: **See J&C for special condition.**
☒ Restitution in the amount of $2,242,590 is due immediately.
☒ Special assessment in the amount of $200.00 is due immediately.
☒ Counts 1-2, 5, 15, 21, 26, 41, and 50 of the Indictment are dismissed on motion by the Government.
☒ The sealed filing at ECF No. 997 shall remain sealed for 10 years (10/26/36).
☒ Defendant is released on his bond conditions. Defendant shall voluntarily surrender to his place of confinement on 10/6/26 by 12:00 p.m. If a designation has not been determined by that date or the defendant prefers he may surrender to the US. Marshal Services in Minneapolis, MN on 10/6/26 by 12:00 p.m.

Date: August 26, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel